AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
GEOFFREY WILLIAM SILLS

Case No. 21cr40

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) GEOFFREY WILLIAM SILLS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 111(a)(1) and (b)
18 U.S.C. § 1512(c)(2) and 2
18 U.S.C. § 231(a)(3)
18 U.S.C. § 1752(a)(2) and (b)(1)(A)
18 U.S.C. § 1752(a)(4) and (b)(1)(A)
40 U.S.C. § 5104(e)(2)(D)
40 U.S.C. § 5104(e)(2)(F)

Date: 06/16/2021

Zia M. Faruqui
2021.06.16
16:29:38 -04'00'

Issuing officer's signature

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 6/16/21, and the person was arrested on (date) 6/18/21
at (city and state) Mechanicsville, VA.

Date: 6/18/21

Arresting officer's signature

Benjamin Fulp / Special Agent
Printed name and title

Case 1:21-cr-00040-TNM *SEALED* Document 73   Filed 06/18/21   Page 1 of 1