

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

July 6, 2021

VIA Email
Lindy Urso, Esq.
lindy@lindyursolaw.com
Counsel for Defendant McCaughey

Lauren Cobb, Esq.
Lauren_Cobb@fd.org
Counsel for Defendant Stevens

Elizabeth Mullin
Elizabeth_Mullin@fd.org
Counsel for Defendant Judd

Carlos Diaz-Cobo
info@cdcesq.com
Counsel for Defendant Quaglin

Elizabeth Toplin
Elizabeth_Toplin@fd.org
Counsel for Defendant Morss

Kathleen Gaughan
Kathleen_Gaughan@fd.org
Counsel for Defendant Morss

Shawn Mihill
SMihill@virginialawoffice.com
Counsel for Defendant Sills

Tim Anderson
timanderson@virginialawoffice.com
Counsel for Defendant Sills

Re:   *United States v. Patrick McCaughey, Tristan Stevens, Christopher Quaglin, and David Judd, Robert Morss, and Geoffrey William Sills 21-CR-40 (TNM)*  -

Dear Defense Counsel:

The U.S. Capitol Police have arranged one new date for a crime scene walkthrough of the Capitol.  The tour date and time is **Saturday, August 14, 2021, at 1:00 p.m.**, and the tour will last approximately two hours.  If you cannot attend on August 14, please be advised that additional dates will be scheduled in the future.

If you wish to participate in the August 14 walkthrough, please email me at Melissa.jackson@usdoj.gov **and** paralegal Mariela Andrade at Mariela.Andrade@usdoj.gov, and provide the following information:
- Names, phone numbers and email contact information for any counsel or investigators who will be participating in the tour.
- Case(s), Case number(s), and AUSA assigned to each case.

The conditions of the U.S. Capitol Police for participating in the walkthrough are as follows:
- The tours are restricted to **counsel and one investigator**.  You may not bring **any** other guests. A paralegal or legal assistant may function as an investigator for this purpose.
- The public/non-public areas are identified on the attached list.  Photos are only allowed in the public areas. Any person who takes photos in the non-public areas will be asked to leave the tour and be banned from further tours.
- The tours will be led by officers and questions about the events of January 6 will not be permitted.  If you have such questions, you may direct them to me.
- Masks must be worn at all times.

With respect to transportation, please be advised that there is no parking provided. The closest metro stop is Capitol South (Blue/Orange line).

I look forward to hearing from you.

        Sincerely,

        CHANNING PHILLIPS
        Acting United States Attorney

By: *(signature)*
        MELISSA JACKSON
        Assistant United States Attorney
        D.C Bar Number 996787
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 815-8585
        Email: Melissa.Jackson@USDOJ.GOV

        **Jocelyn Bond**
        Assistant United States Attorney

Enclosure(s):
cc:

4