

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 3, 2021

VIA USAFX and Email

John Kiyonaga
john@johnckiyonaga.com
Counsel for Defendant SILLS

Elizabeth Toplin
Elizabeth_Toplin@fd.org
Kathleen Gaughan
Kathleen_Gaughan@fd.org
Counsel for Defendant Morss

    Re:    *United States v. Patrick McCaughey, Tristan Stevens, Christopher Quaglin, David Judd, Robert Morss, and Geoffrey Sills 21-CR-40 (TNM)  - Production 2 - 8*

Dear Counsel:

    We have uploaded Productions 2- 8 (and the August Viewing letter) and all the related files to USAfx. (This includes files and the related letters for Discovery Letter 2- 4-8-21; Discovery Letter 3 – 4-13-21; Discovery Letter 4 and 5- June 9, 2021; Discovery Letter 6- June 14, 2021; Discovery Letter 7- June 14, 2021; and Discovery Letter 8- 6-14-21).

    As with all files on USAfx, they auto-expire after 60 days.  Please download them before they auto-expire.

    I will forward additional discovery soon.  If you have any questions, please feel free to contact me.

By: /s/
MELISSA JACKSON
Assistant United States Attorney
D.C Bar Number 996787
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 815-8585
Email: Melissa.Jackson@USDOJ.GOV

**Jocelyn Bond**
Assistant United States Attorney

Enclosure(s):
cc: