IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 21cr40 |
| ) | Hon. Trevor McFadden |
| GEOFFREY SILLS, ) | |
|     Defendant. ) | |

MOTION TO ADOPT, CONFORM AND SUPPLEMENT
MOTION TO COMPEL DISCOVERY PERTINENT TO SELECTIVE PROSECUTION

Comes now Defendant Geoffrey Sills, by counsel, and respectfully requests that he be permitted to adopt, conform and enjoy the benefits of the motion filed by co-defendant David Lee Judd to Compel Discovery in Support of Mr. Judd's Claim of Selective Prosecution (ECF No. 138).

Respectfully Submitted,

GEOFFREY SILLS
By Counsel

    /s/
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on November 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

    /s/
John C. Kiyonaga

1