

**Mechanicsville Medical Center**
*family practice*

Kenneth M. Heatwole, M.D.
Ian S. Shupack, M.D.
John F. Cornett, M.D.
Kevin J. Sahli, M.D.
Laura L. Burijon, M.D.
Bambi L. Gladfelter, D.O.
Hillary L. Flaherty, FNP

January 10, 2022

Re: William F. Sills
DOB: 12/26/1957

To Whom It May Concern:

I am writing this letter on behalf of William F. Sills, a patient of mine here at Mechanicsville Medical Center. Please be advised that Mr. Sills has many chronic medical conditions including insulin requiring type 2 diabetes, thalassemia, major depression, as well as a history of stroke. Most recently the patient was admitted to the hospital and diagnosed with COVID-19 pneumonia, and is currently oxygen dependent secondary to this. He is being followed by me at Mechanicsville Medical Center, and is following his treatment plan as prescribed. Should you require additional information please feel free to contact my office with the patient's permission.

Sincerely,

Ian S. Shupack, M.D.
ISS/cg

7571 Cold Harbor Road
Mechanicsville, VA 23111
(804) 746-9055
Fax: (804) 730-2037
www.mechmedclr.com