IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| v. | ) | Crim. No. 21cr40 |
|  | ) | Hon. Trevor McFadden |
| GEOFFREY SILLS, | ) | |
| Defendant. | ) | |

### MOTION TO ADOPT AND JOIN CO-DEFENDANT MORSS' REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR RECONSIDERATION OF PRE TRIAL RELEASE

Comes now Defendant Geoffrey Sills, by counsel, and moves the Court for leave to Adopt and Join the Reply to Government's Opposition to Motion for Reconsideration of Pretrial Release of Co-Defendant Robert Morss (Doc 299).

Respectfully submitted,

GEOFFREY SILLS
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on May 31, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

1