IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| v. | ) | Crim. No. 21cr40 |
| | ) | |
| **PATRICK MCCAUGHEY, et. al,** | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANTS' OPPOSITION TO GOVERNMENT'S
MOTION *IN LIMINE* REGARDING EVIDENCE ABOUT THE
SPECIFIC LOCATIONS OF U.S. CAPITOL POLICE SURVEILLANCE CAMERAS**

The Government has moved to restrict the presentation of evidence regarding the specific position of U.S. Capitol Police surveillance cameras, pursuant to Fed. R. Evid. 401, 403, and 611(b).  A limiting order is unnecessary and could restrict the presentation of evidence with probative value.  Therefore, this Court should deny the Government's motion.

To protect sensitive security information about camera location, the Government has moved to limit the presentation of evidence.  Specifically, the Government requests to limit the presentation of evidence about the exact locations of cameras or the maps of camera locations.

Defendants does not foresee that the exact locations of the cameras would be pertinent to their defense.  Nevertheless, they do seek the latitude to present evidence regarding what cameras show or omit without focusing on camera locations.

In exploring this narrow issue, the Rules of Evidence govern the presentation of evidence and afford more than ample opportunity to object and preclude the presentation of irrelevant or otherwise impermissible evidence.

1

## CONCLUSION

No order or *ex parte* review is necessary or appropriate.

                                            Respectfully submitted,

                                            ROBERT MORSS
                                            GEOFFREY SILLS

                                            By Counsel

                                            _____/s/_____
                                            John C. Kiyonaga

                                            600 Cameron Street
                                            Alexandria, Virginia 22314
                                            Telephone: (703) 739-0009
                                            Facsimile: (703) 340-1642
                                            E-mail: john@johnckiyonaga.com

                                            Counsel for Robert Morss and Geoffrey Sills

<u>Certificate of Electronic Service</u>

  I hereby certify that on June 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record.

              _____/s/_____
              John C. Kiyonaga