IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Crim. No. 21cr40 |
| | ) Hon. Trevor McFadden |
| GEOFFREY SILLS, | ) |
| Defendant. | ) |

## MOTION TO ADOPT CO DEFENDANT MOTION

Comes now Defendant Geoffrey Sills, by counsel, and moves the Court for leave to Adopt and Join the following Co Defendant Motion:

1. Motion to Compel Discovery of Co Defendant Robert Morss (Doc 355).

Respectfully submitted,

GEOFFREY SILLS
By Counsel

_____/s/_____
John C. Kiyonaga

600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on June 27, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga