IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, )<br>　　　　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>GEOFFREY SILLS,　　　　　　　　)<br>　　Defendant.　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Crim. No. 21cr40<br>Hon. Trevor McFadden |

### SECOND CONSENT MOTION TO CONTINUE SENTENCING

Comes now Defendant Geoffrey Sills, by counsel, and moves the Court to continue his sentencing, currently set for March 21, 2023, to a date in June or July excepting the first week in July, for the reason that the preparation of Defendant's sentencing presentment has been prolonged by his transfer to USP Lewisburg and by unanticipated circumstances beyond Defendant's control.

Counsel for the government has no objection.

Respectfully submitted,

GEOFFREY SILLS
By Counsel
　　　/s/
John C. Kiyonaga
600 Cameron Street
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonaga.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on February 16, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System.

　　　/s/
John C. Kiyonaga