IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Crim. No. 21cr40 |
| ) | Hon. Trevor McFadden |
| GEOFFREY SILLS, ) | |
| Defendant. ) | |

**MOTION TO COMPEL DISCLOSURE OF DOCUMENTATION ILLUMINATING THE REASONS FOR THE UNANNOUNCED AND UNEXPLAINED TRANSFER OF DEFENDANT FROM NORTHERN NECK REGIONAL JAIL TO USP LEWISBURG**

Comes now Defendant Geoffrey Sills, by counsel, and moves the Court to compel the disclosure by the government forthwith of documentation revealing the reason/s for Defendant's transfer from Northern Neck Regional Jail ("NNRJ") to USP Lewisburg.

On December 28th of last year, undersigned was informed by the Marshal's Service that Defendant had been transferred from NNRJ to USP Lewisburg. No explanation was given. Upon information and belief, all NNRJ inmates charged with crimes related to the events of January 6th, were removed from NNRJ in that time frame. (See *Northern Neck Sentinel*, Vol. 5, Edition 12, January 2023, p. 5.)

NNRJ has been dogged by controversy pertaining to its alleged mistreatment of its inmates. An unspecified skin ailment has reportedly surfaced among NNRJ inmates. (See *Northern Neck Sentinel*, Vol. 5, Ed. 12, January 2023, p. 5.) Richmond County, Virginia Commonwealth's Attorney Elizabeth Trible has taken to task NNRJ's Superintendent Ted Hull for failing to report violent attacks within the facility and terminated her office's use of the facility for the housing of pretrial detainees. (See *Northern Neck Sentinel*, Vol. 5, Ed. 11, December 2023, pp. 1, 5.)

The conditions of Defendant's confinement over the past few years are pertinent to - in fact, necessary for - an assessment of Defendant's appropriate sentence.

Wherefore, Defendant requests the government be compelled to disclose forthwith documentation sufficient to reveal with particularity the reason/s for the decision to remove all January 6th defendants from NNRJ.

Respectfully submitted,

GEOFFREY SILLS
By Counsel

_____/s/_____
John C. Kiyonaga

510 King Street, Ste. 400
Alexandria, Virginia 22314
Telephone: (703) 739-0009
Facsimile: (703) 340-1642
E-mail: john@johnckiyonagaa.com

Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on February 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

_____/s/_____
John C. Kiyonaga

2