# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-CR-40-TNM |
| v. | : | |
| | : | |
| **PATRICK MCCAUGHEY, et. al.,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Anthony W. Mariano hereby enters his appearance in the above referenced matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ Anthony W. Mariano
Anthony W. Mariano
MA Bar No. 688559
Trial Attorney, Detailee
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, DC 20579
(202) 476-0319
Anthony.Mariano@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants.

/s/ *Anthony W. Mariano*
Anthony W. Mariano
MA Bar No. 688559
Trial Attorney, Detailee
United States Attorney's Office
for the District of Columbia
601 D Street NW
Washington, DC 20579
(202) 476-0319
Anthony.Mariano@usdoj.gov