

# WAYNE ENTERPRISE
CONSTRUCTION

Honorable Trevor McFadden
United States District Court for
The District of Columbia

Re: Geoffrey Sills

Your Honor,

My name is Melody Perkins, I own and run Wayne Enterprise LLC, a construction and real-estate company that builds and sells spec homes around Richmond, Virginia. I have know Geoff since he was in Highschool and have watched as he has grown in his incredible skills professionally. He is my GO-TO for everything computer wise, he renders, photographs, provides tech support, and so much more. Geoff helps me create and finesse the structures that we build, he is unique because he is able to do so many different things within the company and is makes him incredibly important to helping us run efficiently. There has been so many times over the past year and a half where I have thought to myself, "if only Geoff was here," yesterday being one of them.
When I say that I need his help, I am overwhelmed at the thought of another year going by without him working for me. Because the situation is so serious, I'm going to write out my current needs, so you know how important this is. Right now I have two houses in the works but need a full rendering done, for efficiency of flow and building costs as to be able to sustain business in this industry as inflation skyrockets. Building without them is very dangerous and could put us under. In addition to the new homes, I am currently working on rehabbing a house for rent, which I really could use Geoff's particular structural and housing knowledge to photograph correctly and produce a 3d tour for potential renters. This is another aspect of the business I will continue to need Geoff's help with as we acquire derelict houses and bring them back to livable conditions for tenants. In addition to those tasks, I need his help for all social media and marketing aspects as i stated before he is my "go-to" for tech related situations, building a website etc.
Geoff is a very sweet, genuine, kind, talented, and gentle person whom I trust. Trust is incredibly difficult to come by in the world right now, so I am hopeful my humble request will reach you, and hopefully one day soon allow Geoff to return to the work that we so deeply value.
 Thank you for your time and consideration, as well as your service to our country.

Sincerely,

Melody Perkins