UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GEOFFREY SILLS,**<br><br>   Defendant. | **Case No. 21-cr-40-06 (TNM)** |

## GOVERNMENT'S SENTENCING EXHIBITS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of the following exhibits in support of the government's sentencing memorandum. The government has uploaded these videos for defense counsel and Chambers to the USAfx platform. Due to the length of the videos, the government directs Court and counsel to the following relevant time-stamps, which the government will reference during the sentencing hearing:

EX 001 Kyle Ramey Statement: All

EX 002 Just another channel: 41:35 to 47:15

EX 003 Political Trance 230: 5:20 to 5:45

EX 004 Cantwell 242 video.mp4: 00:00 to 01:20

EX 005 Camera 74 230 to 250 pm: 2:41:48 p.m. to 2:42:19 p.m.; 2:46:20 p.m. to 2:46:35 p.m.

EX 006 Camera 74 249 to 330 pm: 2:49:12 p.m.; 2:51:53 to 2:53:30 p.m.

EX 007 Farina Full Footage: 00:00 to 2:10 minutes; 8:25 to 8:40 minutes

EX 008 St. Cyr Google account: 00:00 to 1:00 minutes

EX 009 geoff_sills Instagram Video.mov: All

The government respectfully requests that these exhibits be made part of the record in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

BY: ___/s/_____
KIMBERLY L. PASCHALL
Assistant United States Attorney
National Security Section
D.C. Bar No. 1015665
601 D Street, N.W.,
Washington, D.C. 20530
202-252-2650
Kimberly.Paschall@usdoj.gov