```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
      * * * * * * * * * * * * * * *    )
 3    UNITED STATES OF AMERICA,        )    Criminal Action
                                       )    No. 21-00040-6
 4                   Plaintiff,        )
                                       )
 5       vs.                           )
                                       )
 6    GEOFFREY WILLIAM SILLS,          )    Washington, D.C.
                                       )    March 21, 2023
 7                   Defendant.        )    10:04 a.m.
                                       )
 8    * * * * * * * * * * * * * * *    )

 9

10                 TRANSCRIPT OF SENTENCING HEARING
            BEFORE THE HONORABLE TREVOR N. McFADDEN,
11                  UNITED STATES DISTRICT JUDGE

12

13    APPEARANCES:

14    FOR THE GOVERNMENT:      KIMBERLY L. PASCHALL, ESQ.
                               JOCELYN P. BOND, ESQ.
15                             UNITED STATES ATTORNEY'S OFFICE
                                 FOR THE DISTRICT OF COLUMBIA
16                             555 Fourth Street, Northwest
                               Eleventh Floor
17                             Washington, D.C. 20530

18    FOR U.S. PROBATION:      SHERRY BAKER

19    FOR THE DEFENDANT:       JOHN C. KIYONAGA, ESQ.
                               JOHN C. KIYONAGA LAW OFFICE
20                             600 Cameron Street
                               Alexandria, Virginia 22314
21
      REPORTED BY:             LISA EDWARDS, RDR, CRR
22                             Official Court Reporter
                               United States District Court for the
23                               District of Columbia
                               333 Constitution Avenue, Northwest
24                             Room 6706
                               Washington, D.C. 20001
25                             (202) 354-3269
```

1            THE COURTROOM DEPUTY:  Your Honor, this is

2     Criminal Case 21-40-6, the United States of America versus

3     Geoffrey William Sills.

4            From Probation, Officer Sherry Baker.

5            Counsel, please come forward to identify

6     yourselves for the record, starting with the Government.

7            MS. PASCHALL:  Good morning, your Honor.  Kimberly

8     Paschall and Jocelyn Bond on behalf of the United States.

9            THE COURT:  Good morning, ladies.

10           MR. KIYONAGA:  Good morning, your Honor.  John

11     Kiyonaga for Mr. Sills, who is present.

12           THE COURT:  Good morning, Mr. Kiyonaga.

13           And good morning, Mr. Sills.

14           THE DEFENDANT:  Good morning.

15           THE COURT:  We are here for the sentencing of the

16     Defendant, Geoffrey Sills, who's entered into a stipulated

17     trial with the Government that resulted in me finding the

18     Defendant guilty on Counts 13, 15 and 34 of the fifth

19     superseding indictment.  Those counts are:  Count 13 is

20     robbery; Count 15 is assaulting, resisting or impeding

21     officers using a dangerous weapon; and Count 34 is

22     obstruction of an official proceeding.

23           I've received and reviewed the presentence

24     investigation report and sentencing recommendation from the

25     probation office as well as sentencing memoranda from the

1    Government and the defense.  I've also reviewed the

2    Government's video exhibits and the chart of case

3    statistics.  I've also reviewed the defense supplement and

4    letters filed yesterday.

5           Are there any other documents or materials that I

6    should have reviewed?  Ms. Paschall?

7           MS. PASCHALL:  Not from the Government, your

8    Honor.

9           THE COURT:  Mr. Kiyonaga?

10          MR. KIYONAGA:  Nothing for the defense, your

11   Honor.

12          THE COURT:  Mr. Sills, this sentencing hearing

13   will proceed in four steps, some of which may seem a bit

14   mechanical to you.  But I want you to keep in mind why we're

15   here today and the gravity of the situation:  You've

16   committed a federal crime.  Today's proceeding is a serious

17   matter, as it is about the consequences that you will face

18   because of your decision to engage in criminal behavior in

19   violation of federal law.

20          The first step, sir, of today's hearing is for me

21   to determine whether you've reviewed the presentence report

22   and whether there are any outstanding objections to it and,

23   if so, to resolve those objections.

24          The second step is to calculate your recommended

25   sentence under the sentencing guidelines.

1          The third step is to hear from the Government,

2     from your attorney and you, sir, if you wish to be heard

3     about sentencing in this case.

4          And the last step requires the Court to fashion a

5     just and fair sentence in light of all the factors Congress

6     set forth in 18 USC 3553(a).  As part of this last step, the

7     Court will actually impose the sentence along with the other

8     required consequences of the offense.

9          Thank you, sir.  You may have a seat.

10          Turning to that first step, Probation filed its

11     final presentence investigation report and sentencing

12     recommendation on March 14th; the Government filed its

13     memorandum in aid of sentencing the same day; and Mr. Sills

14     filed his memorandum a few days before that.

15          Does the Government have any objection to any of

16     the factual determinations set forth in the presentence

17     report?  Ms. Paschall?

18          MS. PASCHALL:  Not to the facts, your Honor.

19          THE COURT:  And, Mr. Kiyonaga, have you and your

20     client read and discussed the presentence report?

21          MR. KIYONAGA:  Yes, sir.

22          THE COURT:  And does the Defendant have any

23     objection to any of the factual statements set forth in it?

24          MR. KIYONAGA:  Nothing that isn't already noted in

25     the pleadings, sir.

1          THE COURT:  Sir, if you could approach the podium.

2          Mr. Sills, are you fully satisfied with your

3     attorney in this case?

4          THE DEFENDANT:  Yes, sir.

5          THE COURT:  Do you feel you've had enough time to

6     talk with him and -- about the probation office's

7     presentence report and the papers the Government filed in

8     connection with sentencing?

9          THE DEFENDANT:  Yes, your Honor.

10          THE COURT:  You may have a seat, sir.

11          The Court will accept the facts as stated in the

12     presentence report.  The presentence report will serve as my

13     findings of fact for purposes of this sentencing.

14          And my thanks to Officer Baker for her work on it.

15          The presentence report lays out the probation

16     office's calculation of the advisory guideline range that

17     applies in this case.  I understand both parties disagree

18     with it at various points.  I'll summarize what Probation

19     says and then give the attorneys an opportunity to raise

20     their concerns.

21          According to Probation, the guideline for

22     Count 3 -- 13, robbery, is 2B3.1.  Probation says the

23     guideline for Count 15 -- that's the assault charge -- is

24     2A2.4.  And if the conduct constituted aggravated assault,

25     the cross-reference to 2A2.2 applies.

1          Finally, Probation submits the guideline for

2    obstruction of an official proceeding is 2J1.2.

3          Under 3D1.2, closely related counts are grouped

4    together.  Probation grouped Counts 15 and 34 because one of

5    the counts embodies conduct that is treated as a specific

6    offense characteristic in the guideline applicable to

7    another of the counts.

8          Counts 13 and 15 are not grouped because they

9    involve two different victims, Officer C.W. and Officer V.B.

10   Therefore, Count 13 is in its own group.

11         Probation submits that for Count 13, the base

12   offense level is 20 under 2B3.1(a).

13         Probation also states that a six-level enhancement

14   under guideline 3A1.2 applies because the Defendant created

15   a substantial risk of serious bodily injury when he

16   assaulted Officer V.B.  Therefore, for Count 1, the adjusted

17   offense level is 26.

18         For the second group, Counts 15 and 34, Probation

19   submits that Count 34 of the obstruction count supplies the

20   highest total offense level with a base offense level of 14

21   under 2J1.2.  Probation applies an eight- and three-level

22   enhancement because the offense involved causing or

23   threatening to cause physical injury to a person in order to

24   obstruct the administration of justice and a six-level

25   official victim enhancement because the victims were law

1    enforcement officers and the offense was motivated by that

2    status.

3           All told, Probation says the adjusted offense

4    level for Group 2 is 31.

5           Probation then assigned units under 3D1.4.  One

6    unit is assigned to the group with the highest offense

7    level, which Probation says is Group 2, and then one-half

8    unit is assigned to any group that is five to eight levels

9    less serious than the highest offense level.

10          So Probation assigns one-half unit to Group 1 for

11   a total of 1.5 units.  Therefore, Probation states that

12   Group 2 carries the greater of the adjusted offense levels

13   with a total of 31 and the offense level should be increased

14   based on the number of units assigned under 3D1.4, which,

15   rounding down, is one unit, a total of 32.

16          Probation then submits that a two-level decrease

17   for acceptance of responsibility and an additional one-level

18   decrease for helping authorities in their investigation are

19   appropriate.  All told, this leads to a total offense level

20   of 29.

21          Mr. Sills has no prior criminal history and zero

22   criminal history points, placing him in Criminal History

23   Category I.

24          So based upon a total offense level of 29 and a

25   criminal history category of I, the guidelines range

1    applicable to the Defendant would be 87 to 108 months for

2    Counts 13, 15 and 34, with a guideline range of $30,000 to

3    $300,000.

4           Before I discuss the applicable statutory

5    penalties, perhaps I should hear from the parties as I think

6    the objections largely relate to the guidelines calculation.

7           Ms. Paschall, I'll hear from the Government.

8           MS. PASCHALL:  Thank you, your Honor.

9           We generally agree with the guideline calculation.

10   We only reached a one base offense level point difference

11   once we get to the adjusted base offense level, and this is

12   a result of adding a two-point adjustment to Count 13, the

13   robbery.

14          We have asked for an adjustment under 2B3.1(b)(3),

15   which is if any victim sustains bodily injury, you can

16   increase according to the seriousness of the injury.  We

17   have alleged just bodily injury in this case, which the

18   commentary on 1B1.1 states is any significant injury that is

19   painful or obvious or of the type for which medical

20   attention would ordinarily be sought.

21          We thought that, given that in the course of all

22   of the events in the lower west terrace tunnel, the baton

23   that was stolen from Officer C.W. was subsequently used

24   against him in another assault by this Defendant.

25          THE COURT:  But isn't that the rub there, that it

1    wasn't -- it's kind of two different incidents, if you will?

2    I don't think there's any allegations that Officer C.W. was

3    injured in the robbery, per se.  It was the -- subsequent to

4    that.

5              MS. PASCHALL:  Right.  And that is what we are

6    alleging.

7              Officer C.W. was not able to give specifics about

8    any injury from the robbery itself.  And I think that we

9    have basically two points about that.

10             The first, of course, is that any officer who gets

11   injured once they have a service weapon taken from them by

12   that same service weapon seems part and parcel of all of the

13   activities.

14             Your Honor is able to look beyond just the metes

15   and bounds of the elements of the crime in order to apply

16   this enhancement.  And so we would ask you to look at the

17   broader scope; and if, in fact, he had not robbed Officer

18   C.W. of that baton, he then would not have been able to

19   assault him with it subsequently.

20             What we also noted for Probation in our objections

21   is there is relevant conduct under 1B1.3, where essentially

22   he aided and abetted or in furtherance of the scope of the

23   joint activities of the mob is responsible for the injuries

24   to Officer C.W.

25             Again, I plan to show at least a portion of this

1    for your Honor, even though I know your Honor has reviewed

2    it.  The statement given by MPD Commander Kyle, I think, is

3    really pertinent to this point.  He talks about how many of

4    his officers got injured because they no longer had the

5    defensive gear and the weapons that they ordinarily would

6    have used.

7              This Defendant is responsible for injuries caused

8    by anyone who was able to injure these officers that would

9    not have been able to but for the fact that that officer

10   would have still had a baton, would have still had the

11   capability to fight back.

12             Once this Defendant steals that baton and others

13   are able to assault him, specifically this Defendant with

14   that baton, that's part of the relevant conduct that your

15   Honor can consider under 1B1.3(a)(1)(B).  It's within the

16   scope of the furtherance of jointly undertaken criminal

17   activities.

18             Officer C.W., I think, you know, spoke to the FBI

19   very candidly.  He didn't want to necessarily attribute

20   specific injuries to specific rioters.

21             Your Honor is now well aware of how chaotic the

22   lower west terrace tunnel was on that day.  So I think that

23   is cautious.

24             But even if he was not able to ascribe his

25   specific injuries to the swung baton by this Defendant, any

1    injuries that he sustained would have been in furtherance of

2    the criminal activity that is frankly started and kicked off

3    by this Defendant taking away his defensive weapon.

4            THE COURT:  I mean, I guess the robbery language

5    is pretty specific to "in furtherance of the crime" or

6    something like that or "in flight therefrom."  I hear what

7    you're saying about relevant conduct.

8            Go ahead.

9            MS. PASCHALL:  So that is essentially what creates

10   the difference in our guidelines range and Probation's,

11   because we end up with two points for that robbery.  That

12   puts that group at 28.  The subsequent grouping that has

13   1512(c)(2) and 111(b) is 31.

14           We are now within a four-point difference, which

15   gives us a whole additional unit instead of a half

16   additional unit.  So then we have two points added to our

17   highest group at 31, which brings us up to 33.

18           The Government, as we noted at the stipulated

19   trial, does believe that three points for acceptance of

20   responsibility is appropriate here.  So that brings us back

21   down to a base offense level of 30.  And our guidelines

22   range in our memorandum reflects that.

23           THE COURT:  All right.  Did you make this

24   argument, the 1B1.3, in your sentencing memo?  Or were you

25   just relying on the injury as related to the Defendant's

1    actions?

2         MS. PASCHALL:  I think that's primarily what it

3    is, your Honor.  Yes.

4         THE COURT:  Mr. Kiyonaga?

5         MR. KIYONAGA:  Your Honor, I'm happy to stand on

6    the pleadings in terms of my calculation of the guideline

7    range.

8         THE COURT:  Can I ask you to respond to

9    Ms. Paschall's argument on 1B1.3, this idea that by robbing

10   C.W. --

11        It is C.W., correct?

12        MS. PASCHALL:  Yes.

13        THE COURT:  -- the officer is therefore in a

14   position where he's defenseless from the subsequent

15   assaults?

16        MR. KIYONAGA:  Your Honor, I think -- first of

17   all, we have a body of evidence here which is in black and

18   white in the four corners of the stipulated statement of

19   facts.

20        And I think the Court should be cautious to use

21   the language of the Supreme Court in *Lopez* about piling

22   inference upon inference.

23        I think the salient feature is the fact that no

24   officer was able to attribute any injury to this man

25   specifically.  And as such, I think it's not warranted to

1    hold Mr. Sills responsible for injury to anybody else.

2          We have no evidence that he actually injured

3    anybody.  And I think the Court should be guided and in fact

4    bound by the language of the stipulated facts.

5          THE COURT:  Ms. Baker, did you wish to be heard at

6    all on this?

7          THE PROBATION OFFICER:  Your Honor, I do think

8    relevant conduct can come in play under 1B1.3.  However, the

9    probation office wasn't privy to all what was stated during

10   the trial.  And we relied on -- and heavily, honestly -- on

11   the fact of the Court's findings in the sense that his

12   injuries could not be specifically attributed to Mr. Sills.

13         THE COURT:  I think this was the stipulated -- I

14   know you and I have dealt with several of these.  This one,

15   Mr. Sills had a stipulated trial, if you will.

16         THE PROBATION OFFICER:  Yes.

17         THE COURT:  So we have --

18         THE PROBATION OFFICER:  Yes.  Yes.  I'm sorry.

19         THE COURT:  Thank you.

20         I'm going to summarize my rulings for each of the

21   three counts.  Then I will group them and assign units to

22   calculate the total offense level.

23         Looking first to Count 13, which is robbery of a

24   police baton, I agree with Probation and the Government that

25   the guideline for robbery is supplied by guideline 2B3.1,

1    which carries a base offense level of 20.

2            The Government also seeks a two-level enhancement

3    for bodily injury under 2B3.1(b)(3) because it argues that

4    the Defendant joined other rioters in assaulting police,

5    including Officer C.W.  So he's liable for C.W.'s injuries

6    under an aiding and abetting theory.

7            The guidelines' applicable instruction 1B1.1

8    defines "bodily injury" as any significant injury, e.g., an

9    injury that is painful and obvious or is of a type for which

10   medical attention ordinarily would be sought.

11           The stipulated facts here are that

12   Officer C.W. recalls being hit in the head by a rioter and

13   had a visible injury to his forehead at the end of the day.

14   However, he could not testify that the Defendant was the

15   rioter who caused the injury.

16           I'm not going to apply this two-level enhancement

17   because I think the injury to Officer C.W., even if the

18   Defendant did cause it, occurred after the robbery was

19   completed.  The Defendant took the baton from C.W., then

20   exited the tunnel, then came back in and committed the

21   assault.

22           Assuming the Defendant was even the one who hit

23   him with the baton, I think the Bodily Injury subsection

24   contemplates injury in furtherance of or during the robbery,

25   which is not what happened here.  I also don't think I have

1    enough from Officer C.W. about his injuries to attribute

2    them to the Defendant.

3        In any event -- and I think this is more

4    responsive to the Government's secondary argument that

5    they've relied on here, that the relevant conduct guideline

6    under 1B1.3 would sweep in the injury even if it was

7    committed by someone other than Mr. Sills -- I'm not

8    convinced that the description of C.W.'s injuries would

9    reach the, quote-unquote, "significant injury" standard

10   required for this enhancement.

11       And I want to be clear:  I think being hit around

12   the head, particularly with a baton, quite possibly could be

13   "bodily injury" within the scope of the guidelines.  But

14   here, of course, I don't have any photos of the officer's

15   injuries.  There's no suggestion the officer sought medical

16   attention.  I realize maybe he was not able to.  But I just

17   think there's relatively scant evidence about his injuries

18   here.

19       I understand that that was, in large part, just

20   because of the tumult of the day, and an injury that quite

21   possibly in the normal course would have been treated and

22   would have been well-documented; just the officers were not

23   in a position to be able to document it given all that was

24   going on.

25       But I think here, recognizing the Government's

1    burden to show the elements of the guideline, I agree with

2    Probation that the two-level enhancement is not warranted.

3         Next, the Government seeks a six-level enhancement

4    for official victim under 3A1.2(c) because the victim robbed

5    of his baton was a police officer, C.W.  I don't hear any

6    real debate that C.W. was a government officer and the

7    offense of conviction was motivated by his status as such.

8         But the Government is using Part 3A1.2(c), and I

9    think actually the appropriate guideline is 3A1.2(a), which

10   only carries a three-level enhancement.  This is because

11   3A1.2(c) states that the Defendant had reason to know the

12   person was a law enforcement officer and, quote, "assaulted

13   such officer during the course of the offense or in the

14   immediate flight therefrom," closed quote.

15        As I just said, I don't think the assault on C.W.

16   happened during the course of the robbery or in the

17   immediate flight therefrom, because the Defendant hit him

18   after coming back into the tunnel.  I see this as a separate

19   incident.  And I note that for at least one of the

20   Defendant's Co-Defendants, the Government charged separate

21   assault counts for each time that Defendant reentered the

22   tunnel to face off with the officers, suggesting the

23   Government has also seen these kind of entering and

24   reentering the tunnel as somewhat of legally significant

25   encounters.

1          Had the Defendant assaulted C.W. in the course of

2     wresting the baton from him, or struck him with it as C.W.

3     tried to get the baton back, this would, of course, be a

4     different matter.  But the evidence here is that the

5     Defendant wrested the baton from the officer, left the

6     tunnel, and sometime later reentered and struck C.W.  And I

7     think under those facts, it's the three-level enhancement,

8     not the six-level enhancement, that applies.  Therefore, I

9     end up with a total offense level of 23 for the robbery

10    count.

11         Turning next to Count 15, which is the assault

12    with a dangerous weapon count, I agree with Probation that

13    the guideline for 111(b) is guideline 2A2.4, which carries a

14    base offense level of 10.  Because the Defendant used a

15    dangerous weapon in his assault, the aggravated assault

16    cross-reference applies; and that kicks you over to

17    2A2.2(a), which carries a base offense level of 14.

18         The Government submits that a four-level dangerous

19    weapon enhancement should apply under 2A2.2(b)(2) because

20    the Defendant used a baton to assault Officer V.B.

21         Guideline 1B1.1 defines "dangerous weapon" as

22    either an instrument capable of inflicting death or serious

23    bodily injury or an object that is not an instrument capable

24    of inflicting death or serious bodily injury but closely

25    resembles such an instrument, or the Defendant used the

1    object in a manner that created the impression that the

2    object was such an instrument.

3         I agree with the Government that this enhancement

4    applies; and again, I don't hear any meaningful

5    counterargument from the defense.

6         While a baton is not a prototypical dangerous

7    weapon like a gun, I think it is capable of inflicting

8    serious bodily injury, especially given the way the

9    Defendant was wielding it here, to strike officers on their

10   heads.  I note that police departments do recognize that

11   batons can be deadly weapons and carefully train officers on

12   where they can and cannot hit subjects.  And heads are not

13   one of them unless you're justified in using deadly force.

14        The Government asks for a two-level enhancement

15   for bodily injury under 2A2.2(b)(3).  As I mentioned, the

16   definition of "bodily injury" is any significant injury,

17   e.g. an injury that is painful and obvious or is of a type

18   for which medical attention ordinarily would be sought.

19        Here, the Defendant struck Officer V.B.'s arm with

20   a baton and Officer V.B. suffered bruises on his body.  He

21   recalls being struck on the head at one point by the baton

22   the Defendant was wielding.  And Officer V.B. suffered from

23   a burning sensation due to chemical irritants in the air.

24   However, V.B. could not determine whether his injuries came

25   from Sills or other rioters.

1          Again, the Government argues that even if the

2     Defendant is not directly responsible for these injuries, he

3     still aided and abetted people in causing them.

4          I think this is a close call, but ultimately I

5     don't think the Government has met its burden to show that

6     this enhancement applies.  I'm going to reject this argument

7     for a similar reason that I rejected this enhancement before

8     with Mr. Sills's Co-Defendant Tristan Stevens.  That is, I

9     don't think the bodily injuries described are severe enough

10    to meet the guideline definition of "bodily injury," which

11    is a painful and obvious injury or one for which medical

12    attention would normally be sought.

13         While I have no doubt that Officer V.B.

14    experienced something traumatic, I don't have enough

15    information about his injuries to find that they meet the

16    guideline definition.

17         In particular, while it is certainly conceivable

18    to me that bruising would qualify as significant injury,

19    there are also many bruises that would not.  Just ask my

20    kids.  They have little bruises on their legs all the time.

21         In the absence of photos or further details about

22    the extent, duration, and impact of the bruising, I don't

23    think the Government has carried its burden here.

24         The Government states that a two-level enhancement

25    applies under 2A2.2(b)(7) because the conviction was under

1    111(b).  I agree that this is appropriate based on the

2    stipulated trial evidence, and I don't hear any argument

3    from the defense to the contrary.

4            Finally, the Government again asks for a six-level

5    official victim enhancement under 3A1.2(b).  I think it is

6    appropriate to apply this enhancement because, as discussed,

7    the Defendant assaulted Officer V.B. knowing that he was an

8    officer, and his actions were motivated by that status.

9            All told, the total offense level for

10   Count 15 is 26.

11           Turning next to Count 34, the obstruction of an

12   official proceeding count, I agree with Probation that the

13   guideline is 2J1.2(a), which has a base offense level of 14.

14   For the reasons I have already stated in my ruling in

15   *United States versus Hunter Seefried*, 21-CR-287, the

16   memorandum opinion there, I'm going to decline to apply the

17   eight- and three-level enhancements that involve injury or

18   property damage that interferes with the administration of

19   justice.  As I say, I don't think the official proceeding

20   occurring on January 6th involved the administration of

21   justice.

22           I do agree with the Government that the six-level

23   official victim enhancement under 3A1.2(c) applies.  As

24   discussed, the Defendant assaulted C.W. and V.B. and his

25   actions caused a substantial risk of serious bodily injury,

1    and the Defendant had reasonable cause to believe they were

2    law enforcement officers.

3            So for this count, the total offense level is 20.

4            Turning now to grouping, I agree with the

5    Government and Probation that Count 13, robbery, is Group 1,

6    and that Counts 15 and 34 comprise Group 2 because one of

7    the counts embodies conduct that is treated as a specific

8    offense characteristic in -- or other adjustment to the

9    guideline applicable to another of the counts under

10   guideline 3D1.2.

11           The highest offense level is supplied by Group 2,

12   which is 26.  Then, under 3D1.4, one and a half units are

13   assigned because there are two groups, one with a Level 26

14   and the other with a Level 23.  With the units, that leads

15   me to a Level 27.

16           Finally, I will factor in a three-level decrease

17   because the Defendant accepted responsibility and assisted

18   authorities in their investigation.

19           All told, I end up with a total offense level of

20   24, with a range of 51 to 63 months.

21           Turning to the remaining applicable penalties, for

22   Count 13, robbery, the maximum prison term the Court may

23   impose is 15 years.  For Counts 15 and 34, it's 20 years.

24   For Counts 13, 15, and 34, the maximum fine is $250,000.

25   And for supervised release, the Court may impose a term of

1    supervised release of not more than three years on each

2    count.

3            The Defendant is not eligible for probation under

4    the guidelines because he's in Zone D of the sentencing

5    table.

6            And restitution is mandatory under

7    18 USC 3663(a).  The Government is requesting $2,000 here.

8            Have I stated accurately the statutory framework

9    under which we are operating in regard to this case?  And

10   please let me know if you have any other objections.

11           Ms. Paschall?

12           MS. PASCHALL:  I think the statutory framework is

13   correct.

14           My only concern was that your Honor did not add

15   two units to the base offense level assigned to Group 2.  I

16   think you only added one, which would get us to 27.  But

17   because Group 1's highest count is 23 and Group 2's is 26, I

18   think we should have two units instead of just one.

19           THE COURT:  Isn't it 1.5?

20           MS. PASCHALL:  I think it would be 1.5 if they

21   were less than four -- I'm sorry -- more than four apart.

22   Hold on just one second.  I apologize.

23           I think if the base offense level of the second

24   group is the same or four points less, then we add one unit.

25           THE COURT:  Right.  Wasn't it -- it's 23 and 27.

1    Right?

2                    MS. PASCHALL:  I have 23 and 26.

3                    THE COURT:  I'm sorry.  23 and 26.  So less than

4    four.

5                    MS. PASCHALL:  So we would get two units, which

6    would put us up to 28.

7                    THE COURT:  I thought it -- isn't it one, though?

8                    MS. PASCHALL:  One for each.

9                    THE COURT:  Okay.  All right.  So you think --

10                   MS. PASCHALL:  I'll let the expert opine.

11                   THE COURT:  Ms. Baker?

12                   THE PROBATION OFFICER:  Yes, your Honor.  I'm

13   actually looking at 3D1.4, Page 373 of the guidelines

14   manual.

15                   So the highest offense level of all the groups

16   gets one unit.  And then under 3D1.A, you would assess one

17   unit if the difference between the units is equal or between

18   one to four levels less serious.

19                   It's on Page 373.

20                   THE COURT:  Thank you.

21                   THE PROBATION OFFICER:  So we're talking 26 and

22   23.  So 26 would be the higher of the two, which would get

23   one unit.  And because there's a three-level difference

24   between 26 and 23, there will be assessed one additional

25   unit under 3D1.A, which would mean the 26 would be a

1    plus-two, which would get us to a 28.

2              THE COURT:  I see.

3              Mr. Kiyonaga, do you have a position on that?

4              MR. KIYONAGA:  Your Honor, I'm sorry.  I get lost.

5              THE COURT:  There's a lot of math here for

6    lawyers.

7              MR. KIYONAGA:  I prefer the Court's

8    interpretation.

9              THE PROBATION OFFICER:  Here's the book.

10             Your Honor, I assume with the three-level -- with

11   acceptance, if we are at a 28, that would get us to 25.

12             THE COURT:  Sorry.  So it would be 57 to --

13             THE PROBATION OFFICER:  Yes.  57 to 71.

14             And then the fine range would be 20,000 to

15   200,000.

16             THE COURT:  Okay.  So thank you for catching that,

17   Ms. Paschall.

18             Mr. Kiyonaga, any other objections for the record?

19             MR. KIYONAGA:  No, sir.

20             THE COURT:  So, Ms. Baker, can I ask you to do an

21   updated PSR?  We've got a lot going on there.

22             THE PROBATION OFFICER:  Yes, your Honor.

23             THE COURT:  Before I discuss the other sentencing

24   factors that will bear on the Court's final decision, I will

25   at this point share with the parties the particular sentence

1   the probation office has recommended, taking into account

2   the advisory sentencing guidelines sentence, the available

3   sentences and all of the factors listed in Section 3553(a):

4   The probation office has recommended a sentence of 90 months

5   on all counts to run concurrently.

6          Probation also recommended 36 months of supervised

7   release for all counts to run concurrently, plus a special

8   assessment of $300 and restitution to be determined by the

9   Court.

10          The recommendation of the probation office is

11   based solely on the facts and circumstances contained in the

12   presentence report.

13          I must now consider the relevant factors that

14   Congress set out in 18 USC 3553(a) to ensure that the Court

15   imposes a sentence that is sufficient but not greater than

16   necessary to comply with the purposes of sentencing.

17          These purposes include the need for the sentence

18   imposed to reflect the seriousness of the offense, to

19   promote respect for the law and to provide just punishment

20   for the offense.  The sentence should also afford adequate

21   deterrence to criminal conduct, protect the public from

22   future crimes of the Defendant and promote rehabilitation.

23          In addition to the guidelines and policy

24   statements, I must consider the nature and circumstances of

25   the offense; the history and characteristics of the

1    Defendant; the need for the sentence imposed; the guideline

2    ranges; the need to avoid unwarranted sentence disparities

3    among defendants with similar records who have been found

4    guilty of similar conduct; and the types of sentences

5    available.

6            Ms. Paschall, was there any victim that wished to

7    make a statement in this case?

8            MS. PASCHALL:  Your Honor, Officer Biscoe was

9    going to attempt to be present today.  I don't think I've

10   seen him -- oh.

11           (Confers privately with an unidentified individual

12   in the courtroom gallery.)

13           Officer Biscoe was going to attempt to be present.

14   He was not able to make it.

15           I will relate to your Honor the conversation I had

16   with him yesterday and the conversations that we have had

17   with him during the course of this case.

18           Officer Biscoe called me yesterday when he was,

19   you know, bringing someone to the lockup.  He is somebody

20   who is on the street, has seen a lot of things in the course

21   of his career.

22           And this two years later affects him so deeply

23   that he cries pretty much every time that we have shown him

24   the videos or discussed this matter.  And, you know, these

25   officers are not the type of people who want to be talking

1   to assistant United States attorneys with tears in their

2   eyes.  It truly is remarkable, the strength and the

3   fortitude of these officers to carry on with their jobs,

4   given what they saw two years ago.

5          Ms. Jackson, who was previously on the case and

6   has quite a good relationship with Officer Wilhoit, the

7   other individual victim named in this indictment, is trying

8   to get him on the phone.

9          Your Honor, he is actually on sabbatical in

10  Africa, but he has been following this case and does want to

11  be able to speak to the Court, if possible.  So we're going

12  to try to get him on the phone and try to work this out as

13  well.

14         If we're able to do that, then obviously I will

15  ask Ms. Jackson to come up and try to manipulate that.

16         THE COURT:  Why don't we have you give your

17  allocution.

18         MS. PASCHALL:  That's fine, your Honor.

19         In speaking with Mr. Kiyonaga yesterday, I wanted

20  to address some of what he filed under seal.  And we were

21  hoping to do that at the bench.

22         THE COURT:  Sure.  If the attorneys could

23  approach.

24         (Whereupon, the following proceedings were had at

25  sidebar outside the presence of the jury:)

1          THE COURT:  Michelle, get the Defendant a headset

2     so he can hear, please.

3          THE COURTROOM DEPUTY:  (Assists the Defendant with

4     the audio equipment.)

5          THE COURT:  Can we do this first?

6          MS. PASCHALL:  Of course.  Just 30 seconds.

7          Briefly, your Honor, obviously, we did take into

8     account everything.

9          THE COURTROOM DEPUTY:  He can't hear.  I'll get

10    him a new headset.

11          (Assists the Defendant with the audio equipment.)

12          THE DEFENDANT:  Okay.

13          MS. PASCHALL:  Okay.  Can you hear me now?  Okay.

14          We obviously did take everything into account of

15    the psychological evaluation.

16          THE COURT:  You saw it before your sentencing

17    memorandum?

18          MS. PASCHALL:  Right.  And I didn't want to

19    address that publicly just because of the private nature of

20    it.

21          But I wanted to make the distinction in your

22    Honor's *Rodean* sentencing.  It talks heavily about the

23    psychological evaluation.  And I think this is pretty

24    distinct from that.  What we see in the evaluation is

25    essentially that this Defendant may have gotten swept up in

1    the crowd.  There's nothing to state that any of his

2    diagnoses go to violence.  And in fact, I think the final

3    sentence of the diagnosis is pretty salient.  It says:

4    Mr. Sills does not meet the criteria for any significant

5    cognitive or psychotic disorder at this time.  He does not

6    meet any criteria for psychopathy or antisocial personality

7    and is not at risk for violence.

8             And that was just something that I think makes it

9    difficult to reconcile with the videos that we've seen.

10   This doctor is not saying that whatever very valid and

11   obviously impactful diagnoses this Defendant has would have

12   impacted his ability to be violent on that day.  And that's

13   the primary concern that we have, your Honor.

14            THE COURT:  So I'll hear from Mr. Kiyonaga in a

15   moment.

16            First, I certainly agree this is not in the *Rodean*

17   category.  But I was also -- I looked at what came above

18   that, where it looks at the time he was on some medicine

19   that I don't know how to pronounce, but that the common side

20   effects include anxiety, reacting too quickly, too

21   emotionally or overreacting, having rapidly changing moods,

22   suspicious or distrust and potentially aggressive behavior.

23            So I took this -- and maybe I misunderstood this.

24   But I took what Dr. Lynch was saying to be in part he was

25   misdiagnosed at the time and he is now in this situation

1    that is -- that you read; but at the time, while he

2    certainly wasn't in the situation of Mr. Rodean, he might

3    have been -- the medicines he was on exacerbated that

4    situation.

5            MS. PASCHALL:  And I did follow up, because he

6    noted that he -- the doctor -- took those side effects from

7    the Mayo Clinic's website.  So I followed up and looked at

8    the Gabapentin side effects.  And much of what he described

9    are actually the side effects for children.  So that

10   aggressive behavior was noted primarily as a side effect in

11   children.  I don't discount that that could have been a

12   possible factor on that day.

13           But with respect to that, I also would discount

14   the fact that somebody who has these diagnoses, misdiagnosis

15   though it may be, but certainly is receiving some sort of

16   treatment, receiving some sort of medicine, still makes the

17   decision to put himself in this situation to begin with.

18   And I find that to be problematic in the context of the day.

19           THE COURT:  Obviously, you'll have a chance to

20   speak publicly.  If there's anything you wanted to --

21           MR. KIYONAGA:  Yes.  I don't want to go into this

22   on the record in public on the issue of the

23   neuropsychological diagnosis, your Honor.

24           I'll simply say this:  We've only got one expert

25   speaking to this issue.  I sent the position on sentencing

1    early to the Government in case it wanted to react or

2    respond by hiring their own person.

3         So we're hearing from a layperson about what

4    Dr. Lynch's diagnosis may or may not mean.  But he's the

5    only neuropsychologist who weighed in on this.  And he

6    simply is saying that we've got a Defendant who's been on

7    psychotropics since the age of 10.  His mother means very

8    well, but he's been treated by family physicians in Henrico

9    County.  That's not the Mayo Clinic.  He's been misdiagnosed

10   and misprescribed.

11        And Dr. Lynch's point is only that that

12   combination of circumstances rendered him in his

13   professional opinion likely more susceptible to the mood of

14   violence to the mob.  I don't think that's a remotely

15   implausible or extreme conclusion to draw from the facts

16   before him.

17        And I think it's perfectly consistent with the

18   comparison of conduct that day to the way he's lived the

19   rest of his life.  He's basically an artist.  He does 3D

20   renderings.  There are no indicators of violent conduct

21   anywhere in his life.

22        So my sense is that the best explanation of his

23   conduct is, in fact, what Dr. Lynch submitted.  And I don't

24   think we have a really compelling and reliable voice to the

25   contrary at this point.  So I would suggest respectfully it

```
1     should serve for the Court.

2               THE COURT:  Thank you, sir.

3               So I think maybe we have -- well, you needed a

4     quick break?

5               MR. KIYONAGA:  I just need a quick minute.

6               THE COURT:  We'll take a quick break.  You can set

7     up the call.

8               MS. PASCHALL:  Great.

9               (Whereupon, the following proceedings were had in

10    open court:)

11              THE COURT:  We'll just take a very quick recess

12    here.

13              (Thereupon a recess was taken, after which the

14    following proceedings were had:)

15              THE COURT:  Do you have the officer on the phone,

16    Ms. Paschall?

17              MS. PASCHALL:  Yes, your Honor.

18              MR. KIYONAGA:  Thank you, your Honor.

19              THE COURT:  Of course.

20              MS. PASCHALL:  Officer Wilhoit, are you able to

21    hear me?

22              OFFICER CARLTON WILHOIT:  Yes, ma'am.

23              MS. PASCHALL:  I've got you on speaker for the

24    judge.  So you can give whatever statement you'd like at

25    this time.
```

```
 1                OFFICER CARLTON WILHOIT:  Okay.  All right.  Thank

 2     you so much.

 3                Greetings and salutations.  My name is Officer

 4     Wilhoit.

 5                And just to start off, I would have been with the

 6     department for almost eight years now.  And the reasoning

 7     why I wanted to join the department is because, one, I was

 8     born and raised in Washington, D.C., and I always had a

 9     yearning to help those in need and try to make a difference

10     when it comes to the socioeconomic climate between law

11     enforcement and the community at large.

12                So when I was able to join the police department

13     in Washington, D.C., it was like one of the greatest

14     things -- one of my greatest accomplishments.

15                Moving forward to, like, January 6th, it was one

16     of the most violent and crazy situations that I've ever been

17     put in as a police officer while in patrol.

18                And it didn't make sense to me, and it was to the

19     point where I had to make a conscious decision to give up

20     something that I worked hard for, which was, like, my career

21     in law enforcement because of everything that transpired so

22     that I was able to have a peace of mind so I was able to get

23     back to the root of me doing what I was destined to do, and

24     that was serve the people.

25                So that's why I'm in a different country, because
```

1    I had to take a step back from law enforcement.  And that

2    was partly due to January 6th and everything that transpired

3    that evening.

4              So I just wanted to give my account of the reason

5    why I wasn't able to be present in the courtroom today.

6    It's because I chose a different route currently, and that's

7    to serve other people somewhere else.  That will also help

8    me to focus on my mental health after and during

9    January 6th.

10             So thank you for your time.  Thank you for hearing

11   me out halfway across the world.  Naturally, I appreciate

12   your time.

13             THE COURT:  Thank you, Officer Wilhoit.  I

14   appreciate your statement here, and we'll certainly bear

15   that in mind.  And I know Ms. Jackson will make sure to let

16   you know the outcome of this case.

17             I hope you enjoy your time on your sabbatical,

18   sir.  You certainly earned it.

19             MS. PASCHALL:  Thank you.

20             OFFICER CARLTON WILHOIT:  All right.  Thank you so

21   much.  Please be safe.  And everyone have a good rest of

22   your day.

23             THE COURT:  All right.  Does the Government wish

24   to be heard on the application of the factors set forth in

25   3553(a), request a variance or otherwise make a sentencing

 1    recommendation?

 2             MS. PASCHALL:  Yes, your Honor.

 3             Having sat through several of these with your

 4    Honor at this point, I know your Honor's grave concern over

 5    sentencing disparities, both internal to this case, internal

 6    to the January 6th prosecutions and globally across the

 7    country.  I'm hoping that a brief presentation of the

 8    timeline of the events of the day and a little bit more

 9    about the officer victims will help the Court kind of put

10    this case in perspective and why we will stand by our

11    allocution for 108 months for this Defendant.

12             Ms. Chaclan, can I have my computer up on the

13    screen here?

14             THE COURT:  I did look at all your exhibits, so I

15    hope you're not going to be --

16             MS. PASCHALL:  Screenshots only, your Honor.

17             THE COURT:  Sounds good.

18             MS. PASCHALL:  While we wait for this to come up,

19    your Honor, I'll talk a little bit about aggravating factors

20    particular to how we look at the January 6th cases as a

21    whole.

22             This Defendant has more aggravating factors than

23    most.  I think we noted that this is the first Defendant to

24    be sentenced for a charge of 2111.  I reviewed this morning

25    our charging decisions with respect to 2111, and there are

1    only --

2                THE COURT:  I'm sorry.  111(b)?

3                MS. PASCHALL:  No.  The robbery count.

4                THE COURT:  Oh, right.  Okay.  That makes sense.

5                MS. PASCHALL:  And I believe that has -- thank

6    you, Ms. Chaclan -- only been charged in four indictments up

7    until this point.  There are three other Defendants within

8    this indictment who have that same charge.  The Defendants

9    who are charged with the assaults on Officer Michael Fanone,

10   two of them have this charge.  The group that is charged

11   with assaulting another lower west terrace officer, Officer

12   Waite, have a similar charge for theft of a baton.

13               And then there is a fourth individual, Richard

14   Slaughter, who has theft of a riot shield on the lower west

15   terrace tunnel.

16               So this charge is pretty unique to the violence

17   that your Honor has seen, particularly in the lower west

18   terrace tunnel.  And the Government finds theft of these

19   defensive weapons that the officers had to be particularly

20   heinous.

21               And then of course in this instance, then using

22   that weapon against these officers, also garnering a 111(b)

23   charge, is pretty unique, certainly among the other

24   January 6th cases.

25               And I know your Honor has asked the AUSAs in the

1    other allocutions in these cases where this Defendant falls

2    within these nine.  I hesitate to give an exact number.  But

3    I will note that he, unlike many of his other Co-Defendants,

4    chose to take responsibility for his actions.  Though it was

5    through the stipulated trial, we still view that as a

6    vehicle of taking responsibility.

7              And that's the major factor that sort of moves him

8    down the list, I suppose.

9              But --

10             THE COURT:  But I've been trying to -- my question

11   has been about the conduct.  I agree with you --

12             MS. PASCHALL:  Sure.  So --

13             THE COURT:  -- that that adjusts the overall

14   sentence.

15             MS. PASCHALL:  Sure.  And I think the conduct is

16   closer to the higher end.  Something that we consider as an

17   aggravating factor in all of our January 6th cases is the

18   amount of preplanning.

19             You see a lot of individuals who come before your

20   Honor who say that they were just there to go to the

21   speeches that day and got swept up in the crowd and ended up

22   inside the Capitol Building.

23             There are a smaller subset of Defendants who did

24   some prior planning and showed up, as this Defendant did,

25   with gear, with a gas mask, with goggles, with earplugs.

1   This is not something one takes simply to go to a rally.

2          And I take it that the defense's argument is that

3   he expected that there was going to be some sort of

4   terrorist attack.  It seems incredulous to me that that is,

5   in fact, the answer; but if it is, what was motivating you

6   to come here on that day if you thought a terrorist attack

7   might be occurring?  It speaks volumes as to what this

8   Defendant thought he was getting himself into that day.

9          And so that's particularly concerning not only

10   within the larger January 6th cases, but within this group

11   as well.

12          And then of course the Government finds the

13   conviction under the 1512 to also be concerning.  While we

14   have many Defendants who end up with assaults on law

15   enforcement, which are hugely problematic in the context of

16   the day, also an admission from this Defendant that he

17   wanted to stop the normal functioning of the democracy is

18   incredibly concerning.

19          So those are sort of aggravating factors that we

20   consider both within the context of the larger January 6th

21   cases and, within these nine, himself.

22          So just a brief timeline of the events for your

23   Honor:  The first video that we have of Mr. Sills on the

24   west front is of course when that police line breaks.  Your

25   Honor heard at trial from MPD Sergeant Jason Mastony about

1    this moment in time.  And in fact, Mr. Sills would have been

2    close to Officer Mastony in the northwest side of that

3    police line.  When that police line broke, it was the first

4    time Sergeant Mastony knows of in the history of the

5    Metropolitan Police Department that such a line actually

6    broke while officers were attempting to defend it.

7              This is one of the counts that he did not plead

8    guilty to that the Government will be dismissing.  But

9    there's an important couple of minutes while the officers

10   are scrambling, trying to decide what to do.  Sergeant

11   Mastony, of course, testified that he did not know if they

12   even had an escape route.  And during that time, we see this

13   Defendant throwing objects at those retreating officers.

14   First a pole.  He begins to film the activities of the day,

15   which of course your Honor has now seen in Sentencing

16   Exhibit No. 9.  He throws a small black object at the police

17   line while they retreat and he throws another pole at the

18   police line.

19             These officers were terrified.  These officers had

20   the Capitol Building to their backs.  And this Defendant

21   chose violence against those officers when it should have

22   been abundantly clear not only that he wasn't supposed to be

23   here, but that those officers were supposed to keep him from

24   the building.

25             And there are many points in time, I believe, for

1    this individual Defendant that he should have known.  He

2    should have known that it was time to go back.

3           Certainly when he encountered a police line.

4    Certainly when he broke through a police line.  But

5    particularly in these moments, the moments of the counts

6    that were now being dismissed, where he is antagonizing the

7    officers who are desperate to reclaim their ground.  He

8    should have known better.

9           The officers then retreat into the lower west

10   terrace tunnel.  Our Sentencing Exhibit

11   No. 1 from Commander Ramey Kyle -- the statement from

12   Commander Ramey Kyle, R-A-M-E-Y, talks about this tactical

13   decision that the officers had to make.

14          What I think is a particularly poignant moment

15   from that sentencing exhibit is this one that's at three

16   minutes, four seconds, where we can see Commander Kyle

17   rallying his troops, telling them, "We will not lose the

18   U.S. Capitol today," while the tunnel outside is filling

19   with rioters, including this Defendant.  He is there by

20   2:41:48 p.m.  This moment in time is 2:41:39.

21          So this Defendant is the person that Commander

22   Ramey Kyle is concerned they are going to lose the U.S.

23   Capitol to.  This Defendant is a part of this mob.  And so

24   quickly they are able to break through that door, this

25   Defendant cheering them on as they do so and pushing to the

41

1    front of the line where he finally commits that theft that

2    he has now taken responsibility for, where he wrests away

3    this baton, this defensive implement that is keeping

4    Officer Wilhoit safe.

5          Officer Wilhoit, who your Honor just heard, has

6    had to take a step back from his dream job with the

7    Metropolitan Police Department because of this day, because

8    of these incidents.

9          Another moment in time where this Defendant should

10    have known better:  It's three minutes later when he leaves

11    the tunnel with the baton triumphantly over his head.  He

12    could have left.  He makes his way out of the tunnel.  Your

13    Honor can see it's not packed, as it was minutes before.  He

14    could have left, and he doesn't.

15          He takes that weapon; he goes back into the

16    tunnel; he pulls out a strobe light; he points it at the

17    police line, disorienting the officers who are desperate to

18    hold that chokepoint; and then he uses the baton again to

19    assault Officer Vincent Biscoe, hitting him about the head

20    with that baton, and remaining there for minutes, continuing

21    to use that baton, striking at the police line other

22    individuals, including the officer who he stole this item

23    from, but others as well, others who have claimed injury

24    from baton strikes that day while they stood on the front

25    lines.  This Defendant is responsible for that.

1          And it's not until 3:00 when he finally retreats

2     once again triumphantly with the baton over his head that

3     Mr. Sills leaves the area for the day.

4          But, of course, one of the most concerning things

5     for the Government and an aggravating factor we consider in

6     all of these cases is the use of social media.  Our

7     Government's Sentencing Exhibit No. 9 shows how triumphant,

8     how proud this Defendant was of his actions of the day, and

9     how he, through the texts that come with that video,

10     downplayed the activities of the day, a consistent drumbeat

11     that we hear from these Defendants downplaying these

12     activities, when he knew full and well, posting this after

13     he had left the Capitol, what he had done.  He had assaulted

14     members of law enforcement with violent weapons.

15          And instead, he downplays this by saying:  Visited

16     the Capitol.  Made some friends.  Took a tour.

17          This was not a tour.  Your Honor knows well,

18     because you've heard from the victims that this is an

19     incredibly heartbreaking moment for them.  And we often talk

20     in sentencings, and we focus in sentencings on the

21     characteristics of the Defendant, as we should, as 3553(a)

22     requires us to do.

23          But in this instance, I implore your Honor to

24     think about the characteristics of these officers, these

25     individuals who wanted to serve their city and their

1   country, and who break down and cry when they see these

2   videos.  How could you not?  The Capitol Building is

3   emblazoned on their badges.  They are sworn to defend it.

4   It's the symbol of the city and democracy that they serve.

5   And to have people come from all over the country and attack

6   it and attack them for what they were doing that day,

7   protecting their city, it's no wonder that it is too much

8   for some of them to bear.

9        I'd warrant a guess, without knowing for certain,

10  that many of these officers have been victims of assaults in

11  the course of their time on the streets of D.C.  What you've

12  heard from these victim impact statements, however, is that

13  these assaults are the ones that have stayed with them.

14       One of the main things that the Government harps

15  on in our allocutions across all of these cases is the

16  general deterrence prong.  More than 40 of these cases have

17  been tried in this courthouse.  More than 50 Defendants have

18  gone to trial.  Hundreds of witnesses have testified.

19  Thousands of videos depicting the events have been played.

20  And all except one have been convicted of at least one count

21  in every single one of those cases.

22       And yet the persistent narrative that poisons the

23  listening ears of those like this Defendant, by his own

24  admission, is that this is no big deal.  This is a false

25  flag.

```
 1              These people claim that they are patriots.  They
 2    claim that they love this country.  They are not patriots.
 3    Carlton Wilhoit is a patriot.  Vincent Biscoe is a patriot.
 4    Sergeant Mastony is a patriot.  This Defendant's GiveSendGo
 5    page that we referenced in our filing calls this the
 6    enormous D.C. machine, that he is a political prisoner for
 7    the D.C. gulag.  But there are facts that prove this
 8    different.  And part of what we implore your Honor to do is
 9    to show that they cannot do this again.
10              Nobody, regardless of your creed, your color, your
11    ideology, nobody should come here and do this again.
12              This is how we end this.  We ask for high
13    sentences to deter people from ever coming back here, from
14    people like this Defendant, who are admittedly susceptible
15    to the rhetoric, to think twice.  Don't come here again.
16    Don't commit crimes against this government and this city.
17               So, your Honor, we stand by our allocution for
18    108 months.  We would ask for a period of supervised
19    release.  We are asking for a $2,000 restitution to the
20    Architect of the Capitol; in this case we are not seeking a
21    fine; and any other conditions your Honor would deem
22    appropriate.
23              THE COURT:  Thank you, Ms. Paschall.
24              Mr. Kiyonaga, do you wish to be heard on the
25    application of the factors set forth in 3553(a), request a
```

 1    variance or otherwise make a sentencing recommendation?

 2              MR. KIYONAGA:  Briefly, your Honor.

 3              THE COURT:  Yes, sir.

 4              MR. KIYONAGA:  Your Honor, I'd like to point out

 5    that we have Mr. Sills's mother in the courtroom as well as

 6    a number of family and friends that have come up from

 7    Central Virginia, to include one of the authors -- one of

 8    the letters of -- one of the writers of one of the character

 9    references which the Court received, Melody Perkins.

10              Your Honor, I'll speak briefly, and I'd like to

11    touch briefly on four themes.

12              Most of what I need to say has already been

13    included in the pleadings.  But the Government is asking for

14    a Draconian -- there's no other word for it -- sentence, and

15    asking the Court to ask itself why Mr. Sills decided to go

16    when he was afraid of a terror attack.  And that fear is

17    reflected in contemporaneous social media posts by him that

18    are in this stipulation of facts.  Why would he do that if

19    not direct violence?

20              Well, the answer is because the president of the

21    United States told him to.

22              Almost half of voting America voted for President

23    Trump.  And a lot of those people were extremely upset at

24    the announced election result because they didn't believe

25    it.  That is not a crime.

1          Your Honor, I would ask that the Court consider

2     the day's events in the context of that day.  Perspectives

3     change all the time.  Yesterday was the 20th anniversary of

4     the invasion of Iraq.

5          I don't know if the Court remembers D.C. when that

6     invasion happened, but I do.  And I remember that all the

7     media outlets were essentially cheering sections for this

8     invasion.  I remember Colin Powell rooting himself in front

9     of the U.N., talking about weapons of mass destruction.  And

10    I remember turning to my wife and saying:  If they're not

11    there, we'd better make the dammed things, because we're

12    telling the whole world that's why we're invading the place.

13         Well, today, the invasion of Iraq is generally

14    acknowledged by people that follow the news to be one of the

15    most cataclysmic foreign policy blunders of the last

16    century.  Yet back then, everybody thought it was great.

17         COVID-19, two years ago, anybody that opined out

18    loud that it came out of a lab in Wuhan, China, was

19    dismissed as a fringe conspiracist.  Now the FBI and the

20    Department of Energy are saying that's probably exactly what

21    happened.

22         Perspectives change, your Honor.  And on

23    January 6th, 2021, a lot of people were afraid that the

24    election had been stolen, beginning with the fact that the

25    President of the United States was telling them so.  And to

1    listen to that sentiment and to act on it at his specific

2    request is not a crime.

3          So Mr. Sills went to Washington.  He was excited.

4    He thought he was discharging a civic duty.  He arranged to

5    go on a bus with a group of other people.  He prepared.  He

6    thought he was going to suffer a terrorist attack.  He took

7    a gas mask.  This is a man who has absolutely no violence in

8    his background.  He's basically an artist.  He's a 3D

9    designer.  He's credits away from a fine arts bachelor's

10   degree.

11         He went because the president had convoked the

12   rally of his supporters to address the theft of the

13   election.  So he showed up with thousands of other people.

14         What happened?  A lot of people showed up.  The

15   president told them:  Go to Congress and Stop the Steal.  So

16   they turned around and walked to Congress.  He was among

17   them.

18         Law enforcement, I think it's safe to say, was

19   woefully unprepared for the day's events.  They could have

20   had National Guard support.  They didn't.  They were grossly

21   underresourced, they utterly lacked leadership, and they had

22   no plan.

23         The Court has probably seen, in the course of the

24   video evidence, supervisors from the MPD -- you can tell

25   because they're wearing rain coats and hats -- just standing

1    while the chaos unfolds around them.  Nobody was taking

2    charge, so it left it to the individual officers.  No

3    leadership.  No plan.

4         Somebody -- officers fired CS into the crowd.  Who

5    can identify the exact moment when a protest became a riot?

6    But it certainly did become a riot.  And that's what

7    Mr. Sills walked into.

8         And, your Honor, the second issue I'd like to

9    address is mob violence.  I understand the Court has some

10   background in law enforcement, so the Court is probably more

11   familiar than most with the phenomenon of mob violence.  The

12   fact is that the mood of a mob can overbear personal

13   volition, not necessarily excusing conduct, but certainly

14   imposing a very, very strong influence on the immediate

15   decision somebody makes.

16        The Court may have read about two fatal shootings

17   in Miami Beach, apparently by college kids on spring break.

18   I think it's a safe bet they didn't go to Florida for spring

19   break with the idea of shooting people.  They probably went

20   to do whatever kids do on spring break.

21        But I would say it's a safe bet that it was an

22   element of mob violence that led up to the -- those two, I

23   guess, separate events, but two tragedies of people pulling

24   out guns and pulling triggers.

25        People do things when they're in a mob that they

1    would not ordinarily do.

2              I'll tell the Court, your Honor, that when I was

3    16, I went to a demonstration.  My family had sent me to

4    Spain for school, and everybody was going to go to protest

5    the Franco regime.  I didn't even have a problem with

6    Franco, to be honest with you, your Honor.  But everybody

7    was upset about Vietnam.  It was 1970.  Everybody was going,

8    so I went.  I went just because everybody was going.  We

9    went with a bunch of local university kids.  I was part of

10   an exchange program.

11             And the civil guard showed up.  And they were on

12   these tremendous horses and they filled the whole street.

13   And these horses were trained to a T.  They were huge.  And

14   the guards had these black rubber truncheons, and they just

15   laid into the kids.  Half of them were female.

16             I like cops.  They protect my family.  But I

17   picked up a flowerpot and winged it at one of the mounted

18   officers.  I don't think I hit him.  But I wouldn't --

19   honestly, your Honor, that's not the way I behave.  I was

20   reacting to everybody around me.  Suddenly, you know, people

21   were getting hit and all these kids were screaming, and what

22   had 20 seconds before been chants about Vietnam and human

23   rights suddenly became a melee of kids versus cops, and it

24   got very ugly very fast.

25             And I can't explain to you to this day why I did

1      it.  I certainly didn't have a series of questions and

2      answers that I indulged before I picked up that flowerpot.

3      And I think -- it's not to excuse my conduct, but I think

4      the best answer is I got carried away by the mood of

5      everybody around me and did something uncharacteristic,

6      definitely wrong, that should not have happened.  But that's

7      what mobs do to people.  And that's what this mob on that

8      day did to this man.

9              The last thing is his contrition.  Now, the Court

10     is going to hear from Mr. Sills momentarily, and the Court

11     can judge for itself if he's sorry and how much so.  The

12     Government has pointed out that he was flippant in the days

13     afterwards.  He posted a social media message about how he

14     went to the Capitol, took a tour.  And it was flippant.

15             It very often takes time for people to indulge the

16     reflection, the introspection, that's necessary in order to

17     come to regret their conduct.  In fact, sometimes it takes

18     being discovered and held to account.  Because I think the

19     human animal doesn't like to take that hard look at him- or

20     herself and ask and answer those questions about what kind

21     of person I am.  Why did I do this?  I mean, we've all woken

22     up on the other side of a bad decision and asked ourselves

23     how it happened.  Sometimes that takes time.

24             The Court will hear what he has to say and decide

25     for itself.  But I can confidently represent to the Court

1    that he is very sorry and that he is not going to indulge

2    this sort of behavior again.

3            And the Court can look to his conduct in

4    confinement.  He was at Northern Neck for nearly a year and

5    a half.  He was working as a trustee.  There's not a shred

6    of evidence that he misbehaved, much less behaved violently,

7    inside.  In fact, he suffered some violence while he was

8    there.  But certainly nothing to indicate that he

9    misbehaved.

10           And that's because he's not violent by nature.  In

11   the ordinary course of events, he's not going to pick up a

12   stick and hit somebody with it.  Those were unique

13   circumstances to that day.

14           Now, the Government has said that the Court should

15   impose a very, very heavy sentence for deterrence because

16   this was such an awful day.  It was an awful day.  But that

17   doesn't justify a sentence that ignores the unique

18   circumstances of that day, the fact that those people were

19   gathered because the President of the United States, the

20   highest authority in the land, told them to go there and do

21   it.  How can that be a crime?

22           I don't think anybody is happy about what happened

23   that day.  At least not anybody that has any remote concern

24   for this country.

25           But it doesn't serve the needs of justice or this

1    republic to punish people disproportionately, unreasonably,

2    because they were part of that day.  They showed up because

3    they were asked to do so by the president.  And the idea

4    that an unreasonable sentence is called for in order to

5    deter a repeat of that is, I would submit to the Court,

6    hollow.

7          We had a couple years of riots.  I had looters

8    running through my neighborhood in Maryland right outside of

9    Northwest D.C.  I would like very much not to see those days

10   repeated.

11         Nobody wants to see January 6th repeated.  But if

12   the Court looks at the circumstances that created that day,

13   I would hope the Court would conclude that it's extremely

14   unlikely that they're going to combine in such a fashion to

15   create such a day again.

16         We had a pandemic.  We had an election with a lot

17   of very unusual, unprecedented and troubling features, and

18   we had a president who told the whole world the election was

19   stolen.  You've got to do something about it.  And people

20   reacted to that.  That's not a crime.  It became a crime

21   when people like Mr. Sills stepped into this -- found

22   themselves in the circumstance and made the wrong decisions.

23         But that doesn't justify an outsized punishment,

24   certainly not the one that the Government is seeking.

25         Mr. Sills will also speak very briefly to the

1    conditions of his confinement.  Northern Neck is a

2    problematic place.  You know, the marshals appear to have

3    moved all the January 6th Defendants out of there.

4           He'll tell the Court that he contracted, while

5    inside, MRSA.  That's a chronic condition.  He's never going

6    to get rid of it, and it can be fatal.  It's not a small

7    thing.

8           He'll tell you that the place is filthy.  They had

9    mice all over, not only the pods, but in the kitchen, where

10   he worked for quite some time.  He had to pay for phone

11   calls.

12          He describes the difference between Northern Neck

13   and Lewisburg as night and day, Lewisburg being the day.

14          That is something the Court needs to consider.  He

15   spent over a year and a half at this point in pretrial

16   confinement and he's suffered hard confinement because of

17   it.

18          And the last thing, your Honor -- and I don't want

19   to wax lugubrious.  But the Court will notice that

20   Mr. Sills's father is not here today.  It's because he can't

21   travel.  He's not a healthy man.  He is far from robust, and

22   there are no indicators that he's going to return to vigor.

23   He's in an assisted living facility recovering from a broken

24   femur; he has a blood disorder; he has diabetes.

25          And it would be a miscarriage of justice, your

1    Honor -- I'll say it -- if he were to die before his son

2    could be released to see him.

3              THE COURT:  Thank you, Mr. Kiyonaga.

4              Mr. Sills, you have the right to make a statement

5    or present any information to mitigate the sentence.  Would

6    you like to say anything that you would like me to consider

7    before imposing sentence?

8              MR. KIYONAGA:  Would the Court like him at the

9    podium?

10             THE COURT:  Yes, please.

11             MR. KIYONAGA:  If the Court would indulge me one

12   second.

13             (Confers with the Defendant privately.)

14             THE DEFENDANT:  Thank you.

15             In December, just a few months ago, I was moved to

16   the Lewisburg facility from Northern Neck Regional Jail,

17   where I spent 18 months of my imprisonment.  Mostly all of

18   the J6ers were moved out of that jail due to negligent

19   conditions of the jail.

20             It wasn't until I got to Lewisburg that I

21   realized -- I was surprised that I lived there for 18 full

22   months and came out as well as I did.  It didn't hit me

23   until I was out of that facility that -- just the conditions

24   that I had to live with.

25             While I was there, I did work as a trustee.  And

1     because of that, I had up-close and personal conduct with

2     the food.  And it was -- the kitchen was moldy.  Mold all

3     throughout the jail.  Rats everywhere.  Roaches on the

4     trays.  They would get served with the food.

5            The food lacks nutrients.  The portions of the

6     food was dismal.  Because of that, after six months at

7     Northern Neck Regional Jail, I lost 40 pounds.  I became

8     malnourished.  And I ended up contracting MRSA.

9            And that went untreated for five months.  I asked

10    repeatedly to see the doctor and, for whatever reason, the

11    jail refused to allow me to see the doctor.

12            I would bleed from various parts of my body for

13    days on end.  I would ask for bandages.  They wouldn't give

14    me a bandage.

15            Eventually, in May, five months later, I did

16    finally see the doctor.  He instantly let me know that my

17    body wasn't getting the nutrition that it needed from the

18    food I was served and in fact I did have MRSA, which is an

19    antibiotic-resistant form of staph infection.  He prescribed

20    me an antibiotic that specifically works for that.  I took

21    that and it went away for the time being.  Unfortunately,

22    months down the road, it came back; and I'm afraid that this

23    is something that I'm going to live with for the rest of my

24    life.

25            In addition to that, as you are well aware now, I

1    do take medication for antianxiety.  And at the jail it was

2    a common issue, a recurring issue, that my meds were either

3    not available when I would go to the pill cart or even for

4    months on end they would not do a refill for whatever

5    reason.  Negligence, I assume.

6            Outside of my concerns with medical -- well, let

7    me back up.

8            Not having my medication, that's medication that I

9    need to take every night.  And if I don't, it wrecks [sic]

10   havoc on my mind.  And I suffered mentally for quite some

11   time because of that.

12           Aside from the medical issues, there were numerous

13   federal regulations that were not adhered to by the jail

14   that caused me to have a much more difficult time at the

15   jail, including, but not limited to, phone calls.  Just to

16   call my family, it costs hundreds of dollars a month just

17   for a once-a-day, 15-minute phone call.

18           Once I got to Northern Neck -- I'm sorry --

19   Lewisburg, I realized the phone calls were supposed to be

20   free for federal inmates.  Not only that; we weren't allowed

21   to order books in regards to -- I wanted to -- I take

22   education very seriously, and I want to study to become a

23   better person when I'm out of jail.  And I couldn't order

24   any books to specific studies.

25           Outside of that -- discovery was also a big issue

1    at Northern Neck.  The laptops barely worked.  I would have

2    to watch the videos at, like, a quarter of a speed or less,

3    possibly one-tenth of the speed, because the laptops just

4    didn't work.

5         The hours of day we were permitted to use the

6    computers to view discovery was very lacking.  Often at 2:00

7    in the morning they would take us down there.

8         I wish I could have viewed my discovery more

9    frequently.  But unfortunately, that wasn't an option at

10   Northern Neck.

11        Aside from that, I take, like I said, my education

12   very seriously.  And since being incarcerated, I have

13   decided to spend each day of not only my imprisonment but

14   the rest of my life bettering myself in some way.

15   Education, physical health.  I read 80 books since I was

16   incarcerated, and I'm very proud of myself for that, even

17   though the selection was limited.

18        I enrolled in the GED class department.  I've

19   already got my GED or diploma.  But she would allow us to

20   study various interests.  I studied math for six months and

21   I tutored other inmates to get their GED and to help them

22   better their math skills.

23        I also enrolled in a construction certification

24   course, which unfortunately I did not get to finish at

25   Northern Neck because I was moved out to Lewisburg before I

1    could finish that.  That really would have helped my career,

2    and I plan to continue to do that when I get out, to get

3    that certification.

4           In addition to that, I was a trustee and I was

5    happy to be part of the inner workings of the jail.

6           Aside from that, first I want to thank everyone

7    for being here today.  I'm ashamed and embarrassed that we

8    are here today under these circumstances, that being my

9    violent and disorderly actions at the United States Capitol

10   on January 6th, 2021.

11          I want to be clear that my actions were out of

12   line, outrageous and unacceptable.  I have been behind bars

13   for the last 21 months, and I believe because of my actions

14   there is no more rightful place I should have spent this

15   time.

16          I want to apologize to my family, some of which is

17   in the audience here.  I know I've caused you financial

18   hardship, stress and -- sorry -- heartache.  I'm sorry.

19          There's no harder feeling than knowing at this

20   point I've disappointed not only myself, but also those I

21   love.

22          I want to apologize to the officers that I

23   interacted with that day, especially Officers V.B. and C.W.

24   I'm sorry I don't know your names, but only your initials.

25          I want to apologize to the entire Capitol Police

1    and D.C. Metropolitan Police Departments for the stress I've

2    caused in my actions.

3              I want to apologize to my community and the nation

4    for being an embarrassment.

5              I am ashamed, shocked and deeply disappointed in

6    how I lost control of my actions that day.  I will have to

7    live with these feelings for the rest of my life.

8              As an individual that tries to hold himself to a

9    higher standard in everything he does, this has been and

10   will be a continuous question of my character.  And in many

11   ways, that has been the hardest pill to swallow.  These

12   two-plus years since January 6th have been the hardest of

13   times in my life.

14             I've lost many friends.  I've lost my finances.

15   I've lost my career.  I've had to reanalyze some of my

16   beliefs and change my thinking on some things because I've

17   realized I was led astray.  I have matured; however, the

18   cost of that maturity has been steep.

19             Because of how I acted on January 6th, I will now

20   always be labeled as a flawed citizen.  As a felon, I will

21   not be able to return to the career that I loved as a 3D

22   artist who created government simulators for a government

23   defense contractor.  This is especially disappointing in the

24   time when our government is using 3D training simulations to

25   prepare soldiers that are actively fighting to defend

1    democracy across the globe in war-torn regions.

2          Furthermore, my rights as a citizen will be

3    forever limited.  There are certain nations that I will not

4    be allowed to travel to.  I will not be allowed to defend my

5    family with a firearm if the need arises.  I will not be

6    allowed to vote.  None of these losses are as heavy as the

7    stain I now carry on my character.

8          I am saddened, embarrassed and regretful of my

9    actions.  How did this happen?  To begin to understand my

10   story and mindset of that day, a couple of facts surrounding

11   the lead-up to January 6th must be addressed.  I in no way,

12   shape or form premeditated to engage in any misconduct at

13   the U.S. Capitol.  What happened at the Capitol on

14   January 6th, and ultimately what I was involved in, came as

15   a complete and utter shock to me.

16         That said, I did not purchase items from online

17   retailers to prepare for violence at the Capitol, as the

18   vague wording of this detail in my statement of facts may

19   allude.  In fact, none of the items purchased from said

20   websites in the fall of 2020 traveled with me to the

21   Capitol.  We have the receipts here today to prove this

22   fact.  Yet I realize the fact that I had, among my

23   belongings that day, a gas mask is both confusing and

24   disturbing.

25         I would also use the words "confusing" and

1    "disturbing" to describe the articles reported by CBS News

2    the day before, on January 5th, headlined with titles such

3    as "Iran Threatens to Fly Jet Airliner Into U.S. Capitol"

4    and "Chilling Threat Sent to Air Traffic Controllers Vowing

5    Revenge For Killing Iranian General Soleimani is Under

6    Investigation."

7              Concerns over threats of various terrorist attacks

8    targeting the Trump rally on January 6th were discussed with

9    my family via text message on the evening of January 5th.

10   This discussion is referenced in my statement of facts, and

11   many of these text messages can be found in my discovery.

12             These threats -- whether credible or not, I had no

13   way of knowing -- influenced my decision to bring along the

14   respirator I purchased not in 2020, but in 2015, as a

15   precautionary measure.

16             This decision I regret, because if I did not have

17   this protection with me, I believe I likely would have fled

18   the area when gas was deployed, instead of applying

19   protection at that moment and advancing further into the

20   chaos that erupted as a result of the toxic smoke.

21             With this background knowledge, allow me to

22   describe my experience in the lead-up to that fateful

23   mistake.

24             I attended Trump's speech at the Ellipse and the

25   subsequent rally outside of the Capitol Building for nothing

1    more than to support my president and to engage in a

2    peaceful assembly.

3         During Trump's speech, I was positioned near the

4    Washington Monument, and I couldn't hear a word he said.

5    The only view I got of the president was through a small

6    video feed playing on the jumbotron through my binoculars.

7         Disappointed after the speech, I followed the

8    crowd to the Capitol Building, as I had seen that this was

9    where everybody was going.  Once at the Capitol, I stood

10   observing the crowd from roughly a couple hundred yards from

11   the building.  After a few moments, I began to hear what

12   seemed to be the sound of gunshots.

13        I looked with my binoculars toward the front lines

14   of the crowd positioned around the west terrace.  It was

15   from this area which the sounds of bangs seemed to be

16   emanating.  I did not see any stampeding or people running,

17   which were actions I would associate with an active shooter

18   scenario, so I deemed the situation safe enough to

19   investigate and I made my way to the front.

20        Eventually, I was standing 20 feet from the line

21   of officers dressed in full riot gear.  The situation at

22   this moment was mostly peaceful.  As an artistic individual

23   with photography as his life's passion, I began to film the

24   crowd and the officers.

25        I had never before seen such a gathering of law

1   enforcement except on the pages of CNN and Reuters.  I was

2   highly interested and engaged in what I was filming.  Yes,

3   people were yelling and arguing with police as I filmed, but

4   there was at that time no riot.

5          I saw a couple of individuals throw water bottles

6   towards the police.  Another individual was particularly

7   aggressive in body-slamming into the officers on the line.

8   The situation was still mostly peaceful as I filmed.

9          Suddenly, I witnessed and filmed a canister thrown

10   from the police line into the crowd that landed no more than

11   10 feet to my left.  The sound of the ordnance detonating

12   sent a concussion shockwave through the crowd.

13          It was this event that first altered my rational

14   thinking and filled my mind with fear.  Everyone ducked in

15   frightened surprise.  I then began to notice a growing cloud

16   of teargas enveloped everything and everyone around me.  I'm

17   unsure if the gas originated from the canister that landed

18   beside me or if some other type of ordnance exploded in my

19   proximity.  But the sound of the detonation and the effect

20   on my mind was substantial.

21          It was at this frightening moment I remember that

22   the crowd around me raised their voices louder, and many

23   became highly agitated.  It was also in this moment that I

24   knelt in the cloud of gas, reached in my backpack and fitted

25   the respirator to my face so I could breathe and continue

1    filming.

2            I should have left.  Nothing good happened after

3    this moment, only mistakes that have forever altered my

4    life.  This was the ultimate pivot point, and I chose

5    wrongly.

6            The crowd surged forward and began throwing more

7    substantial objects at the police as they retreated.  I

8    filmed and followed the crowd until I was standing in the

9    center of the platform of the lower west terrace.

10           Suddenly, someone or something knocked my phone I

11   was filming with out of my hands and onto the ground.  My

12   attention shifted to the ground as I frantically searched

13   for my phone.  Time passes as I'm hunched over searching

14   everywhere.  I finally find my phone and I put it in my

15   pocket so I don't lose it again.

16           With this -- with the recovery of the phone, the

17   distractions passed, I raised my head to refocus my

18   attention and I find myself in full-blown riot.

19           Worse yet, my hands are empty and I forget my

20   purpose.

21           I become confused.  I see what were peaceful

22   protesters two minutes ago now hitting the police with

23   flagpoles.  I see the police defending themselves with their

24   batons striking at rioters.

25           I see poles flying through the air.  I see Mace

1    flying in all directions.  I see blood; I see tears; I hear

2    screams; I hear yelling.

3            But in the midst of all this chaos and carnage I

4    see the American flag, the symbol of everything I love.

5            I didn't realize it at the moment, but I was so

6    confused.  My hands were empty.  And an old proverb states,

7    Empty hands are the devil's playground.  Truer words have

8    never been spoken.  In my confusion, I identify with the

9    symbology around me.  I'm disgusted in myself now to admit

10   that I became part of the problem.  I became part of the

11   mob.  I wasn't thinking clearly.

12           Somehow I decided I can throw something, too.  I'm

13   sorry to say that I did.  It was painful to see those images

14   of me throwing objects.  That's not who I am.  I wasn't

15   thinking clearly.  Somehow I decided I could throw objects,

16   too.  Seconds later, I realized:  Wait.  Wait.  What am I

17   doing?  This is not what I'm here for.  I take my phone out

18   again and begin filming.

19           I continue filming and following the crowd to the

20   upper platform of the west terrace and ultimately to the

21   tunnel.  Inside the tunnel, I stood still, filming just

22   outside the two sets of double doors with frosted glass.

23   These doors lead to the interior of the building.

24           The tunnel quickly becomes crowded with

25   protesters.  It wasn't until another individual opened an

1    unlocked set of inner double doors that it was revealed a

2    strong phalanx of police in full riot gear blocked and

3    guarded the passage.

4         Words were said between protesters and police and

5    shoving started.  And flagpoles began to be jabbed at the

6    police, and they responded in defense with strikes of their

7    baton.

8         As I continued to film, chaos broke out around me

9    again, this time in crowded and confined quarters.  The

10   fighting around me quickly became intense and too much for

11   me to bear.

12        I again secured my phone in my pocket.  I observed

13   the melee around me.  The police were rightfully acting in

14   self-defense and protection of the Capitol.

15        We shouldn't have been there.  I shouldn't have

16   been there.

17        Now again, confused and in a panicked state of

18   mind, I turned from observer to active participant; and it

19   was here that I acted in my most outrageous conduct.

20        I witnessed an older gentleman directly in front

21   of me receive a blow to the head from a police baton.  A

22   protester next to me catches what I thought was the same

23   baton on the next strike.  This individual becomes in a

24   tugging match with the wielding officer.

25        And in my mind, I mistake -- I'm sorry.  In my

1    mind, I make the split-second decision to help this guy next

2    to me, someone I don't even know, to gain control of this

3    baton.  Together we succeeded in wresting control of this

4    baton away from this officer.

5              This was wrong.  This was one decision of many in

6    a long line of unfortunate mistakes.

7              The baton ended up in my hands.

8              The exact order of events and full details of my

9    actions in the ensuing minutes and seconds I do not recall.

10   I believe that I exited the tunnel, only to return a moment

11   later.  Why I returned I don't understand.  I remember

12   someone yelling, "We need more patriots to the front."  And

13   I heeded the call, to my sorrow.

14             I somehow decided to act as a counterweight to the

15   defensive strikes of the police with their batons.  In the

16   moment I thought I was defending people, but in reality I

17   became a violent problem.

18             Over the next several minutes, each time that an

19   officer swung their batons towards the crowd, I attempted to

20   strike not at the officer directly, but at their shield in a

21   crazy, futile gesture to somehow tell them to stop.  I had

22   every opportunity to seriously injure one of the officers

23   closest to me due to lack of head protection.  However,

24   inflicting harm was not my goal.

25             I know the reason we are all here today can

1    understandably cause one to think otherwise, but I do not

2    believe in violence.  Using violence to achieve a goal does

3    not make the perpetrator right.  In fact, it makes that

4    person wrong.

5            Violence is always a pointless endeavor.  Since

6    being incarcerated, I've been on the receiving end of

7    violence.  For the first time in my life, I was having a

8    conversation with an individual and that individual

9    assaulted me.  I'd never been in a fight before.  My

10   reaction was to walk away.

11           That inmate gained nothing but rejection from the

12   entire pod.  Violence does not solve anything.

13           When I see the madman in that video striking at

14   the police, I'm outraged.  Imagine for a second that the

15   person in that video is you.  To know that person in that

16   video is me, it becomes hard to live with myself.  What

17   happened to me?

18           (Confers with counsel privately.)

19           I'm ashamed.  My outrageous and unacceptable

20   aggression in the tunnel lasted for several minutes before I

21   woke to the horror of what I had done.  Something inside me

22   told me to leave now, and I immediately obeyed my better

23   conscience.  Before I made it off the property, before

24   making my way out of the crowd, I was shocked and terrorized

25   at what I had been a part of and what I had just done.

1        How did I lose control of myself?  I had never

2    done something like this before.  It happened so fast.

3    Though I uploaded several videos to Instagram hours later in

4    a shameful and careless gesture, I didn't tell a soul about

5    how foolish I had actually been.

6        I began to apologize to my family, my friends and

7    ex-girlfriends about any wrong my conscience felt I had ever

8    committed to them because I couldn't admit the real source

9    of sorrow and regret on my heart.  I couldn't admit that I

10    was part of a lawless and violent mob.

11        Today I stand before you a different man and I

12    find peace in communicating this public apology and paying

13    my debt to society for the harm I've caused.

14        But I will carry a burden of disappointment in

15    myself for the rest of my life because I lost control of my

16    actions on January 6th, 2021.

17        I pray that the officers that protect the Capitol,

18    that protect D.C. and that protect communities all over this

19    nation can forgive me.

20        I pray that my community can forgive me.  I pray

21    that my family and friends can forgive me.

22        I pray that God will forgive me.  I pray that over

23    time I can begin to forgive myself.

24        As I begin to pick up the pieces from this

25    disaster I've caused, I realize I've been given an

1   opportunity to reorient and refocus my life's pursuits.  My

2   understanding of time has become more precious.

3         Most pressingly, I must take care of my father and

4   his household as he struggles with various health

5   conditions.  I also wish to get married and experience the

6   God-given joys of starting a family.  I want to join the

7   church that has supported me so much during my incarceration

8   and be a more active part of their congregation.

9         I want to finish the bachelor's degree that I was

10  so close to finishing.  I want to work towards starting a

11  business and compete in the marketplace of ideas.

12        Most of all, I want to be an active member of my

13  community and a contributor to a better society.

14        I owe it to my town, my commonwealth and my

15  country.

16        MR. KIYONAGA:  Your Honor, I neglected to ask that

17  Mr. Sills be sworn before he made his statement.  If the

18  Government would like, he can be sworn retroactively if the

19  Government wants.

20        THE COURT:  That's not necessary.

21        MS. PASCHALL:  No.

22        THE COURT:  I've assessed the particular facts of

23  this case in light of the relevant 3553(a) factors and I now

24  want to provide remarks for the record and for you, sir,

25  about my considerations in regard to the nature of the

1    offense and your history and characteristics.

2           You were a foot soldier in one of the most

3    disturbing riots our nation has ever seen, certainly seen in

4    years.  And unlike many of the people who were at the

5    Capitol on January 6th, you came prepared for trouble.  You

6    wore black goggles, tactical gloves and a gas mask and

7    brought a strobe flashlight.  This suggests a level of

8    premeditation that is quite troubling.

9           I appreciate your explanation here today for why

10   you brought at least some of those things.  I agree with

11   Ms. Paschall that it kind of beggars belief that, if you

12   really thought there was going to be a terrorist attack,

13   you'd decide to come to D.C. rather than flee from it.

14          But regardless, you brought gloves, a flashlight.

15   This sounds to me like somebody who's come in for a fight at

16   least in part.

17          You made your way through the crowd on the west

18   front of the Capitol Building and threw poles at officers

19   who were retreating in the face of numerous violent rioters.

20   Despite overwhelming evidence that you shouldn't be there --

21   fencing, signs, loudspeaker announcements telling people to

22   disperse, the pervasive smell of chemical munitions -- you

23   pressed on, following the retreating officers to the lower

24   west terrace tunnel.

25          Inside the tunnel, you joined a group of some of

1    the most violent and egregious rioters battling officers to

2    gain entry to the Capitol Building.  Behind those brave few

3    officers were offices containing terrified members of

4    Congress and staffers in hallways with officers recovering

5    from injuries sustained by confrontations with rioters.

6          You made your way to the front of the face-off

7    with officers and wrested away a police baton from Officer

8    C.W.  I cannot tell you how dangerous and how rare it is for

9    someone to be foolish enough and lawless enough to try to

10   disarm a police officer.

11         Several minutes later, you used the strobe to

12   disorient officers in that dark tunnel, some of whom were

13   literally fighting for their lives.  Not content with that,

14   you then used the stolen baton to strike the officers,

15   including striking the arm and head of Officer V.B. while he

16   was struggling with another rioter.

17         Notably, police officers are trained to use batons

18   to strike at center mass areas like the legs and arms

19   precisely because a strike to the head could be so

20   dangerous, even lethal.

21         You also hit C.W., the officer you had robbed,

22   with his own baton.  Because this brave officer was

23   assaulted by so many rioters on that day, he isn't sure

24   where you hit him or whether your strikes actually injured

25   him.  But he did receive a visible injury to his forehead

1    during those confrontations.

2            After you left the tunnel, you had the temerity to

3    boast about your misconduct, posting videos of your actions

4    around the Capitol with comments like, "Visited the Capitol

5    today, made some friends and took a tour."

6            I take assaults on law enforcement officers

7    extremely seriously; and the fact that you did all this

8    while trying to obstruct the certification of the electoral

9    count only exacerbates your actions.

10            Of all of the January 6th Defendants I've

11    sentenced to date, your conduct is the most outrageous, the

12    most troubling.

13            I have considered the impact that your conduct had

14    on Officer V.B., who continues to be very emotional about

15    that day, understandably.  And I've considered the statement

16    from Officer C.W. a few moments ago, where he said that this

17    is one of the most violent situations that he's ever been in

18    and that he's actually left his career, left the police

19    department, and is still recovering mentally and emotionally

20    from what occurred on January 6th, actions that you're in

21    part responsible for.

22            Having said all that, I recognize that your

23    conduct on January 6th was a strange aberration for you.

24    You have no criminal history, not even an arrest.  These are

25    important factors in your support.

1          I've considered what Mr. Kiyonaga said about mob

2     violence.  He's absolutely right that mobs cause people to

3     do things that they never would have done otherwise, and I

4     think that is probably true of you.  That is also in part

5     why mobs are so dangerous.

6          And so I think the fact that you acted as you did

7     in a mob frankly cuts both ways here.

8          I disagree with him that President Trump's

9     comments in some way -- well, I don't think he suggested

10    that they justify your actions.  You tell me that you

11    couldn't even hear the president.  But regardless, there are

12    hundreds of Defendants charged for their actions on

13    January 6th, let alone the thousands of people who were

14    there in D.C., and almost none of whom engaged in the type

15    of violence that you did.

16         I have considered your testimony regarding the

17    conditions at Northern Neck.  I'm particularly sorry that

18    you have caught MRSA as a result of your time there.

19         I've also carefully considered the submission

20    under seal from Dr. Lynch, which I think does provide some

21    important context to your actions on January 6th.  I think

22    what he says suggests that you were suffering from mental

23    health issues.  I don't think that eliminates your capacity

24    to appreciate the nature and quality or wrongfulness of your

25    conduct.  And he states that as well.

1        He suggests that you were caught up in your own

2    untreated psychopathology and that you were quite possibly

3    being mistreated for bipolar disorder and that the

4    medications you were on can cause overreactions, rapid mood

5    change, distrust and potentially aggressive behavior.

6        He also explains that you had become fixated on

7    the election and related events and got caught up into

8    conspiracy theories.

9        I think these are important mitigating factors

10   that go some ways towards explaining how someone could

11   commit such a violent, serious crime despite having no

12   history of anything like this.

13       I'll be ordering you to maintain mental health

14   treatment and I will set limits on the time you may spend on

15   the internet during supervised release in light of the

16   findings and recommendations of Dr. Lynch.

17       I've also considered the letters that have been

18   submitted on your behalf that describe you as a kind,

19   helpful, intelligent person, and I think those letters and

20   the support that you have here today speak well on your

21   behalf.

22       I also credit your acceptance of responsibility.

23   The Government required you to stipulate to three very

24   serious felonies, which outside of the January 6th context

25   is frankly quite unusual.

1          I also appreciate your statements of remorse now.

2     Frankly, I have a hard time thinking back to a statement

3     from a defendant in sentencing that was as eloquent about

4     remorse and suggested that, frankly, you got it.  You

5     realize what you did, the harm that you've caused.  You said

6     that you actually deserve to be behind bars.  I know I've

7     never heard a defendant say that at a sentencing before.

8          You admit to being an embarrassment, which you

9     were.  And I think your remorse certainly convinces me that

10    I don't need to be worried about specific deterrence and

11    underlines what an aberration your conduct was on

12    January 6th for you and in the scope of your life.

13         I've considered the attorneys' various proposed

14    sentencing comparators.  I think by far the most relevant

15    comparators are your Co-Defendants.  In particular, I have

16    focused on Mr. Stevens, who was convicted of -- who was also

17    convicted for assaultive conduct.  His misconduct was not as

18    aggravated as yours, but he did not accept responsibility

19    and showed little remorse at sentencing.

20         I therefore think his sentence of 60 months is an

21    important data point for sentencing here.

22         I agree with the Government's restitution analysis

23    and intend to award $2,000 in restitution for the reasons

24    stated in the Government's memorandum.

25         I am going to vary downward in this case, based

1    primarily on your remorse that you've exhibited here today;

2    really, I think, extraordinary remorse, but also in light of

3    this -- the aberrant conduct here in light of your overall

4    history and characteristics and given the mental health

5    concerns indicated by Dr. Lynch.

6            I should say -- I should note that I'm reaching

7    this sentence certainly considering what I believe are the

8    properly calculated guidelines; but ultimately, the

9    Government, Probation, your attorney and I all came up with

10   different calculations.  That's kind of unusual.  I've

11   almost never seen that out of a January 6th case

12   circumstance.  I think while I certainly have considered the

13   sentencing guidelines, I would make this same conclusion as

14   a variance, regardless of whether I'm correct or not on the

15   sentencing guidelines.  I think the sentencing guidelines

16   have some significant limitations in the January 6th

17   context.

18           Sir, you're going to spend several years in

19   prison, but you will still be a young man when you are

20   released with most of your life ahead of you.  I encourage

21   you to rely on your family and friends and ensure that you

22   never again find yourself in a similar situation as you do

23   today.

24           January 6th does not need to define you or the

25   rest of your life.  You described yourself as a flawed

 1    citizen.  You're right; you are, but so are we all.  We're

 2    all fallen humans.  And I'm confident you can do better than

 3    this.

 4          I will now impose the sentence:

 5          It is the judgment of the Court that you, Geoffrey

 6    William Sills, are hereby sentenced to serve a term of 52

 7    months' incarceration on Counts 13, 15 and 34 each.

 8          You are also sentenced to 36 months of supervised

 9    release for Counts 13, 15 and 34 each.

10          All terms of incarceration are to run concurrently

11    and all terms of supervised release are to run concurrently.

12          You must also pay a $300 special assessment.

13          Within 72 hours of release from custody, you shall

14    report in person to the probation office in the district to

15    which you are released.

16          While on probation, you must abide by the

17    following mandatory conditions:  You must not commit another

18    federal, state or local crime; you must not possess or use

19    any controlled substance; you must refrain from any unlawful

20    use of a controlled substance; you must submit to one drug

21    test within 15 days of placement on supervision and at least

22    two periodic drug tests thereafter; you must cooperate in

23    the collection of DNA.

24          You must also abide by the recommended standard

25    conditions of release defined in guideline 5D1.3(c).

1          You shall also comply with the following special

2     conditions:  You must submit to substance abuse testing to

3     determine if you've used a prohibited substance, including

4     marijuana.  You must not attempt to obstruct or tamper with

5     the testing methods.

6          You must provide the probation office access to

7     any requested financial information and authorize the

8     release of any financial information.  The probation office

9     may share financial information with the United States

10    Attorney's Office.

11         You must not incur any credit charges or open

12    additional lines of credit without the approval of the

13    probation office.

14         You must participate in mental health treatment

15    and a mental health treatment program and follow the rules

16    and regulations of that program.  The probation office in

17    consultation with the treatment provider will supervise your

18    participation in the program.

19         During the first 12 months of your supervised

20    release, I am limiting you to 90 minutes a day of

21    non-work-related internet access.  To ensure compliance with

22    this condition, you must allow the probation office to

23    install computer-monitoring software on any computer as

24    defined in 18 USC 1030(e)(1) that you use.  This includes

25    desktops, laptops, mobile devices, smart watches, gaming

1    devices, private servers or any other high-speed

2    data-processing device performing logical, arithmetic or

3    storage functions.

4          You must allow the probation office to conduct

5    initial and periodic unannounced searches of any computer or

6    other electronic communications or data storage devices or

7    media that are subject to computer monitoring.  These

8    searches shall be conducted to determine whether the

9    computer contains any prohibited data prior to installation

10   of the monitoring software, whether the monitoring software

11   is functioning effectively after its installation and

12   whether there have been attempts to circumvent the

13   monitoring software after its installation.

14         You must warn any other people who use the

15   computers that the computers may be subject to searches

16   pursuant to this condition.

17         The probation office may conduct a search pursuant

18   to this condition only when reasonable suspicion exists that

19   there's a violation of a condition of supervision and that

20   the computer or device contains evidence of this violation.

21   Any search will be conducted at a reasonable time and in a

22   reasonable manner.

23         The Court finds that you do not have the ability

24   to pay a fine and therefore waives imposition of a fine in

25   this case.

1        You are ordered to make restitution to the

2   Architect of the Capitol in the amount of $2,000 and must

3   pay the balance of any restitution owed at a rate of no less

4   than $75 a month to commence 30 days after your release from

5   prison.

6        Restitution payments shall be made to the Clerk of

7   the Court for the U.S. District Court for the District of

8   Columbia for disbursement to the Architect of the Capitol,

9   Office of the Chief Financial Officer.  The $300 special

10  assessment is immediately payable to the Clerk of the Court.

11  Within 30 days of any change of address, you shall notify

12  the Clerk of the Court of the change until such time as this

13  financial obligation is paid in full.

14       The probation office shall release the presentence

15  investigation report to all appropriate agencies, which

16  includes the United States Probation Office in the approved

17  district of residence, in order to execute the sentence of

18  the Court.

19       Treatment agencies shall return the presentence

20  report to the probation office upon the Defendant's

21  completion or termination from treatment.

22       Pursuant to 18 USC 3742, you have the right to

23  appeal the sentence imposed by this Court if the period of

24  imprisonment is longer than the statutory maximum.  If you

25  choose to appeal, you must file any appeal within 14 days

82

```
1    after the Court enters judgment.
2            As defined in 28 USC 2255, you also have the right
3    to challenge the conviction entered or sentence imposed if
4    new and currently unavailable information becomes available
5    to you or on a claim that you received ineffective
6    assistance of counsel in entering a plea of guilty to the
7    offense of conviction or in connection with your sentencing.
8            If you are unable to afford the cost of an appeal,
9    you may request permission from the Court to file an appeal
10   without cost to you.
11           Pursuant to United States vs. Hunter, 809 F.3d 677
12   from the DC Circuit, 2016, are there any objections to the
13   sentence imposed that are not already noted on the record?
14   Ms. Paschall?
15           MS. PASCHALL:  No, your Honor.
16           THE COURT:  And Mr. Kiyonaga?
17           MR. KIYONAGA:  No, your Honor.
18           I would just note, I believe the terms of the
19   stipulated trial preserve his plenary appeal rights.
20           THE COURT:  Yes.
21           MR. KIYONAGA:  I would also ask the Court to
22   recommend confinement at USP Petersburg.
23           THE COURT:  All right.  We'll make that
24   recommendation.
25           Ms. Paschall, do you have a motion?
```

1          MS. PASCHALL:  Yes, your Honor.

2          At this time, we would move to dismiss the

3   remaining counts of the fifth superseding indictment with

4   respect to Defendant Sills.

5          THE COURT:  That motion will be granted.

6          Sir, you're remanded to the custody of the

7   Attorney General.  Good luck to you, sir.

8          THE DEFENDANT:  Thank you.

9          THE COURT:  Thanks, folks.

10          (Proceedings concluded.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       <u>**CERTIFICATE**</u>

2

3                    I, LISA EDWARDS, RDR, CRR, do hereby

4       certify that the foregoing constitutes a true and accurate

5       transcript of my stenographic notes, and is a full, true,

6       and complete transcript of the proceedings produced to the

7       best of my ability.

8

9

10                    Dated this 23rd day of March, 2023.

11

12               <u>/s/ Lisa Edwards, RDR, CRR</u>
                 Official Court Reporter
13               United States District Court for the
                   District of Columbia
14               333 Constitution Avenue, Northwest
                 Washington, D.C. 20001
15               (202) 354-3269

16

17

18

19

20

21

22

23

24

25

## $

**$2,000** [4] - 22:7, 44:19, 76:23, 81:2
**$250,000** [1] - 21:24
**$30,000** [1] - 8:2
**$300** [3] - 25:8, 78:12, 81:9
**$300,000** [1] - 8:3
**$75** [1] - 81:4

## /

**/s** [1] - 84:12

## 1

**1** [4] - 6:16, 7:10, 21:5, 40:11
**1's** [1] - 22:17
**1.5** [3] - 7:11, 22:19, 22:20
**10** [3] - 17:14, 31:7, 63:11
**1030(e)(1** [1] - 79:24
**108** [3] - 8:1, 35:11, 44:18
**10:04** [1] - 1:7
**111(b** [4] - 11:13, 17:13, 36:2, 36:22
**111(b)** [1] - 20:1
**12** [1] - 79:19
**13** [14] - 2:18, 2:19, 5:22, 6:8, 6:10, 6:11, 8:2, 8:12, 13:23, 21:5, 21:22, 21:24, 78:7, 78:9
**14** [4] - 6:20, 17:17, 20:13, 81:25
**14th** [1] - 4:12
**15** [16] - 2:18, 2:20, 5:23, 6:4, 6:8, 6:18, 8:2, 17:11, 20:10, 21:6, 21:23, 21:24, 78:7, 78:9, 78:21
**15-minute** [1] - 56:17
**1512** [1] - 38:13
**1512(c)(2** [1] - 11:13
**16** [1] - 49:3
**18** [7] - 4:6, 22:7, 25:14, 54:17, 54:21, 79:24, 81:22
**1970** [1] - 49:7
**1B1.1** [3] - 8:18, 14:7, 17:21
**1B1.3** [5] - 9:21, 11:24, 12:9, 13:8, 15:6

**1B1.3(a)(1)(B)** [1] - 10:15

## 2

**2** [6] - 7:4, 7:7, 7:12, 21:6, 21:11, 22:15
**2's** [1] - 22:17
**20** [6] - 6:12, 14:1, 21:3, 21:23, 49:22, 62:20
**20,000** [1] - 24:14
**200,000** [1] - 24:15
**20001** [2] - 1:24, 84:14
**2015** [1] - 61:14
**2016** [1] - 82:12
**202** [2] - 1:25, 84:15
**2020** [2] - 60:20, 61:14
**2021** [3] - 46:23, 58:10, 69:16
**2023** [2] - 1:6, 84:10
**20530** [1] - 1:17
**20th** [1] - 46:3
**21** [2] - 1:6, 58:13
**21-00040-6** [1] - 1:3
**21-40-6** [1] - 2:2
**21-CR-287** [1] - 20:15
**2111** [2] - 35:24, 35:25
**22314** [1] - 1:20
**2255** [1] - 82:2
**23** [8] - 17:9, 21:14, 22:17, 22:25, 23:2, 23:22, 23:22, 23:24
**23rd** [1] - 84:10
**24** [1] - 21:20
**25** [1] - 24:11
**26** [11] - 6:17, 20:10, 21:12, 21:13, 22:17, 23:2, 23:3, 23:21, 23:22, 23:24, 23:25
**27** [3] - 21:15, 22:16, 22:25
**28** [5] - 11:12, 23:6, 24:1, 24:11, 82:2
**29** [2] - 7:20, 7:24
**2:00** [1] - 57:6
**2:41:39** [1] - 40:20
**2:41:48** [1] - 40:20
**2A2.2** [1] - 5:25
**2A2.2(a** [1] - 17:17
**2A2.2(b)(2** [1] - 17:19
**2A2.2(b)(3)** [1] - 18:15
**2A2.2(b)(7** [1] - 19:25
**2A2.4** [2] - 5:24,

17:13
**2B3.1** [2] - 5:22, 13:25
**2B3.1(a)** [1] - 6:12
**2B3.1(b)(3** [2] - 8:14, 14:3
**2J1.2** [2] - 6:2, 6:21
**2J1.2(a** [1] - 20:13

## 3

**3** [1] - 5:22
**30** [4] - 11:21, 28:6, 81:4, 81:11
**31** [4] - 7:4, 7:13, 11:13, 11:17
**32** [1] - 7:15
**33** [1] - 11:17
**333** [2] - 1:23, 84:14
**34** [12] - 2:18, 2:21, 6:4, 6:18, 6:19, 8:2, 20:11, 21:6, 21:23, 21:24, 78:7, 78:9
**354-3269** [2] - 1:25, 84:15
**3553(a** [6] - 25:3, 25:14, 34:25, 42:21, 44:25, 70:23
**3553(a)** [1] - 4:6
**36** [2] - 25:6, 78:8
**3663(a)** [1] - 22:7
**373** [2] - 23:13, 23:19
**3742** [1] - 81:22
**3:00** [1] - 42:1
**3A1.2** [1] - 6:14
**3A1.2(a** [1] - 16:9
**3A1.2(b)** [1] - 20:5
**3A1.2(c** [4] - 16:4, 16:8, 16:11, 20:23
**3D** [4] - 31:19, 47:8, 59:21, 59:24
**3D1.2** [2] - 6:3, 21:10
**3D1.4** [4] - 7:5, 7:14, 21:12, 23:13
**3D1.A** [2] - 23:16, 23:25

## 4

**40** [2] - 43:16, 55:7

## 5

**50** [1] - 43:17
**51** [1] - 21:20
**52** [1] - 78:6
**555** [1] - 1:16
**57** [2] - 24:12, 24:13

**5D1.3(c)** [1] - 78:25
**5th** [2] - 61:2, 61:9

## 6

**60** [1] - 76:20
**600** [1] - 1:20
**63** [1] - 21:20
**6706** [1] - 1:24
**677** [1] - 82:11
**6th** [31] - 20:20, 33:15, 34:2, 34:9, 35:6, 35:20, 36:24, 37:17, 38:10, 38:20, 46:23, 52:11, 53:3, 58:10, 59:12, 59:19, 60:11, 60:14, 61:8, 69:16, 71:5, 73:10, 73:20, 73:23, 74:13, 74:21, 75:24, 76:12, 77:11, 77:16, 77:24

## 7

**71** [1] - 24:13
**72** [1] - 78:13

## 8

**80** [1] - 57:15
**809** [1] - 82:11
**87** [1] - 8:1

## 9

**9** [2] - 39:16, 42:7
**90** [2] - 25:4, 79:20

## A

**a.m** [1] - 1:7
**aberrant** [1] - 77:3
**aberration** [2] - 73:23, 76:11
**abetted** [2] - 9:22, 19:3
**abetting** [1] - 14:6
**abide** [2] - 78:16, 78:24
**ability** [3] - 29:12, 80:23, 84:7
**able** [20] - 9:7, 9:14, 9:18, 10:8, 10:9, 10:13, 10:24, 12:24, 15:16, 15:23, 26:14, 27:11, 27:14, 32:20, 33:12, 33:22, 34:5,

40:24, 59:21
**absence** [1] - 19:21
**absolutely** [2] - 47:7, 74:2
**abundantly** [1] - 39:22
**abuse** [1] - 79:2
**accept** [2] - 5:11, 76:18
**acceptance** [4] - 7:17, 11:19, 24:11, 75:22
**accepted** [1] - 21:17
**access** [2] - 79:6, 79:21
**accomplishments** [1] - 33:14
**according** [2] - 5:21, 8:16
**account** [5] - 25:1, 28:8, 28:14, 34:4, 50:18
**accurate** [1] - 84:4
**accurately** [1] - 22:8
**achieve** [1] - 68:2
**acknowledged** [1] - 46:14
**act** [2] - 47:1, 67:14
**acted** [3] - 59:19, 66:19, 74:6
**acting** [1] - 66:13
**Action** [1] - 1:3
**actions** [20] - 12:1, 20:8, 20:25, 37:4, 42:8, 58:9, 58:11, 58:13, 59:2, 59:6, 60:9, 62:17, 67:9, 69:16, 73:3, 73:9, 73:20, 74:10, 74:12, 74:21
**active** [4] - 62:17, 66:18, 70:8, 70:12
**actively** [1] - 59:25
**activities** [6] - 9:13, 9:23, 10:17, 39:14, 42:10, 42:12
**activity** [1] - 11:2
**add** [2] - 22:14, 22:24
**added** [2] - 11:16, 22:16
**adding** [1] - 8:12
**addition** [3] - 25:23, 55:25, 58:4
**additional** [5] - 7:17, 11:15, 11:16, 23:24, 79:12
**address** [5] - 27:20, 28:19, 47:12, 48:9, 81:11

**addressed** [1] - 60:11
**adequate** [1] - 25:20
**adhered** [1] - 56:13
**adjusted** [4] - 6:16, 7:3, 7:12, 8:11
**adjustment** [3] - 8:12, 8:14, 21:8
**adjusts** [1] - 37:13
**administration** [3] - 6:24, 20:18, 20:20
**admission** [2] - 38:16, 43:24
**admit** [4] - 65:9, 69:8, 69:9, 76:8
**admittedly** [1] - 44:14
**advancing** [1] - 61:19
**advisory** [2] - 5:16, 25:2
**affects** [1] - 26:22
**afford** [2] - 25:20, 82:8
**afraid** [3] - 45:16, 46:23, 55:22
**Africa** [1] - 27:10
**afterwards** [1] - 50:13
**age** [1] - 31:7
**agencies** [2] - 81:15, 81:19
**aggravated** [3] - 5:24, 17:15, 76:18
**aggravating** [5] - 35:19, 35:22, 37:17, 38:19, 42:5
**aggression** [1] - 68:20
**aggressive** [4] - 29:22, 30:10, 63:7, 75:5
**agitated** [1] - 63:23
**ago** [5] - 27:4, 46:17, 54:15, 64:22, 73:16
**agree** [13] - 8:9, 13:24, 16:1, 17:12, 18:3, 20:1, 20:12, 20:22, 21:4, 29:16, 37:11, 71:10, 76:22
**ahead** [2] - 11:8, 77:20
**aid** [1] - 4:13
**aided** [2] - 9:22, 19:3
**aiding** [1] - 14:6
**air** [2] - 18:23, 64:25
**Air** [1] - 61:4
**Airliner** [1] - 61:3
**Alexandria** [1] - 1:20
**allegations** [1] - 9:2

**alleged** [1] - 8:17
**alleging** [1] - 9:6
**allocation** [3] - 27:17, 35:11, 44:17
**allocutions** [2] - 37:1, 43:15
**allow** [5] - 55:11, 57:19, 61:21, 79:22, 80:4
**allowed** [4] - 56:20, 60:4, 60:6
**allude** [1] - 60:19
**almost** [4] - 33:6, 45:22, 74:14, 77:11
**alone** [1] - 74:13
**altered** [2] - 63:13, 64:3
**AMERICA** [1] - 1:3
**America** [2] - 2:2, 45:22
**American** [1] - 65:4
**amount** [2] - 37:18, 81:2
**analysis** [1] - 76:22
**animal** [1] - 50:19
**anniversary** [1] - 46:3
**announced** [1] - 45:24
**announcements** [1] - 71:21
**answer** [4] - 38:5, 45:20, 50:4, 50:20
**answers** [1] - 50:2
**antagonizing** [1] - 40:6
**antianxiety** [1] - 56:1
**antibiotic** [2] - 55:19, 55:20
**antibiotic-resistant** [1] - 55:19
**antisocial** [1] - 29:6
**anxiety** [1] - 29:20
**apart** [1] - 22:21
**apologize** [6] - 22:22, 58:16, 58:22, 58:25, 59:3, 69:6
**apology** [1] - 69:12
**appeal** [6] - 81:23, 81:25, 82:8, 82:9, 82:19
**appear** [1] - 53:2
**aPPEARANCES** [1] - 1:13
**applicable** [6] - 6:6, 8:1, 8:4, 14:7, 21:9, 21:21
**application** [2] - 34:24, 44:25
**applies** [10] - 5:17,

5:25, 6:14, 6:21, 17:8, 17:16, 18:4, 19:6, 19:25, 20:23
**apply** [5] - 9:15, 14:16, 17:19, 20:6, 20:16
**applying** [1] - 61:18
**appreciate** [5] - 34:11, 34:14, 71:9, 74:24, 76:1
**approach** [2] - 5:1, 27:23
**appropriate** [7] - 7:19, 11:20, 16:9, 20:1, 20:6, 44:22, 81:15
**approval** [1] - 79:12
**approved** [1] - 81:16
**Architect** [3] - 44:20, 81:2, 81:8
**area** [3] - 42:3, 61:18, 62:15
**areas** [1] - 72:18
**argues** [1] - 14:3, 19:1
**arguing** [1] - 63:3
**argument** [6] - 11:24, 12:9, 15:4, 19:6, 20:2, 38:2
**arises** [1] - 60:5
**arithmetic** [1] - 80:2
**arm** [2] - 18:19, 72:15
**arms** [1] - 72:18
**arranged** [1] - 47:4
**arrest** [1] - 73:24
**articles** [1] - 61:1
**artist** [3] - 31:19, 47:8, 59:22
**artistic** [1] - 62:22
**arts** [1] - 47:9
**ascribe** [1] - 10:24
**ashamed** [3] - 58:7, 59:5, 68:19
**aside** [3] - 56:12, 57:11, 58:6
**assault** [13] - 5:23, 5:24, 8:24, 9:19, 10:13, 14:21, 16:15, 16:21, 17:11, 17:15, 17:20, 41:19
**assaulted** [8] - 6:16, 16:12, 17:1, 20:7, 20:24, 42:13, 68:9, 72:23
**assaulting** [3] - 2:20, 14:4, 36:11
**assaultive** [1] - 76:17
**assaults** [6] - 12:15,

36:9, 38:14, 43:10, 43:13, 73:6
**assembly** [1] - 62:2
**assess** [1] - 23:16
**assessed** [2] - 23:24, 70:22
**assessment** [3] - 25:8, 78:12, 81:10
**assign** [1] - 13:21
**assigned** [6] - 7:5, 7:6, 7:8, 7:14, 21:13, 22:15
**assigns** [1] - 7:10
**assistance** [1] - 82:6
**assistant** [1] - 27:1
**assisted** [2] - 21:17, 53:23
**Assists** [2] - 28:3, 28:11
**associate** [1] - 62:17
**assume** [2] - 24:10, 56:5
**assuming** [1] - 14:22
**astray** [1] - 59:17
**attack** [7] - 38:4, 38:6, 43:5, 43:6, 45:16, 47:6, 71:12
**attacks** [1] - 61:7
**attempt** [3] - 26:9, 26:13, 79:4
**attempted** [1] - 67:19
**attempting** [1] - 39:6
**attempts** [1] - 80:12
**attended** [1] - 61:24
**attention** [7] - 8:20, 14:10, 15:16, 18:18, 19:12, 64:12, 64:18
**Attorney** [1] - 83:7
**attorney** [3] - 4:2, 5:3, 77:9
**ATTORNEY'S** [1] - 1:15
**Attorney's** [1] - 79:10
**attorneys** [3] - 5:19, 27:1, 27:22
**attorneys'** [1] - 76:13
**attribute** [3] - 10:19, 12:24, 15:1
**attributed** [1] - 13:12
**audience** [1] - 58:17
**audio** [2] - 28:4, 28:11
**AUSAs** [1] - 36:25
**authorities** [2] - 7:18, 21:18
**authority** [1] - 51:20
**authorize** [1] - 79:7
**authors** [1] - 45:7
**available** [4] - 25:2,

26:5, 56:3, 82:4
**Avenue** [2] - 1:23, 84:14
**avoid** [1] - 26:2
**award** [1] - 76:23
**aware** [2] - 10:21, 55:25
**awful** [2] - 51:16

**B**

**bachelor's** [2] - 47:9, 70:9
**background** [3] - 47:8, 48:10, 61:21
**backpack** [1] - 63:24
**backs** [1] - 39:20
**bad** [1] - 50:22
**badges** [1] - 43:3
**Baker** [5] - 2:4, 5:14, 13:5, 23:11, 24:20
**BAKER** [1] - 1:18
**balance** [1] - 81:3
**bandage** [1] - 55:14
**bandages** [1] - 55:13
**bangs** [1] - 62:15
**barely** [1] - 57:1
**bars** [2] - 58:12, 76:6
**base** [11] - 6:11, 6:20, 8:10, 8:11, 11:21, 14:1, 17:14, 17:17, 20:13, 22:15, 22:23
**based** [5] - 7:14, 7:24, 20:1, 25:11, 76:25
**baton** [35] - 8:22, 9:18, 10:10, 10:12, 10:14, 10:25, 13:24, 14:19, 14:23, 15:12, 16:5, 17:2, 17:3, 17:5, 17:20, 18:6, 18:20, 18:21, 36:12, 41:3, 41:11, 41:18, 41:20, 41:21, 41:24, 42:2, 66:7, 66:21, 66:23, 67:3, 67:4, 67:7, 72:7, 72:14, 72:22
**batons** [5] - 18:11, 64:24, 67:15, 67:19, 72:17
**battling** [1] - 72:1
**Beach** [1] - 48:17
**bear** [4] - 24:24, 34:14, 43:8, 66:11
**became** [9] - 48:5, 49:23, 52:20, 55:7, 63:23, 65:10, 66:10, 67:17

**become** [5] - 48:6, 56:22, 64:21, 70:2, 75:6

**becomes** [4] - 65:24, 66:23, 68:16, 82:4

**BEFORE** [1] - 1:10

**began** [6] - 62:11, 62:23, 63:15, 64:6, 66:5, 69:6

**beggars** [1] - 71:11

**begin** [5] - 30:17, 60:9, 65:18, 69:23, 69:24

**beginning** [1] - 46:24

**begins** [1] - 39:14

**behalf** [3] - 2:8, 75:18, 75:21

**behave** [1] - 49:19

**behaved** [1] - 51:6

**behavior** [5] - 3:18, 29:22, 30:10, 51:2, 75:5

**behind** [3] - 58:12, 72:2, 76:6

**belief** [1] - 71:11

**beliefs** [1] - 59:16

**belongings** [1] - 60:23

**bench** [1] - 27:21

**beside** [1] - 63:18

**best** [3] - 31:22, 50:4, 84:7

**bet** [2] - 48:18, 48:21

**better** [8] - 40:8, 41:10, 46:11, 56:23, 57:22, 68:22, 70:13, 78:2

**bettering** [1] - 57:14

**between** [6] - 23:17, 23:24, 33:10, 53:12, 66:4

**beyond** [1] - 9:14

**big** [2] - 43:24, 56:25

**binoculars** [2] - 62:6, 62:13

**bipolar** [1] - 75:3

**Biscoe** [5] - 26:8, 26:13, 26:18, 41:19, 44:3

**bit** [3] - 3:13, 35:8, 35:19

**black** [4] - 12:17, 39:16, 49:14, 71:6

**bleed** [1] - 55:12

**blocked** [1] - 66:2

**blood** [2] - 53:24, 65:1

**blow** [1] - 66:21

**blown** [1] - 64:18

**blunders** [1] - 46:15

**boast** [1] - 73:3

**bodily** [14] - 6:15, 8:15, 8:17, 14:3, 14:8, 15:13, 17:23, 17:24, 18:8, 18:15, 18:16, 19:9, 19:10, 20:25

**Bodily** [1] - 14:23

**body** [5] - 12:17, 18:20, 55:12, 55:17, 63:7

**body-slamming** [1] - 63:7

**BOND** [1] - 1:14

**Bond** [1] - 2:8

**book** [1] - 24:9

**books** [3] - 56:21, 56:24, 57:15

**born** [1] - 33:8

**bottles** [1] - 63:5

**bound** [1] - 13:4

**bounds** [1] - 9:15

**brave** [2] - 72:2, 72:22

**break** [7] - 32:4, 32:6, 40:24, 43:1, 48:17, 48:19, 48:20

**breaks** [1] - 38:24

**breathe** [1] - 63:25

**brief** [2] - 35:7, 38:22

**briefly** [5] - 28:7, 45:2, 45:10, 45:11, 52:25

**bring** [1] - 61:13

**bringing** [1] - 26:19

**brings** [2] - 11:17, 11:20

**broader** [1] - 9:17

**broke** [4] - 39:3, 39:6, 40:4, 66:8

**broken** [1] - 53:23

**brought** [3] - 71:7, 71:10, 71:14

**bruises** [3] - 18:20, 19:19, 19:20

**bruising** [2] - 19:18, 19:22

**Building** [7] - 37:22, 39:20, 43:2, 61:25, 62:8, 71:18, 72:2

**building** [3] - 39:24, 62:11, 65:23

**bunch** [1] - 49:9

**burden** [4] - 16:1, 19:5, 19:23, 69:14

**burning** [1] - 18:23

**bus** [1] - 47:5

**business** [1] - 70:11

**BY** [1] - 1:21

# C

**C.W** [25] - 6:9, 8:23, 9:2, 9:7, 9:18, 9:24, 10:18, 12:10, 12:11, 14:5, 14:12, 14:17, 14:19, 15:1, 16:5, 16:6, 16:15, 17:1, 17:2, 17:6, 20:24, 58:23, 72:8, 72:21, 73:16

**C.W.'s** [2] - 14:5, 15:8

**calculate** [1] - 3:24, 13:22

**calculated** [1] - 77:8

**calculation** [4] - 5:16, 8:6, 8:9, 12:6

**calculations** [1] - 77:10

**Cameron** [1] - 1:20

**candidly** [1] - 10:19

**canister** [2] - 63:9, 63:17

**cannot** [3] - 18:12, 44:9, 72:8

**capability** [1] - 10:11

**capable** [3] - 17:22, 17:23, 18:7

**capacity** [1] - 74:23

**Capitol** [28] - 37:22, 39:20, 40:18, 40:23, 42:13, 42:16, 43:2, 44:20, 50:14, 58:9, 58:25, 60:13, 60:17, 60:21, 61:3, 61:25, 62:8, 62:9, 66:14, 69:17, 71:5, 71:18, 72:2, 73:4, 81:2, 81:8

**care** [1] - 70:3

**career** [6] - 26:21, 32:20, 58:1, 59:15, 59:21, 73:18

**carefully** [2] - 18:11, 74:19

**careless** [1] - 69:4

**CARLTON** [3] - 32:22, 33:1, 34:20

**Carlton** [1] - 44:3

**carnage** [1] - 65:3

**carried** [2] - 19:23, 50:4

**carries** [5] - 7:12, 14:1, 16:10, 17:13, 17:17

**carry** [3] - 27:3, 60:7, 69:14

**cart** [1] - 56:3

**Case** [1] - 2:2

**case** [19] - 3:2, 4:3, 5:3, 5:17, 8:17, 22:9, 26:7, 26:17, 27:5, 27:10, 31:1, 34:16, 35:5, 35:10, 44:20, 70:23, 76:25, 77:11, 80:25

**cases** [10] - 35:20, 36:24, 37:1, 37:17, 38:10, 38:21, 42:6, 43:15, 43:16, 43:21

**cataclysmic** [1] - 46:15

**catches** [1] - 66:22

**catching** [1] - 24:16

**Category** [1] - 7:23

**category** [2] - 7:25, 29:17

**caught** [3] - 74:18, 75:1, 75:7

**caused** [9] - 10:7, 14:15, 20:25, 56:14, 58:17, 59:2, 69:13, 69:25, 76:5

**causing** [2] - 6:22, 19:3

**cautious** [2] - 10:23, 12:20

**CBS** [1] - 61:1

**center** [2] - 64:9, 72:18

**Central** [1] - 45:7

**century** [1] - 46:16

**certain** [2] - 43:9, 60:3

**certainly** [18] - 19:17, 29:16, 30:2, 30:15, 34:14, 34:18, 36:23, 40:3, 40:4, 48:6, 48:13, 50:1, 51:8, 52:24, 71:3, 76:9, 77:7, 77:12

**CERTIFICATE** [1] - 84:1

**certification** [3] - 57:23, 58:3, 73:8

**certify** [1] - 84:4

**Chaclan** [2] - 35:12, 36:6

**challenge** [1] - 82:3

**chance** [1] - 30:19

**change** [6] - 46:3, 46:22, 59:16, 75:5, 81:11, 81:12

**changing** [1] - 29:21

**chants** [1] - 49:22

**chaos** [4] - 48:1, 61:20, 65:3, 66:8

**chaotic** [1] - 10:21

**character** [3] - 45:8,

59:10, 60:7

**characteristic** [2] - 6:6, 21:8

**characteristics** [5] - 25:25, 42:21, 42:24, 71:1, 77:4

**charge** [8] - 5:23, 35:24, 36:8, 36:10, 36:12, 36:16, 36:23, 48:2

**charged** [5] - 16:20, 36:6, 36:9, 36:10, 74:12

**charges** [1] - 79:11

**charging** [1] - 35:25

**chart** [1] - 3:2

**cheering** [2] - 40:25, 46:7

**chemical** [2] - 18:23, 71:22

**Chief** [1] - 81:9

**children** [2] - 30:9, 30:11

**Chilling** [1] - 61:4

**China** [1] - 46:18

**chokepoint** [1] - 41:18

**choose** [1] - 81:25

**chose** [4] - 34:6, 37:4, 39:21, 64:4

**chronic** [1] - 53:5

**church** [1] - 70:7

**Circuit** [1] - 82:12

**circumstance** [2] - 52:22, 77:12

**circumstances** [7] - 25:11, 25:24, 31:12, 51:13, 51:18, 52:12, 58:8

**circumvent** [1] - 80:12

**citizen** [3] - 59:20, 60:2, 78:1

**city** [4] - 42:25, 43:4, 43:7, 44:16

**civic** [1] - 47:4

**civil** [1] - 49:11

**claim** [3] - 44:1, 44:2, 82:5

**claimed** [1] - 41:23

**class** [1] - 57:18

**clear** [3] - 15:11, 39:22, 58:11

**clearly** [2] - 65:11, 65:15

**Clerk** [3] - 81:6, 81:10, 81:12

**client** [1] - 4:20

**climate** [1] - 33:10

**Clinic** [1] - 31:9

**Clinic's** [1] - 30:7
**close** [4] - 19:4, 39:2, 55:1, 70:10
**closed** [1] - 16:14
**closely** [2] - 6:3, 17:24
**closer** [1] - 37:16
**closest** [1] - 67:23
**cloud** [2] - 63:15, 63:24
**CNN** [1] - 63:1
**Co** [4] - 16:20, 19:8, 37:3, 76:15
**Co-Defendant** [1] - 19:8
**Co-Defendants** [3] - 16:20, 37:3, 76:15
**coats** [1] - 47:25
**cognitive** [1] - 29:5
**Colin** [1] - 46:8
**collection** [1] - 78:23
**college** [1] - 48:17
**color** [1] - 44:10
**COLUMBIA** [2] - 1:1, 1:15
**Columbia** [3] - 1:23, 81:8, 84:13
**combination** [1] - 31:12
**combine** [1] - 52:14
**coming** [2] - 16:18, 44:13
**Commander** [5] - 10:2, 40:11, 40:12, 40:16, 40:21
**commence** [1] - 81:4
**commentary** [1] - 8:18
**comments** [2] - 73:4, 74:9
**commit** [3] - 44:16, 75:11, 78:17
**commits** [1] - 41:1
**committed** [4] - 3:16, 14:20, 15:7, 69:8
**common** [2] - 29:19, 56:2
**commonwealth** [1] - 70:14
**communicating** [1] - 69:12
**communications** [1] - 80:6
**communities** [1] - 69:18
**community** [4] - 33:11, 59:3, 69:20, 70:13
**comparators** [2] - 76:14, 76:15

**comparison** [1] - 31:18
**compelling** [1] - 31:24
**compete** [1] - 70:11
**complete** [2] - 60:15, 84:6
**completed** [1] - 14:19
**completion** [1] - 81:21
**compliance** [1] - 79:21
**comply** [2] - 25:16, 79:1
**comprise** [1] - 21:6
**computer** [7] - 35:12, 79:23, 80:5, 80:7, 80:9, 80:20
**computer-monitoring** [1] - 79:23
**computers** [3] - 57:6, 80:15
**conceivable** [1] - 19:17
**concern** [4] - 22:14, 29:13, 35:4, 51:23
**concerned** [1] - 40:22
**concerning** [4] - 38:9, 38:13, 38:18, 42:4
**concerns** [4] - 5:20, 56:6, 61:7, 77:5
**conclude** [1] - 52:13
**concluded** [1] - 83:10
**conclusion** [2] - 31:15, 77:13
**concurrently** [4] - 25:5, 25:7, 78:10, 78:11
**concussion** [1] - 63:12
**condition** [5] - 53:5, 79:22, 80:16, 80:18, 80:19
**conditions** [9] - 44:21, 53:1, 54:19, 54:23, 70:5, 74:17, 78:17, 78:25, 79:2
**conduct** [30] - 5:24, 6:5, 9:21, 10:14, 11:7, 13:8, 15:5, 21:7, 25:21, 26:4, 31:18, 31:20, 31:23, 37:11, 37:15, 48:13, 50:3, 50:17, 51:3, 55:1, 66:19, 73:11, 73:13, 73:23, 74:25, 76:11,

76:17, 77:3, 80:4, 80:17
**conducted** [2] - 80:8, 80:21
**confers** [3] - 26:11, 54:13, 68:18
**confident** [1] - 78:2
**confidently** [1] - 50:25
**confined** [1] - 66:9
**confinement** [5] - 51:4, 53:1, 53:16, 82:22
**confrontations** [2] - 72:5, 73:1
**confused** [3] - 64:21, 65:6, 66:17
**confusing** [2] - 60:23, 60:25
**confusion** [1] - 65:8
**congregation** [1] - 70:8
**Congress** [5] - 4:5, 25:14, 47:15, 47:16, 72:4
**connection** [2] - 5:8, 82:7
**conscience** [2] - 68:23, 69:7
**conscious** [1] - 33:19
**consequences** [2] - 3:17, 4:8
**consider** [9] - 10:15, 25:13, 25:24, 37:16, 38:20, 42:5, 46:1, 53:14, 54:6
**considerations** [1] - 70:25
**considered** [8] - 73:13, 73:15, 74:1, 74:16, 74:19, 75:17, 76:13, 77:12
**considering** [1] - 77:7
**consistent** [2] - 31:17, 42:10
**conspiracist** [1] - 46:19
**conspiracy** [1] - 75:8
**constituted** [1] - 5:24
**constitutes** [1] - 84:4
**Constitution** [2] - 1:23, 84:14
**construction** [1] - 57:23
**consultation** [1] - 79:17
**contained** [1] - 25:11

**containing** [1] - 72:3
**contains** [2] - 80:9, 80:20
**contemplates** [1] - 14:24
**contemporaneous** [1] - 45:17
**content** [1] - 72:13
**context** [7] - 30:18, 38:15, 38:20, 46:2, 74:21, 75:24, 77:17
**continue** [3] - 58:2, 63:25, 65:19
**continued** [1] - 66:8
**continues** [1] - 73:14
**continuing** [1] - 41:20
**continuous** [1] - 59:10
**contracted** [1] - 53:4
**contracting** [1] - 55:8
**contractor** [1] - 59:23
**contrary** [2] - 20:3, 31:25
**contributor** [1] - 70:13
**contrition** [1] - 50:9
**control** [5] - 59:6, 67:2, 67:3, 69:1, 69:15
**controlled** [2] - 78:19, 78:20
**Controllers** [1] - 61:4
**conversation** [2] - 26:15, 68:8
**conversations** [1] - 26:16
**convicted** [3] - 43:20, 76:16, 76:17
**conviction** [5] - 16:7, 19:25, 38:13, 82:3, 82:7
**convinced** [1] - 15:8
**convinces** [1] - 76:9
**convoked** [1] - 47:11
**cooperate** [1] - 78:22
**cops** [2] - 49:16, 49:23
**corners** [1] - 12:18
**correct** [3] - 12:11, 22:13, 77:14
**cost** [1] - 59:18, 82:8, 82:10
**costs** [1] - 56:16
**counsel** [2] - 68:18, 82:6
**Counsel** [1] - 2:5
**count** [10] - 6:19,

17:10, 17:12, 20:12, 21:3, 22:2, 22:17, 36:3, 43:20, 73:9
**Count** [16] - 2:19, 2:20, 2:21, 5:22, 5:23, 6:10, 6:11, 6:16, 6:19, 8:12, 13:23, 17:11, 20:10, 20:11, 21:5, 21:22
**counterargument** [1] - 18:5
**counterweight** [1] - 67:14
**country** [7] - 33:25, 35:7, 43:1, 43:5, 44:2, 51:24, 70:15
**counts** [13] - 2:19, 6:3, 6:5, 6:7, 13:21, 16:21, 21:7, 21:9, 25:5, 25:7, 39:7, 40:5, 83:3
**Counts** [10] - 2:18, 6:4, 6:8, 6:18, 8:2, 21:6, 21:23, 21:24, 78:7, 78:9
**County** [1] - 31:9
**couple** [5] - 39:9, 52:7, 60:10, 62:10, 63:5
**course** [22] - 8:21, 9:10, 15:14, 15:21, 16:13, 16:16, 17:1, 17:3, 26:17, 26:20, 28:6, 32:19, 36:21, 38:12, 38:24, 39:11, 39:15, 42:4, 43:11, 47:23, 51:11, 57:24
**COURT** [65] - 1:1, 2:9, 2:12, 2:15, 3:9, 3:12, 4:19, 4:22, 5:1, 5:5, 5:10, 8:25, 11:4, 11:23, 12:4, 12:8, 12:13, 13:5, 13:13, 13:17, 13:19, 22:19, 22:25, 23:3, 23:7, 23:9, 23:11, 23:20, 24:2, 24:5, 24:12, 24:16, 24:20, 24:23, 27:16, 27:22, 28:1, 28:5, 28:16, 29:14, 30:19, 32:2, 32:6, 32:11, 32:15, 32:19, 34:13, 34:23, 35:14, 35:17, 36:2, 36:4, 37:10, 37:13, 44:23, 45:3, 54:3, 54:10, 70:20, 70:22, 82:16, 82:20, 82:23, 83:5, 83:9
**court** [1] - 32:10

**Court** [51] - 1:22, 1:22, 4:4, 4:7, 5:11, 12:20, 12:21, 13:3, 21:22, 21:25, 25:9, 25:14, 27:11, 32:1, 35:9, 45:9, 45:15, 46:1, 46:5, 47:23, 48:9, 48:10, 48:16, 49:2, 50:9, 50:10, 50:24, 50:25, 51:3, 51:14, 52:5, 52:12, 52:13, 53:4, 53:14, 53:19, 54:8, 54:11, 78:5, 80:23, 81:7, 81:10, 81:12, 81:18, 81:23, 82:1, 82:9, 82:21, 84:12, 84:13
**Court's** [3] - 13:11, 24:7, 24:24
**courthouse** [1] - 43:17
**courtroom** [3] - 26:12, 34:5, 45:5
**COURTROOM** [3] - 2:1, 28:3, 28:9
**COVID-19** [1] - 46:17
**crazy** [2] - 33:16, 67:21
**create** [1] - 52:15
**created** [4] - 6:14, 18:1, 52:12, 59:22
**creates** [1] - 11:9
**credible** [1] - 61:12
**credit** [3] - 75:22, 79:11, 79:12
**credits** [1] - 47:9
**creed** [1] - 44:10
**cries** [1] - 26:23
**crime** [10] - 3:16, 9:15, 11:5, 45:25, 47:2, 51:21, 52:20, 75:11, 78:18
**crimes** [2] - 25:22, 44:16
**Criminal** [3] - 1:3, 2:2, 7:22
**criminal** [8] - 3:18, 7:21, 7:22, 7:25, 10:16, 11:2, 25:21, 73:24
**criteria** [2] - 29:4, 29:6
**cross** [2] - 5:25, 17:16
**cross-reference** [2] - 5:25, 17:16
**crowd** [16] - 29:1, 37:21, 48:4, 62:8, 62:10, 62:14, 62:24, 63:10, 63:12, 63:22,

64:6, 64:8, 65:19, 67:19, 68:24, 71:17
**crowded** [2] - 65:24, 66:9
**CRR** [3] - 1:21, 84:3, 84:12
**cry** [1] - 43:1
**CS** [1] - 48:4
**custody** [2] - 78:13, 83:6
**cuts** [1] - 74:7

## D

**D.C** [15] - 1:6, 1:17, 1:24, 33:8, 33:13, 43:11, 44:6, 44:7, 46:5, 52:9, 59:1, 69:18, 71:13, 74:14, 84:14
**damage** [1] - 20:18
**dammed** [1] - 46:11
**dangerous** [9] - 2:21, 17:12, 17:15, 17:18, 17:21, 18:6, 72:8, 72:20, 74:5
**dark** [1] - 72:12
**data** [4] - 76:21, 80:2, 80:6, 80:9
**data-processing** [1] - 80:2
**date** [1] - 73:11
**Dated** [1] - 84:10
**day's** [2] - 46:2, 47:19
**days** [8] - 4:14, 50:12, 52:9, 55:13, 78:21, 81:4, 81:11, 81:25
**DC** [1] - 82:12
**deadly** [2] - 18:11, 18:13
**deal** [1] - 43:24
**dealt** [1] - 13:14
**death** [2] - 17:22, 17:24
**debate** [1] - 16:6
**debt** [1] - 69:13
**December** [1] - 54:15
**decide** [3] - 39:10, 50:24, 71:13
**decided** [5] - 45:15, 57:13, 65:12, 65:15, 67:14
**decision** [11] - 3:18, 24:24, 30:17, 33:19, 40:13, 48:15, 50:22, 61:13, 61:16, 67:1,

67:5
**decisions** [2] - 35:25, 52:22
**decline** [1] - 20:16
**decrease** [3] - 7:16, 7:18, 21:16
**deem** [1] - 44:21
**deemed** [1] - 62:18
**deeply** [2] - 26:22, 59:5
**defend** [4] - 39:6, 43:3, 59:25, 60:4
**defendant** [2] - 76:3, 76:7
**Defendant** [66] - 1:7, 2:16, 2:18, 4:22, 6:14, 8:1, 8:24, 10:7, 10:12, 10:13, 10:25, 11:3, 14:4, 14:14, 14:18, 14:19, 14:22, 15:2, 16:11, 16:17, 16:21, 17:1, 17:5, 17:14, 17:20, 17:25, 18:9, 18:19, 18:22, 19:2, 19:8, 20:7, 20:24, 21:1, 21:17, 22:3, 25:22, 26:1, 28:1, 28:3, 28:11, 28:25, 29:11, 31:6, 35:11, 35:22, 35:23, 37:1, 37:24, 38:8, 38:16, 39:13, 39:20, 40:1, 40:19, 40:21, 40:23, 40:25, 41:9, 41:25, 42:8, 42:21, 43:23, 44:14, 54:13, 83:4
**DEFENDANT** [7] - 1:19, 2:14, 5:4, 5:9, 28:12, 54:14, 83:8
**Defendant's** [4] - 11:25, 16:20, 44:4, 81:20
**defendants** [1] - 26:3
**Defendants** [12] - 16:20, 36:7, 36:8, 37:3, 37:23, 38:14, 42:11, 43:17, 53:3, 73:10, 74:12, 76:15
**defending** [2] - 64:23, 67:16
**defense** [8] - 3:1, 3:3, 3:10, 18:5, 20:3, 59:23, 66:6, 66:14
**defense's** [1] - 38:2
**defenseless** [1] - 12:14
**defensive** [5] - 10:5, 11:3, 36:19, 41:3, 67:15
**define** [1] - 77:24

**defined** [3] - 78:25, 79:24, 82:2
**defines** [1] - 14:8, 17:21
**definitely** [1] - 50:6
**definition** [3] - 18:16, 19:10, 19:16
**degree** [2] - 47:10, 70:9
**democracy** [3] - 38:17, 43:4, 60:1
**demonstration** [1] - 49:3
**department** [5] - 33:6, 33:7, 33:12, 57:18, 73:19
**Department** [3] - 39:5, 41:7, 46:20
**departments** [1] - 18:10
**Departments** [1] - 59:1
**depicting** [1] - 43:19
**deployed** [1] - 61:18
**DEPUTY** [3] - 2:1, 28:3, 28:9
**describe** [3] - 61:1, 61:22, 75:18
**described** [3] - 19:9, 30:8, 77:25
**describes** [1] - 53:12
**description** [1] - 15:8
**deserve** [1] - 76:6
**designer** [1] - 47:9
**desktops** [1] - 79:25
**desperate** [2] - 40:7, 41:17
**despite** [2] - 71:20, 75:11
**destined** [1] - 33:23
**destruction** [1] - 46:9
**detail** [1] - 60:18
**details** [2] - 19:21, 67:8
**deter** [2] - 44:13, 52:5
**determinations** [1] - 4:16
**determine** [4] - 3:21, 18:24, 79:3, 80:8
**determined** [1] - 25:8
**deterrence** [4] - 25:21, 43:16, 51:15, 76:10
**detonating** [1] - 63:11
**detonation** [1] -

63:19
**device** [2] - 80:2, 80:20
**devices** [3] - 79:25, 80:1, 80:6
**devil's** [1] - 65:7
**diabetes** [1] - 53:24
**diagnoses** [2] - 29:2, 29:11, 30:14
**diagnosis** [3] - 29:3, 30:23, 31:4
**die** [1] - 54:1
**difference** [7] - 8:10, 11:10, 11:14, 23:17, 23:23, 33:9, 53:12
**different** [8] - 6:9, 9:1, 17:4, 33:25, 34:6, 44:8, 69:11, 77:10
**difficult** [2] - 29:9, 56:14
**diploma** [1] - 57:19
**direct** [1] - 45:19
**directions** [1] - 65:1
**directly** [3] - 19:2, 66:20, 67:20
**disagree** [2] - 5:17, 74:8
**disappointed** [3] - 58:20, 59:5, 62:7
**disappointing** [1] - 59:23
**disappointment** [1] - 69:14
**disarm** [1] - 72:10
**disaster** [1] - 69:25
**disbursement** [1] - 81:8
**discharging** [1] - 47:4
**discount** [2] - 30:11, 30:13
**discovered** [1] - 50:18
**discovery** [4] - 56:25, 57:6, 57:8, 61:11
**discuss** [2] - 8:4, 24:23
**discussed** [5] - 4:20, 20:6, 20:24, 26:24, 61:8
**discussion** [1] - 61:10
**disgusted** [1] - 65:9
**dismal** [1] - 55:6
**dismiss** [1] - 83:2
**dismissed** [2] - 40:6, 46:19
**dismissing** [1] - 39:8
**disorder** [3] - 29:5,

53:24, 75:3
**disorderly** [1] - 58:9
**disorient** [1] - 72:12
**disorienting** [1] - 41:17
**disparities** [2] - 26:2, 35:5
**disperse** [1] - 71:22
**disproportionately** [1] - 52:1
**distinct** [1] - 28:24
**distinction** [1] - 28:21
**distractions** [1] - 64:17
**DISTRICT** [4] - 1:1, 1:1, 1:11, 1:15
**district** [3] - 78:14, 81:17, 84:13
**District** [5] - 1:22, 1:23, 81:7, 84:13
**distrust** [2] - 29:22, 75:5
**disturbing** [3] - 60:24, 61:1, 71:3
**DNA** [1] - 78:23
**doctor** [5] - 29:10, 30:6, 55:10, 55:11, 55:16
**document** [1] - 15:23
**documented** [1] - 15:22
**documents** [1] - 3:5
**dollars** [1] - 56:16
**done** [5] - 42:13, 68:21, 68:25, 69:2, 74:3
**door** [1] - 40:24
**doors** [3] - 65:22, 65:23, 66:1
**double** [2] - 65:22, 66:1
**doubt** [1] - 19:13
**down** [6] - 7:15, 11:21, 37:8, 43:1, 55:22, 57:7
**downplayed** [1] - 42:10
**downplaying** [1] - 42:11
**downplays** [1] - 42:15
**downward** [1] - 76:25
**Dr** [7] - 29:24, 31:4, 31:11, 31:23, 74:20, 75:16, 77:5
**Draconian** [1] - 45:14
**draw** [1] - 31:15

**dream** [1] - 41:6
**dressed** [1] - 62:21
**drug** [2] - 78:20, 78:22
**drumbeat** [1] - 42:10
**ducked** [1] - 63:14
**due** [4] - 18:23, 34:2, 54:18, 67:23
**duration** [1] - 19:22
**during** [12] - 13:9, 14:24, 16:13, 16:16, 26:17, 34:8, 39:12, 62:3, 70:7, 73:1, 75:15, 79:19
**duty** [1] - 47:4

## E

**e.g** [2] - 14:8, 18:17
**early** [1] - 31:1
**earned** [1] - 34:18
**earplugs** [1] - 37:25
**ears** [1] - 43:23
**education** [3] - 56:22, 57:11, 57:15
**Edwards** [1] - 84:12
**EDWARDS** [2] - 1:21, 84:3
**effect** [2] - 30:10, 63:19
**effectively** [1] - 80:11
**effects** [4] - 29:20, 30:6, 30:8, 30:9
**egregious** [1] - 72:1
**eight** [4] - 6:21, 7:8, 20:17, 33:6
**either** [2] - 17:22, 56:2
**election** [6] - 45:24, 46:24, 47:13, 52:16, 52:18, 75:7
**electoral** [1] - 73:8
**electronic** [1] - 80:6
**element** [1] - 48:22
**elements** [2] - 9:15, 16:1
**Eleventh** [1] - 1:16
**eligible** [1] - 22:3
**eliminates** [1] - 74:23
**Ellipse** [1] - 61:24
**eloquent** [1] - 76:3
**emanating** [1] - 62:16
**embarrassed** [2] - 58:7, 60:8
**embarrassment** [2] - 59:4, 76:8

**emblazoned** [1] - 43:3
**embodies** [2] - 6:5, 21:7
**emotional** [1] - 73:14
**emotionally** [2] - 29:21, 73:19
**empty** [2] - 64:19, 65:6
**Empty** [1] - 65:7
**encountered** [1] - 40:3
**encounters** [1] - 16:25
**encourage** [1] - 77:20
**end** [10] - 11:11, 14:13, 17:9, 21:19, 37:16, 38:14, 44:12, 55:13, 56:4, 68:6
**endeavor** [1] - 68:5
**ended** [3] - 37:21, 55:8, 67:7
**Energy** [1] - 46:20
**enforcement** [12] - 7:1, 16:12, 21:2, 33:11, 33:21, 34:1, 38:15, 42:14, 47:18, 48:10, 63:1, 73:6
**engage** [3] - 3:18, 60:12, 62:1
**engaged** [2] - 63:2, 74:14
**enhancement** [21] - 6:13, 6:22, 6:25, 9:16, 14:2, 14:16, 15:10, 16:2, 16:3, 16:10, 17:7, 17:8, 17:19, 18:3, 18:14, 19:6, 19:7, 19:24, 20:5, 20:6, 20:23
**enhancements** [1] - 20:17
**enjoy** [1] - 34:17
**enormous** [1] - 44:6
**enrolled** [2] - 57:18, 57:23
**ensuing** [1] - 67:9
**ensure** [3] - 25:14, 77:21, 79:21
**entered** [2] - 2:16, 82:3
**entering** [2] - 16:23, 82:6
**enters** [1] - 82:1
**entire** [2] - 58:25, 68:12
**entry** [1] - 72:2
**enveloped** [1] - 63:16

**equal** [2] - 23:17
**equipment** [2] - 28:4, 28:11
**erupted** [1] - 61:20
**escape** [1] - 39:12
**especially** [3] - 18:8, 58:23, 59:23
**ESQ** [3] - 1:14, 1:14, 1:19
**essentially** [4] - 9:21, 11:9, 28:25, 46:7
**evaluation** [3] - 28:15, 28:23, 28:24
**evening** [2] - 34:3, 61:9
**event** [2] - 15:3, 63:13
**events** [10] - 8:22, 35:8, 38:22, 43:19, 46:2, 47:19, 48:23, 51:11, 67:8, 75:7
**eventually** [2] - 55:15, 62:20
**everywhere** [2] - 55:3, 64:14
**evidence** [9] - 12:17, 13:2, 15:17, 17:4, 20:2, 47:24, 51:6, 71:20, 80:20
**ex** [1] - 69:7
**ex-girlfriends** [1] - 69:7
**exacerbated** [1] - 30:3
**exacerbates** [1] - 73:9
**exact** [3] - 37:2, 48:5, 67:8
**exactly** [1] - 46:20
**except** [2] - 43:20, 63:1
**exchange** [1] - 49:10
**excited** [1] - 47:3
**excuse** [1] - 50:3
**excusing** [1] - 48:13
**execute** [1] - 81:17
**exhibit** [1] - 40:15
**Exhibit** [3] - 39:16, 40:10, 42:7
**exhibited** [1] - 77:1
**exhibits** [2] - 3:2, 35:14
**exists** [1] - 80:18
**exited** [2] - 14:20, 67:10
**expected** [1] - 38:3
**experience** [2] - 61:22, 70:5
**experienced** [1] -

19:14
**expert** [2] - 23:10, 30:24
**explain** [1] - 49:25
**explaining** [1] - 75:10
**explains** [1] - 75:6
**explanation** [2] - 31:22, 71:9
**exploded** [1] - 63:18
**extent** [1] - 19:22
**extraordinary** [1] - 77:2
**extreme** [1] - 31:15
**extremely** [3] - 45:23, 52:13, 73:7
**eyes** [1] - 27:2

## F

**F.3d** [1] - 82:11
**face** [5] - 3:17, 16:22, 63:25, 71:19, 72:6
**face-off** [1] - 72:6
**facility** [3] - 53:23, 54:16, 54:23
**fact** [23] - 5:13, 9:17, 10:9, 12:23, 13:3, 13:11, 29:2, 30:14, 31:23, 38:5, 39:1, 46:24, 48:12, 50:17, 51:7, 51:18, 55:18, 60:19, 60:22, 68:3, 73:7, 74:6
**factor** [5] - 21:16, 30:12, 37:7, 37:17, 42:5
**factors** [12] - 4:5, 24:24, 25:3, 25:13, 34:24, 35:19, 35:22, 38:19, 44:25, 70:23, 73:25, 75:9
**facts** [14] - 4:18, 5:11, 12:19, 13:4, 14:11, 17:7, 25:11, 31:15, 44:7, 45:18, 60:10, 60:18, 61:10, 70:22
**factual** [2] - 4:16, 4:23
**fair** [1] - 4:5
**fall** [1] - 60:20
**fallen** [1] - 78:2
**falls** [1] - 37:1
**false** [1] - 43:24
**familiar** [1] - 48:11
**family** [1] - 31:8, 45:6, 49:3, 49:16, 56:16, 58:16, 60:5,

61:9, 69:6, 69:21, 70:6, 77:21

**Fanone** [1] - 36:9

**far** [2] - 53:21, 76:14

**fashion** [2] - 4:4, 52:14

**fast** [2] - 49:24, 69:2

**fatal** [2] - 48:16, 53:6

**fateful** [1] - 61:22

**father** [2] - 53:20, 70:3

**FBI** [2] - 10:18, 46:19

**fear** [2] - 45:16, 63:14

**feature** [1] - 12:23

**features** [1] - 52:17

**federal** [5] - 3:16, 3:19, 56:13, 56:20, 78:18

**feed** [1] - 62:6

**feelings** [1] - 59:7

**feet** [2] - 62:20, 63:11

**felon** [1] - 59:20

**felonies** [1] - 75:24

**felt** [1] - 69:7

**female** [1] - 49:15

**femur** [1] - 53:24

**fencing** [1] - 71:21

**few** [5] - 4:14, 54:15, 62:11, 72:2, 73:16

**fifth** [2] - 2:18, 83:3

**fight** [3] - 10:11, 68:9, 71:15

**fighting** [3] - 59:25, 66:10, 72:13

**file** [2] - 81:25, 82:9

**filed** [6] - 3:4, 4:10, 4:12, 4:14, 5:7, 27:20

**filing** [1] - 44:5

**filled** [2] - 49:12, 63:14

**filling** [1] - 40:18

**film** [3] - 39:14, 62:23, 66:8

**filmed** [4] - 63:3, 63:8, 63:9, 64:8

**filming** [6] - 63:2, 64:1, 64:11, 65:18, 65:19, 65:21

**filthy** [1] - 53:8

**final** [3] - 4:11, 24:24, 29:2

**finally** [7] - 6:1, 20:4, 21:16, 41:1, 42:1, 55:16, 64:14

**finances** [1] - 59:14

**financial** [5] - 58:17, 79:7, 79:8, 79:9, 81:13

**Financial** [1] - 81:9

**findings** [3] - 5:13, 13:11, 75:16

**fine** [7] - 21:24, 24:14, 27:18, 44:21, 47:9, 80:24

**finish** [3] - 57:24, 58:1, 70:9

**finishing** [1] - 70:10

**firearm** [1] - 60:5

**fired** [1] - 48:4

**first** [15] - 3:20, 4:10, 9:10, 12:16, 13:23, 28:5, 29:16, 35:23, 38:23, 39:3, 39:14, 58:6, 63:13, 68:7, 79:19

**fitted** [1] - 63:24

**five** [3] - 7:8, 55:9, 55:15

**fixated** [1] - 75:6

**flag** [2] - 43:25, 65:4

**flagpoles** [2] - 64:23, 66:5

**flashlight** [2] - 71:7, 71:14

**flawed** [2] - 59:20, 77:25

**fled** [1] - 61:17

**flee** [1] - 71:13

**flight** [3] - 11:6, 16:14, 16:17

**flippant** [2] - 50:12, 50:14

**Floor** [1] - 1:16

**Florida** [1] - 48:18

**flowerpot** [2] - 49:17, 50:2

**Fly** [1] - 61:3

**flying** [2] - 64:25, 65:1

**focus** [2] - 34:8, 42:20

**focused** [1] - 76:16

**folks** [1] - 83:9

**follow** [3] - 30:5, 46:14, 79:15

**followed** [1] - 30:7, 62:7, 64:8

**following** [8] - 27:10, 27:24, 32:9, 32:14, 65:19, 71:23, 78:17, 79:1

**food** [5] - 55:2, 55:4, 55:5, 55:6, 55:18

**foolish** [2] - 69:5, 72:9

**foot** [1] - 71:2

**FOR** [5] - 1:1, 1:14, 1:15, 1:18, 1:19

**force** [1] - 18:13

**foregoing** [1] - 84:4

**forehead** [2] - 14:13, 72:25

**foreign** [1] - 46:15

**forever** [2] - 60:3, 64:3

**forget** [1] - 64:19

**forgive** [5] - 69:19, 69:20, 69:21, 69:22, 69:23

**form** [2] - 55:19, 60:12

**forth** [5] - 4:6, 4:16, 4:23, 34:24, 44:25

**fortitude** [1] - 27:3

**forward** [3] - 2:5, 33:15, 64:6

**four** [12] - 3:13, 11:14, 12:18, 17:18, 22:21, 22:24, 23:4, 23:18, 36:6, 40:16, 45:11

**four-level** [1] - 17:18

**four-point** [1] - 11:14

**Fourth** [1] - 1:16

**fourth** [1] - 36:13

**framework** [2] - 22:8, 22:12

**Franco** [2] - 49:5, 49:6

**frankly** [5] - 11:2, 74:7, 75:25, 76:2, 76:4

**frantically** [1] - 64:12

**free** [1] - 56:20

**frequently** [1] - 57:9

**friends** [7] - 42:16, 45:6, 59:14, 69:6, 69:21, 73:5, 77:21

**frightened** [1] - 63:15

**frightening** [1] - 63:21

**fringe** [1] - 46:19

**front** [10] - 38:24, 41:1, 41:24, 46:8, 62:13, 62:19, 66:20, 67:12, 71:18, 72:6

**frosted** [1] - 65:22

**full** [8] - 42:12, 54:21, 62:21, 64:18, 66:2, 67:8, 81:13, 84:5

**full-blown** [1] - 64:18

**fully** [1] - 5:2

**functioning** [2] - 38:17, 80:11

**functions** [1] - 80:3

**furtherance** [5] -

9:22, 10:16, 11:1, 11:5, 14:24

**furthermore** [1] - 60:2

**futile** [1] - 67:21

**future** [1] - 25:22

# G

**Gabapentin** [1] - 30:8

**gain** [2] - 67:2, 72:2

**gained** [1] - 68:11

**gallery** [1] - 26:12

**gaming** [1] - 79:25

**garnering** [1] - 36:22

**gas** [7] - 37:25, 47:7, 60:23, 61:18, 63:17, 63:24, 71:6

**gathered** [1] - 51:19

**gathering** [1] - 62:25

**gear** [4] - 10:5, 37:25, 62:21, 66:2

**GED** [3] - 57:18, 57:19, 57:21

**general** [1] - 43:16

**General** [2] - 61:5, 83:7

**generally** [2] - 8:9, 46:13

**gentleman** [1] - 66:20

**Geoffrey** [3] - 2:3, 2:16, 78:5

**GEOFFREY** [1] - 1:6

**gesture** [2] - 67:21, 69:4

**girlfriends** [1] - 69:7

**given** [8] - 8:21, 10:2, 15:23, 18:8, 27:4, 69:25, 70:6, 77:4

**GiveSendGo** [1] - 44:4

**glass** [1] - 65:22

**globally** [1] - 35:6

**globe** [1] - 60:1

**gloves** [2] - 71:6, 71:14

**goal** [2] - 67:24, 68:2

**God** [2] - 69:22, 70:6

**God-given** [1] - 70:6

**goggles** [2] - 37:25, 71:6

**GOVERNMENT** [1] - 1:14

**government** [5] - 16:6, 44:16, 59:22, 59:24

**Government** [42] - 2:6, 2:17, 3:1, 3:7, 4:1, 4:12, 4:15, 5:7, 8:7, 11:18, 13:24, 14:2, 16:3, 16:8, 16:20, 16:23, 17:18, 18:3, 18:14, 19:1, 19:5, 19:23, 19:24, 20:4, 20:22, 21:5, 22:7, 31:1, 34:23, 36:18, 38:12, 39:8, 42:5, 43:14, 45:13, 50:12, 51:14, 52:24, 70:18, 70:19, 75:23, 77:9

**Government's** [6] - 3:2, 15:4, 15:25, 42:7, 76:22, 76:24

**granted** [1] - 83:5

**grave** [1] - 35:4

**gravity** [1] - 3:15

**great** [2] - 32:8, 46:16

**greater** [2] - 7:12, 25:15

**greatest** [2] - 33:13, 33:14

**greetings** [1] - 33:3

**grossly** [1] - 47:20

**ground** [3] - 40:7, 64:11, 64:12

**group** [12] - 6:10, 6:18, 7:6, 7:8, 11:12, 11:17, 13:21, 22:24, 36:10, 38:10, 47:5, 71:25

**Group** [10] - 7:4, 7:7, 7:10, 7:12, 21:5, 21:6, 21:11, 22:15, 22:17

**grouped** [3] - 6:3, 6:4, 6:8

**grouping** [2] - 11:12, 21:4

**groups** [2] - 21:13, 23:15

**growing** [1] - 63:15

**guard** [2] - 49:11

**Guard** [1] - 47:20

**guarded** [1] - 66:3

**guards** [1] - 49:14

**guess** [5] - 11:4, 43:9, 48:23

**guided** [1] - 13:3

**guideline** [24] - 5:16, 5:21, 5:23, 6:1, 6:6, 6:14, 8:2, 8:9, 12:6, 13:25, 15:5, 16:1, 16:9, 17:13, 17:21, 19:10, 19:16, 20:13, 21:9, 21:10, 26:1,

78:25
**guidelines** [14] -
3:25, 7:25, 8:6, 11:10,
11:21, 15:13, 22:4,
23:13, 25:2, 25:23,
77:8, 77:13, 77:15
**guidelines'** [1] - 14:7
**guilty** [4] - 2:18,
26:4, 39:8, 82:6
**gulag** [1] - 44:7
**gun** [1] - 18:7
**guns** [1] - 48:24
**gunshots** [1] - 62:12
**guy** [1] - 67:1

**H**

**half** [8] - 7:7, 7:10,
11:15, 21:12, 45:22,
49:15, 51:5, 53:15
**halfway** [1] - 34:11
**hallways** [1] - 72:4
**hands** [5] - 64:11,
64:19, 65:6, 65:7,
67:7
**happy** [3] - 12:5,
51:22, 58:5
**hard** [5] - 33:20,
50:19, 53:16, 68:16,
76:2
**harder** [1] - 58:19
**hardest** [2] - 59:11,
59:12
**hardship** [1] - 58:18
**harm** [3] - 67:24,
69:13, 76:5
**harps** [1] - 43:14
**hats** [1] - 47:25
**havoc** [1] - 56:10
**head** [11] - 14:12,
15:12, 18:21, 41:11,
41:19, 42:2, 64:17,
66:21, 67:23, 72:15,
72:19
**headlined** [1] - 61:2
**heads** [2] - 18:10,
18:12
**headset** [2] - 28:1,
28:10
**health** [8] - 34:8,
57:15, 70:4, 74:23,
75:13, 77:4, 79:14,
79:15
**healthy** [1] - 53:21
**hear** [20] - 4:1, 8:5,
8:7, 11:6, 16:5, 18:4,
20:2, 28:2, 28:9,
28:13, 29:14, 32:21,
42:11, 50:10, 50:24,

62:4, 62:11, 65:1,
65:2, 74:11
**heard** [9] - 4:2, 13:5,
34:24, 38:25, 41:5,
42:18, 43:12, 44:24,
76:7
**hearing** [4] - 3:12,
3:20, 31:3, 34:10
**HEARING** [1] - 1:10
**heart** [1] - 69:9
**heartache** [1] - 58:18
**heartbreaking** [1] -
42:19
**heavily** [2] - 13:10,
28:22
**heavy** [2] - 51:15,
60:6
**heeded** [1] - 67:13
**heinous** [1] - 36:20
**held** [1] - 50:18
**help** [5] - 33:9, 34:7,
35:9, 57:21, 67:1
**helped** [1] - 58:1
**helpful** [1] - 75:19
**helping** [1] - 7:18
**Henrico** [1] - 31:8
**hereby** [1] - 78:6,
84:3
**herself** [1] - 50:20
**hesitate** [1] - 37:2
**high** [2] - 44:12, 80:1
**high-speed** [1] - 80:1
**higher** [1] - 23:22,
37:16, 59:9
**highest** [8] - 6:20,
7:6, 7:9, 11:17, 21:11,
22:17, 23:15, 51:20
**highly** [2] - 63:2,
63:23
**himself** [5] - 30:17,
38:8, 38:21, 46:8,
59:8
**hiring** [1] - 31:2
**history** [9] - 7:21,
7:22, 7:25, 25:25,
39:4, 71:1, 73:24,
75:12, 77:4
**History** [1] - 7:22
**hit** [11] - 14:12,
14:22, 15:11, 16:17,
18:12, 49:18, 49:21,
51:12, 54:22, 72:21,
72:24
**hitting** [2] - 41:19,
64:22
**hold** [4] - 13:1,
22:22, 41:18, 59:8
**hollow** [1] - 52:6
**honest** [1] - 49:6
**honestly** [2] - 13:10,

49:19
**Honor** [63] - 2:1, 2:7,
2:10, 3:8, 3:11, 4:18,
5:9, 8:8, 9:14, 10:1,
10:15, 10:21, 12:3,
12:5, 12:16, 13:7,
22:14, 23:12, 24:4,
24:10, 24:22, 26:8,
26:15, 27:9, 27:18,
28:7, 29:13, 30:23,
32:17, 32:18, 35:2,
35:4, 35:16, 35:19,
36:17, 36:25, 37:20,
38:23, 38:25, 39:15,
41:5, 41:13, 42:17,
42:23, 44:8, 44:17,
44:21, 45:2, 45:4,
45:10, 46:1, 46:22,
48:8, 49:2, 49:6,
49:19, 53:18, 54:1,
70:16, 82:15, 82:17,
83:1
**Honor's** [1] - 28:22,
35:4
**HONORABLE** [1] -
1:10
**hope** [3] - 34:17,
35:15, 52:13
**hoping** [2] - 27:21,
35:7
**horror** [1] - 68:21
**horses** [2] - 49:12,
49:13
**hours** [3] - 57:5,
69:3, 78:13
**household** [1] - 70:4
**huge** [1] - 49:13
**hugely** [1] - 38:15
**human** [2] - 49:22,
50:19
**humans** [1] - 78:2
**hunched** [1] - 64:13
**hundred** [1] - 62:10
**hundreds** [3] -
43:18, 56:16, 74:12
**Hunter** [2] - 20:15,
82:11

**I**

**idea** [3] - 12:9, 48:19,
52:3
**ideas** [1] - 70:11
**identify** [1] - 2:5,
48:5, 65:8
**ideology** [1] - 44:11
**ignores** [1] - 51:17
**images** [1] - 65:13
**imagine** [1] - 68:14

**immediate** [3] -
16:14, 16:17, 48:14
**immediately** [2] -
68:22, 81:10
**impact** [3] - 19:22,
43:12, 73:13
**impacted** [1] - 29:12
**impactful** [1] - 29:11
**impeding** [1] - 2:20
**implausible** [1] -
31:15
**implement** [1] - 41:3
**implore** [2] - 42:23,
44:8
**important** [5] - 39:9,
73:25, 74:21, 75:9,
76:21
**impose** [5] - 4:7,
21:23, 21:25, 51:15,
78:4
**imposed** [5] - 25:18,
26:1, 81:23, 82:3,
82:13
**imposes** [1] - 25:15
**imposing** [2] - 48:14,
54:7
**imposition** [1] -
80:24
**impression** [1] - 18:1
**imprisonment** [3] -
54:17, 57:13, 81:24
**incarcerated** [3] -
57:12, 57:16, 68:6
**incarceration** [3] -
70:7, 78:7, 78:10
**incident** [1] - 16:19
**incidents** [2] - 9:1,
41:8
**include** [3] - 25:17,
29:20, 45:7
**included** [1] - 45:13
**includes** [2] - 79:24,
81:16
**including** [6] - 14:5,
40:19, 41:22, 56:15,
72:15, 79:3
**increase** [1] - 8:16
**increased** [1] - 7:13
**incredibly** [2] -
38:18, 42:19
**incredulous** [1] -
38:4
**incur** [1] - 79:11
**indicate** [1] - 51:8
**indicated** [1] - 77:5
**indicators** [2] -
31:20, 53:22
**indictment** [4] - 2:19,
27:7, 36:8, 83:3
**indictments** [1] -

36:6
**individual** [12] -
26:11, 27:7, 36:13,
40:1, 48:2, 59:8,
62:22, 63:6, 65:25,
66:23, 68:8
**individuals** [4] -
37:19, 41:22, 42:25,
63:5
**indulge** [3] - 50:15,
51:1, 54:11
**indulged** [1] - 50:2
**ineffective** [1] - 82:5
**infection** [1] - 55:19
**inference** [2] - 12:22
**inflicting** [4] - 17:22,
17:24, 18:7, 67:24
**influence** [1] - 48:14
**influenced** [1] -
61:13
**information** [6] -
19:15, 54:5, 79:7,
79:8, 79:9, 82:4
**initial** [1] - 80:5
**initials** [1] - 58:24
**injure** [2] - 10:8,
67:22
**injured** [5] - 9:3,
9:11, 10:4, 13:2,
72:24
**injuries** [16] - 9:23,
10:7, 10:20, 10:25,
11:1, 13:12, 14:5,
15:1, 15:8, 15:15,
15:17, 18:24, 19:2,
19:9, 19:15, 72:5
**injury** [36] - 6:15,
6:23, 8:15, 8:16, 8:17,
8:18, 9:8, 11:25,
12:24, 13:1, 14:3,
14:18, 14:9, 14:13,
14:15, 14:17, 14:24,
15:6, 15:9, 15:13,
15:20, 17:23, 17:24,
18:8, 18:15, 18:16,
18:17, 19:10, 19:11,
19:18, 20:17, 20:25,
41:23, 72:25
**Injury** [1] - 14:23
**inmate** [1] - 68:11
**inmates** [2] - 56:20,
57:21
**inner** [2] - 58:5, 66:1
**inside** [6] - 37:22,
51:7, 53:5, 65:21,
68:21, 71:25
**Instagram** [1] - 69:3
**install** [1] - 79:23
**installation** [3] -
80:9, 80:11, 80:13

**instance** [2] - 36:21, 42:23
**instantly** [1] - 55:16
**instead** [4] - 11:15, 22:18, 42:15, 61:18
**instruction** [1] - 14:7
**instrument** [4] - 17:22, 17:23, 17:25, 18:2
**intelligent** [1] - 75:19
**intend** [1] - 76:23
**intense** [1] - 66:10
**interacted** [1] - 58:23
**interested** [1] - 63:2
**interests** [1] - 57:20
**interferes** [1] - 20:18
**interior** [1] - 65:23
**internal** [2] - 35:5
**internet** [2] - 75:15, 79:21
**interpretation** [1] - 24:8
**introspection** [1] - 50:16
**invading** [1] - 46:12
**invasion** [4] - 46:4, 46:6, 46:8, 46:13
**investigate** [1] - 62:19
**investigation** [5] - 2:24, 4:11, 7:18, 21:18, 81:15
**Investigation** [1] - 61:6
**involve** [2] - 6:9, 20:17
**involved** [3] - 6:22, 20:20, 60:14
**Iran** [1] - 61:3
**Iranian** [1] - 61:5
**Iraq** [2] - 46:4, 46:13
**irritants** [1] - 18:23
**issue** [6] - 30:22, 30:25, 48:8, 56:2, 56:25
**issues** [2] - 56:12, 74:23
**item** [1] - 41:22
**items** [2] - 60:16, 60:19
**itself** [4] - 9:8, 45:15, 50:11, 50:25

## J

**J6ers** [1] - 54:18
**jabbed** [1] - 66:5
**Jackson** [3] - 27:5, 27:15, 34:15

**Jail** [2] - 54:16, 55:7
**jail** [9] - 54:18, 54:19, 55:3, 55:11, 56:1, 56:13, 56:15, 56:23, 58:5
**January** [33] - 20:20, 33:15, 34:2, 34:9, 35:6, 35:20, 36:24, 37:17, 38:10, 38:20, 46:23, 52:11, 53:3, 58:10, 59:12, 59:19, 60:11, 60:14, 61:2, 61:8, 61:9, 69:16, 71:5, 73:10, 73:20, 73:23, 74:13, 74:21, 75:24, 76:12, 77:11, 77:16, 77:24
**Jason** [1] - 38:25
**Jet** [1] - 61:3
**job** [1] - 41:6
**jobs** [1] - 27:3
**Jocelyn** [1] - 2:8
**JOCELYN** [1] - 1:14
**John** [1] - 2:10
**JOHN** [2] - 1:19, 1:19
**join** [2] - 33:7, 33:12, 70:6
**joined** [2] - 14:4, 71:25
**joint** [1] - 9:23
**jointly** [1] - 10:16
**joys** [1] - 70:6
**JUDGE** [1] - 1:11
**judge** [2] - 32:24, 50:11
**judgment** [2] - 78:5, 82:1
**jumbotron** [1] - 62:6
**jury** [1] - 27:25
**justice** [5] - 6:24, 20:19, 20:21, 51:25, 53:25
**justified** [1] - 18:13
**justify** [3] - 51:17, 52:23, 74:10

## K

**keep** [2] - 3:14, 39:23
**keeping** [1] - 41:3
**kicked** [1] - 11:2
**kicks** [1] - 17:16
**kids** [7] - 19:20, 48:17, 48:20, 49:9, 49:15, 49:21, 49:23
**Killing** [1] - 61:5
**KIMBERLY** [1] - 1:14
**Kimberly** [1] - 2:7
**kind** [7] - 9:1, 16:23,

35:9, 50:20, 71:11, 75:18, 77:10
**kitchen** [2] - 53:9, 55:2
**Kiyonaga** [13] - 2:11, 2:12, 3:9, 4:19, 12:4, 24:3, 24:18, 27:19, 29:14, 44:24, 54:3, 74:1, 82:16
**KIYONAGA** [21] - 1:19, 1:19, 2:10, 3:10, 4:21, 4:24, 12:5, 12:16, 24:4, 24:7, 24:19, 30:21, 32:5, 32:18, 45:2, 45:4, 54:8, 54:11, 70:16, 82:17, 82:21
**knelt** [1] - 63:24
**knocked** [1] - 64:10
**knowing** [4] - 20:7, 43:9, 58:19, 61:13
**knowledge** [1] - 61:21
**known** [4] - 40:1, 40:2, 40:8, 41:10
**knows** [2] - 39:4, 42:17
**Kyle** [5] - 10:2, 40:11, 40:12, 40:16, 40:22

## L

**lab** [1] - 46:18
**labeled** [1] - 59:20
**lack** [1] - 67:23
**lacked** [1] - 47:21
**lacking** [1] - 57:6
**lacks** [1] - 55:5
**ladies** [1] - 2:9
**laid** [1] - 49:15
**land** [1] - 51:20
**landed** [2] - 63:10, 63:17
**language** [3] - 11:4, 12:21, 13:4
**laptops** [3] - 57:1, 57:3, 79:25
**large** [2] - 15:19, 33:11
**largely** [1] - 8:6
**larger** [2] - 38:10, 38:20
**last** [6] - 4:4, 4:6, 46:15, 50:9, 53:18, 58:13
**lasted** [1] - 68:20
**law** [14] - 3:19, 6:25, 16:12, 21:2, 25:19,

33:10, 33:21, 34:1, 38:14, 42:14, 47:18, 48:10, 62:25, 73:6
**LAW** [1] - 1:19
**lawless** [2] - 69:10, 72:9
**lawyers** [1] - 24:6
**layperson** [1] - 31:3
**lays** [1] - 5:15
**lead** [3] - 60:11, 61:22, 65:23
**lead-up** [2] - 60:11, 61:22
**leadership** [2] - 47:21, 48:3
**leads** [2] - 7:19, 21:14
**least** [7] - 9:25, 16:19, 43:20, 51:23, 71:10, 71:16, 78:21
**leave** [1] - 68:22
**leaves** [2] - 41:10, 42:3
**led** [2] - 48:22, 59:17
**left** [10] - 17:5, 41:12, 41:14, 42:13, 48:2, 63:11, 64:2, 73:2, 73:18
**legally** [1] - 16:24
**legs** [2] - 19:20, 72:18
**less** [8] - 7:9, 22:21, 22:24, 23:3, 23:18, 51:6, 57:2, 81:3
**lethal** [1] - 72:20
**letters** [4] - 3:4, 45:8, 55:17, 75:19
**Level** [3] - 21:13, 21:14, 21:15
**level** [48] - 6:12, 6:13, 6:17, 6:20, 6:21, 6:24, 7:4, 7:7, 7:9, 7:13, 7:16, 7:17, 7:19, 7:24, 8:10, 8:11, 11:21, 13:22, 14:1, 14:2, 14:16, 16:2, 16:3, 16:10, 17:7, 17:8, 17:9, 17:14, 17:17, 17:18, 18:14, 19:24, 20:4, 20:9, 20:13, 20:17, 20:22, 21:3, 21:11, 21:16, 21:19, 22:15, 22:23, 23:15, 23:23, 24:10, 71:7
**levels** [3] - 7:8, 7:12, 23:18
**Lewisburg** [6] - 53:13, 54:16, 54:20, 56:19, 57:25

**liable** [1] - 14:5
**life** [12] - 31:19, 31:21, 55:24, 57:14, 59:7, 59:13, 64:4, 68:7, 69:15, 76:12, 77:20, 77:25
**life's** [2] - 62:23, 70:1
**light** [4] - 4:5, 41:16, 70:23, 75:15, 77:2, 77:3
**likely** [2] - 31:13, 61:17
**limitations** [1] - 77:16
**limited** [3] - 56:15, 57:17, 60:3
**limiting** [1] - 79:20
**limits** [1] - 75:14
**line** [16] - 38:24, 39:3, 39:5, 39:17, 39:18, 40:3, 40:4, 41:1, 41:17, 41:21, 58:12, 62:20, 63:7, 63:10, 67:6
**lines** [3] - 41:25, 62:13, 79:12
**LISA** [1] - 1:21, 84:3
**Lisa** [1] - 84:12
**list** [1] - 37:8
**listed** [1] - 25:3
**listen** [1] - 47:1
**listening** [1] - 43:23
**literally** [1] - 72:13
**live** [4] - 54:24, 55:23, 59:7, 68:16
**lived** [2] - 31:18, 54:21
**lives** [1] - 72:13
**living** [1] - 53:23
**local** [2] - 49:9, 78:18
**lockup** [1] - 26:19
**logical** [1] - 80:2
**look** [6] - 9:14, 9:16, 35:14, 35:20, 50:19, 51:3
**looked** [3] - 29:17, 30:7, 62:13
**looking** [2] - 13:23, 23:13
**looks** [2] - 29:18, 52:12
**looters** [1] - 52:7
**Lopez** [1] - 12:21
**lose** [4] - 40:17, 40:22, 64:15, 69:1
**losses** [1] - 60:6
**lost** [7] - 24:4, 55:7, 59:6, 59:14, 59:15, 69:15
**loud** [1] - 46:18

**louder** [1] - 63:22
**loudspeaker** [1] - 71:21
**love** [3] - 44:2, 58:21, 65:4
**loved** [1] - 59:21
**lower** [8] - 8:22, 10:22, 36:11, 36:14, 36:17, 40:9, 64:9, 71:23
**luck** [1] - 83:7
**lugubrious** [1] - 53:19
**lynch** [5] - 29:24, 31:23, 74:20, 75:16, 77:5
**lynch's** [2] - 31:4, 31:11

# M

**ma'am** [1] - 32:22
**Mace** [1] - 64:25
**machine** [1] - 44:6
**madman** [1] - 68:13
**main** [1] - 43:14
**maintain** [1] - 75:13
**major** [1] - 37:7
**malnourished** [1] - 55:8
**man** [6] - 12:24, 47:7, 50:8, 53:21, 69:11, 77:19
**mandatory** [2] - 22:6, 78:17
**manipulate** [1] - 27:15
**manner** [2] - 18:1, 80:22
**manual** [1] - 23:14
**March** [3] - 1:6, 4:12, 84:10
**marijuana** [1] - 79:4
**marketplace** [1] - 70:11
**married** [1] - 70:5
**marshals** [1] - 53:2
**Maryland** [1] - 52:8
**mask** [4] - 37:25, 47:7, 60:23, 71:6
**mass** [2] - 46:9, 72:18
**Mastony** [5] - 38:25, 39:2, 39:4, 39:11, 44:4
**match** [1] - 66:24
**materials** [1] - 3:5
**math** [3] - 24:5, 57:20, 57:22

**matter** [3] - 3:17, 17:4, 26:24
**matured** [1] - 59:17
**maturity** [1] - 59:18
**maximum** [3] - 21:22, 21:24, 81:24
**Mayo** [2] - 30:7, 31:9
**McFADDEN** [1] - 1:10
**mean** [4] - 11:4, 23:25, 31:4, 50:21
**meaningful** [1] - 18:4
**means** [1] - 31:7
**measure** [1] - 61:15
**mechanical** [1] - 3:14
**media** [5] - 42:6, 45:17, 46:7, 50:13, 80:7
**medical** [7] - 8:19, 14:10, 15:15, 18:18, 19:11, 56:6, 56:12
**medication** [3] - 56:1, 56:8
**medications** [1] - 75:4
**medicine** [2] - 29:18, 30:16
**medicines** [1] - 30:3
**meds** [1] - 56:2
**meet** [4] - 19:10, 19:15, 29:4, 29:6
**melee** [2] - 49:23, 66:13
**Melody** [1] - 45:9
**member** [1] - 70:12
**members** [2] - 42:14, 72:3
**memo** [1] - 11:24
**memoranda** [1] - 2:25
**memorandum** [6] - 4:13, 4:14, 11:22, 20:16, 28:17, 76:24
**mental** [6] - 34:8, 74:22, 75:13, 77:4, 79:14, 79:15
**mentally** [2] - 56:10, 73:19
**mentioned** [1] - 18:15
**message** [2] - 50:13, 61:9
**messages** [1] - 61:11
**met** [1] - 19:5
**metes** [1] - 9:14
**methods** [1] - 79:5
**Metropolitan** [3] - 39:5, 41:7, 59:1

**Miami** [1] - 48:17
**mice** [1] - 53:9
**Michael** [1] - 36:9
**Michelle** [1] - 28:1
**midst** [1] - 65:3
**might** [2] - 30:2, 38:7
**mind** [9] - 3:14, 33:22, 34:15, 56:10, 63:14, 63:20, 66:18, 66:25, 67:1
**mindset** [1] - 60:10
**minute** [1] - 32:5
**minutes** [11] - 39:9, 40:16, 41:10, 41:13, 41:20, 64:22, 67:9, 67:18, 68:20, 72:11, 79:20
**misbehaved** [2] - 51:6, 51:9
**miscarriage** [1] - 53:25
**misconduct** [3] - 60:12, 73:3, 76:17
**misdiagnosed** [2] - 29:25, 31:9
**misdiagnosis** [1] - 30:14
**misprescribed** [1] - 31:10
**mistake** [2] - 61:23, 66:25
**mistakes** [2] - 64:3, 67:6
**mistreated** [1] - 75:3
**misunderstood** [1] - 29:23
**mitigate** [1] - 54:5
**mitigating** [1] - 75:9
**mob** [13] - 9:23, 31:14, 40:23, 48:9, 48:11, 48:12, 48:22, 48:25, 50:7, 65:11, 69:10, 74:1, 74:7
**mobile** [1] - 79:25
**mobs** [3] - 50:7, 74:2, 74:5
**mold** [1] - 55:2
**moldy** [1] - 55:2
**moment** [15] - 29:15, 39:1, 40:14, 40:20, 41:9, 42:19, 48:5, 61:19, 62:22, 63:21, 63:23, 64:3, 65:5, 67:10, 67:16
**momentarily** [1] - 50:10
**moments** [4] - 40:5, 62:11, 73:16
**monitoring** [5] - 79:23, 80:7, 80:10,

80:13
**month** [2] - 56:16, 81:4
**months** [19] - 8:1, 21:20, 25:4, 25:6, 35:11, 44:18, 54:15, 54:17, 54:22, 55:6, 55:9, 55:15, 55:22, 56:4, 57:20, 58:13, 76:20, 78:8, 79:19
**months'** [1] - 78:7
**Monument** [1] - 62:4
**mood** [4] - 31:13, 48:12, 50:4, 75:4
**moods** [1] - 29:21
**morning** [8] - 2:7, 2:9, 2:10, 2:12, 2:13, 2:14, 35:24, 57:7
**most** [16] - 33:16, 35:23, 42:4, 45:12, 46:15, 48:11, 66:19, 70:3, 70:12, 71:2, 72:1, 73:11, 73:12, 73:17, 76:14, 77:20
**mostly** [3] - 54:17, 62:22, 63:8
**mother** [2] - 31:7, 45:5
**motion** [2] - 82:25, 83:5
**motivated** [3] - 7:1, 16:7, 20:8
**motivating** [1] - 38:5
**mounted** [1] - 49:17
**move** [1] - 83:2
**moved** [4] - 53:3, 54:15, 54:18, 57:25
**moves** [1] - 37:7
**moving** [1] - 33:15
**MPD** [3] - 10:2, 38:25, 47:24
**MR** [19] - 2:10, 3:10, 4:21, 4:24, 12:5, 12:16, 24:4, 24:7, 24:19, 30:21, 32:5, 32:18, 45:2, 45:4, 54:8, 54:11, 70:16, 82:17, 82:21
**MRSA** [4] - 53:5, 55:8, 55:18, 74:18
**MS** [35] - 2:7, 3:7, 4:18, 8:8, 9:5, 11:9, 12:2, 12:12, 22:12, 22:20, 23:2, 23:5, 23:8, 23:10, 26:8, 27:18, 28:6, 28:13, 28:18, 30:5, 32:8, 32:17, 32:20, 32:23, 34:19, 35:2, 35:16, 35:18, 36:3, 36:5,

37:12, 37:15, 70:21, 82:15, 83:1
**munitions** [1] - 71:22
**must** [22] - 25:13, 25:24, 60:11, 70:3, 78:12, 78:16, 78:17, 78:18, 78:19, 78:20, 78:22, 78:24, 79:2, 79:4, 79:6, 79:11, 79:14, 79:22, 80:4, 80:14, 81:2, 81:25

# N

**name** [1] - 33:3
**named** [1] - 27:7
**names** [1] - 58:24
**narrative** [1] - 43:22
**nation** [3] - 59:3, 69:19, 71:3
**National** [1] - 47:20
**nations** [1] - 60:3
**naturally** [1] - 34:11
**nature** [5] - 25:24, 28:19, 51:10, 70:25, 74:24
**near** [1] - 62:3
**nearly** [1] - 51:4
**necessarily** [2] - 10:19, 48:13
**necessary** [3] - 25:16, 50:16, 70:20
**Neck** [10] - 51:4, 53:1, 53:12, 54:16, 55:7, 56:18, 57:1, 57:10, 57:25, 74:17
**need** [1] - 25:17, 26:1, 26:2, 32:5, 33:9, 45:12, 56:9, 60:5, 67:12, 76:10, 77:24
**needed** [2] - 32:3, 55:17
**needs** [2] - 51:25, 53:14
**neglected** [1] - 70:16
**negligence** [1] - 56:5
**negligent** [1] - 54:18
**neighborhood** [1] - 52:8
**neuropsychologica
l** [1] - 30:23
**neuropsychologist** [1] - 31:5
**never** [9] - 53:5, 62:25, 65:8, 68:9, 69:1, 74:3, 76:7, 77:11, 77:22
**new** [2] - 28:10, 82:4
**News** [1] - 61:1

**news** [1] - 46:14
**next** [7] - 16:3, 17:11, 20:11, 66:22, 66:23, 67:1, 67:18
**night** [2] - 53:13, 56:9
**nine** [2] - 37:2, 38:21
**nobody** [4] - 44:10, 44:11, 48:1, 52:11
**non** [1] - 79:21
**non-work-related** [1] - 79:21
**none** [3] - 60:6, 60:19, 74:14
**normal** [2] - 15:21, 38:17
**normally** [1] - 19:12
**Northern** [10] - 51:4, 53:1, 53:12, 54:16, 55:7, 56:18, 57:1, 57:10, 57:25, 74:17
**Northwest** [4] - 1:16, 1:23, 52:9, 84:14
**northwest** [1] - 39:2
**notably** [1] - 72:17
**note** [5] - 16:19, 18:10, 37:3, 77:6, 82:18
**noted** [7] - 4:24, 9:20, 11:18, 30:6, 30:10, 35:23, 82:13
**notes** [1] - 84:5
**nothing** [7] - 3:10, 4:24, 29:1, 51:8, 61:25, 64:2, 68:11
**notice** [2] - 53:19, 63:15
**notify** [1] - 81:11
**number** [3] - 7:14, 37:2, 45:6
**numerous** [2] - 56:12, 71:19
**nutrients** [1] - 55:5
**nutrition** [1] - 55:17

**O**

**obeyed** [1] - 68:22
**object** [4] - 17:23, 18:1, 18:2, 39:16
**objection** [2] - 4:15, 4:23
**objections** [7] - 3:22, 3:23, 8:6, 9:20, 22:10, 24:18, 82:12
**objects** [4] - 39:13, 64:7, 65:14, 65:15
**obligation** [1] - 81:13
**observed** [1] - 66:12

**observer** [1] - 66:18
**observing** [1] - 62:10
**obstruct** [3] - 6:24, 73:8, 79:4
**obstruction** [4] - 2:22, 6:2, 6:19, 20:11
**obvious** [4] - 8:19, 14:9, 18:17, 19:11
**obviously** [5] - 27:14, 28:7, 28:14, 29:11, 30:19
**occurred** [2] - 14:18, 73:20
**occurring** [2] - 20:20, 38:7
**OF** [4] - 1:1, 1:3, 1:10, 1:15
**offense** [39] - 4:8, 6:6, 6:12, 6:17, 6:20, 6:22, 7:1, 7:3, 7:6, 7:9, 7:12, 7:13, 7:19, 7:24, 8:10, 8:11, 11:21, 13:22, 14:1, 16:7, 16:13, 17:9, 17:14, 17:17, 20:9, 20:13, 21:3, 21:8, 21:11, 21:19, 22:15, 22:23, 23:15, 25:18, 25:20, 25:25, 71:1, 82:7
**Office** [3] - 79:10, 81:9, 81:16
**office** [15] - 2:25, 13:9, 25:1, 25:4, 25:10, 78:14, 79:6, 79:8, 79:13, 79:16, 79:22, 80:4, 80:17, 81:14, 81:20
**OFFICE** [2] - 1:15, 1:19
**office's** [2] - 5:6, 5:16
**OFFICER** [11] - 13:7, 13:16, 13:18, 23:12, 23:21, 24:9, 24:13, 24:22, 32:22, 33:1, 34:20
**officer** [28] - 9:7, 9:10, 10:9, 10:18, 12:13, 12:24, 15:15, 16:5, 16:6, 16:12, 16:13, 17:5, 20:8, 26:13, 26:18, 32:15, 32:20, 33:17, 35:9, 36:11, 41:22, 66:24, 67:4, 67:19, 67:20, 72:10, 72:21, 72:22
**Officer** [34] - 2:4, 5:14, 6:9, 6:16, 8:23, 9:2, 9:17, 9:24, 14:5,

14:12, 14:17, 15:1, 17:20, 18:19, 18:20, 18:22, 19:13, 20:7, 26:8, 27:6, 33:3, 34:13, 36:9, 36:11, 39:2, 41:4, 41:5, 41:19, 72:7, 72:15, 73:14, 73:16, 81:9
**officer's** [1] - 15:14
**Officers** [1] - 58:23
**officers** [45] - 2:21, 7:1, 10:4, 10:8, 15:22, 16:22, 18:9, 18:11, 21:2, 26:25, 27:3, 36:19, 36:22, 39:6, 39:9, 39:13, 39:19, 39:21, 39:23, 40:7, 40:9, 40:13, 41:17, 42:24, 43:10, 48:2, 48:4, 49:18, 58:22, 62:21, 62:24, 63:7, 67:22, 69:17, 71:18, 71:23, 72:1, 72:3, 72:4, 72:7, 72:12, 72:14, 72:17, 73:6
**offices** [1] - 72:3
**official** [9] - 2:22, 6:2, 6:25, 16:4, 20:5, 20:12, 20:19, 20:23, 84:12
**Official** [1] - 1:22
**often** [3] - 42:19, 50:15, 57:6
**old** [1] - 65:6
**older** [1] - 66:20
**once** [7] - 8:11, 9:11, 10:12, 42:2, 56:17, 56:18, 62:9
**once-a-day** [1] - 56:17
**one** [55] - 6:4, 7:5, 7:7, 7:10, 7:15, 7:17, 8:10, 13:14, 14:22, 16:19, 18:13, 18:21, 19:11, 21:6, 21:12, 21:13, 22:16, 22:18, 22:22, 22:24, 23:7, 23:8, 23:16, 23:18, 23:23, 23:24, 30:24, 33:7, 33:13, 33:14, 33:15, 38:1, 39:7, 40:15, 42:4, 43:14, 43:20, 43:21, 45:7, 45:8, 46:14, 49:17, 52:24, 54:11, 57:3, 67:5, 67:22, 68:1, 71:2, 73:17, 78:20
**one-half** [2] - 7:7, 7:10
**one-level** [1] - 7:17

**one-tenth** [1] - 57:3
**ones** [1] - 43:13
**online** [1] - 60:16
**open** [2] - 32:10, 79:11
**opened** [1] - 65:25
**operating** [1] - 22:9
**opine** [1] - 23:10
**opined** [1] - 46:17
**opinion** [2] - 20:16, 31:13
**opportunity** [3] - 5:19, 67:22, 70:1
**option** [1] - 57:9
**order** [8] - 6:23, 9:15, 50:16, 52:4, 56:21, 56:23, 67:8, 81:17
**ordered** [1] - 81:1
**ordering** [1] - 75:13
**ordinarily** [5] - 8:20, 10:5, 14:10, 18:18, 49:1
**ordinary** [1] - 51:11
**ordnance** [2] - 63:11, 63:18
**originated** [1] - 63:17
**otherwise** [4] - 34:25, 45:1, 68:1, 74:3
**ourselves** [1] - 50:22
**outcome** [1] - 34:16
**outlets** [1] - 46:7
**outraged** [1] - 68:14
**outrageous** [4] - 58:12, 66:19, 68:19, 73:11
**outside** [8] - 27:25, 40:18, 52:8, 56:6, 56:25, 61:25, 65:22, 75:24
**outsized** [1] - 52:23
**outstanding** [1] - 3:22
**overall** [2] - 37:13, 77:3
**overbear** [1] - 48:12
**overreacting** [1] - 29:21
**overreactions** [1] - 75:4
**overwhelming** [1] - 71:20
**owe** [1] - 70:14
**owed** [1] - 81:3
**own** [5] - 6:10, 31:2, 43:23, 72:22, 75:1

**P**

**p.m** [1] - 40:20
**packed** [1] - 41:13
**page** [1] - 44:5
**Page** [2] - 23:13, 23:19
**pages** [1] - 63:1
**paid** [1] - 81:13
**painful** [5] - 8:19, 14:9, 18:17, 19:11, 65:13
**pandemic** [1] - 52:16
**panicked** [1] - 66:17
**papers** [1] - 5:7
**parcel** [1] - 9:12
**Part** [1] - 16:8
**part** [18] - 4:6, 9:12, 10:14, 15:19, 29:24, 40:23, 44:8, 49:9, 52:2, 58:5, 65:10, 68:25, 69:10, 70:8, 71:16, 73:21, 74:4
**participant** [1] - 66:18
**participate** [1] - 79:14
**participation** [1] - 79:18
**particular** [5] - 19:17, 24:25, 35:20, 70:22, 76:15
**particularly** [8] - 15:12, 36:17, 36:19, 38:9, 40:5, 40:14, 63:6, 74:17
**parties** [3] - 5:17, 8:5, 24:25
**partly** [1] - 34:2
**parts** [1] - 55:12
**PASCHALL** [36] - 1:14, 2:7, 3:7, 4:18, 8:8, 9:5, 11:9, 12:2, 12:12, 22:12, 22:20, 23:2, 23:5, 23:8, 23:10, 26:8, 27:18, 28:6, 28:13, 28:18, 30:5, 32:8, 32:17, 32:20, 32:23, 34:19, 35:2, 35:16, 35:18, 36:3, 36:5, 37:12, 37:15, 70:21, 82:15, 83:1
**Paschall** [12] - 2:8, 3:6, 4:17, 8:7, 22:11, 24:17, 26:6, 32:16, 44:23, 71:11, 82:14, 82:25
**Paschall's** [1] - 12:9

**passage** [1] - 66:3
**passed** [1] - 64:17
**passes** [1] - 64:13
**passion** [1] - 62:23
**patriot** [3] - 44:3, 44:4
**patriots** [3] - 44:1, 44:2, 67:12
**patrol** [1] - 33:17
**pay** [4] - 53:10, 78:12, 80:24, 81:3
**payable** [1] - 81:10
**paying** [1] - 69:12
**payments** [1] - 81:6
**peace** [2] - 33:22, 69:12
**peaceful** [4] - 62:2, 62:22, 63:8, 64:21
**penalties** [2] - 8:5, 21:21
**people** [32] - 19:3, 26:25, 33:24, 34:7, 43:5, 44:1, 44:13, 44:14, 45:23, 46:14, 46:23, 47:5, 47:13, 47:14, 48:19, 48:23, 48:25, 49:20, 50:7, 50:15, 51:18, 52:1, 52:19, 52:21, 62:16, 63:3, 67:16, 71:4, 71:21, 74:2, 74:13, 80:14
**per** [1] - 9:3
**perfectly** [1] - 31:17
**performing** [1] - 80:2
**perhaps** [1] - 8:5
**period** [2] - 44:18, 81:23
**periodic** [2] - 78:22, 80:5
**Perkins** [1] - 45:9
**permission** [1] - 82:9
**permitted** [1] - 57:5
**perpetrator** [1] - 68:3
**persistent** [1] - 43:22
**person** [11] - 6:23, 16:12, 31:2, 40:21, 50:21, 56:23, 68:4, 68:15, 75:19, 78:14
**personal** [2] - 48:12, 55:1
**personality** [1] - 29:6
**perspective** [1] - 35:10
**perspectives** [2] - 46:2, 46:22
**pertinent** [1] - 10:3
**pervasive** [1] - 71:22
**Petersburg** [1] - 82:22

**phalanx** [1] - 66:2
**phenomenon** [1] - 48:11
**phone** [13] - 27:8, 27:12, 32:15, 53:10, 56:15, 56:17, 56:19, 64:10, 64:13, 64:14, 64:16, 65:17, 66:12
**photography** [1] - 62:23
**photos** [2] - 15:14, 19:21
**physical** [2] - 6:23, 57:15
**physicians** [1] - 31:8
**pick** [2] - 51:11, 69:24
**picked** [2] - 49:17, 50:2
**pieces** [1] - 69:24
**piling** [1] - 12:21
**pill** [2] - 56:3, 59:11
**pivot** [1] - 64:4
**place** [4] - 46:12, 53:2, 53:8, 58:14
**placement** [1] - 78:21
**placing** [1] - 7:22
**Plaintiff** [1] - 1:4
**plan** [4] - 9:25, 47:22, 48:3, 58:2
**planning** [1] - 37:24
**platform** [2] - 64:9, 65:20
**play** [1] - 13:8
**played** [1] - 43:19
**playground** [1] - 65:7
**playing** [1] - 62:6
**plea** [1] - 82:6
**plead** [1] - 39:7
**pleadings** [3] - 4:25, 12:6, 45:13
**plenary** [1] - 82:19
**plus** [3] - 24:1, 25:7, 59:12
**plus-two** [1] - 24:1
**pocket** [2] - 64:15, 66:12
**pod** [1] - 68:12
**podium** [2] - 5:1, 54:9
**pods** [1] - 53:9
**poignant** [1] - 40:14
**point** [16] - 8:10, 8:12, 10:3, 11:14, 18:21, 24:25, 31:11, 31:25, 33:19, 35:4, 36:7, 45:4, 53:15, 58:20, 64:4, 76:21

**pointed** [1] - 50:12
**pointless** [1] - 68:5
**points** [9] - 5:18, 7:22, 9:9, 11:11, 11:16, 11:19, 22:24, 39:25, 41:16
**poisons** [1] - 43:22
**pole** [2] - 39:14, 39:17
**poles** [2] - 64:25, 71:18
**Police** [4] - 39:5, 41:7, 58:25, 59:1
**police** [32] - 13:24, 14:4, 16:5, 18:10, 33:12, 33:17, 38:24, 39:3, 39:16, 39:18, 40:3, 40:4, 41:17, 41:21, 63:3, 63:6, 63:10, 64:7, 64:22, 66:23, 66:2, 66:4, 66:6, 66:13, 66:21, 67:15, 68:14, 72:7, 72:10, 72:17, 73:18
**policy** [2] - 25:23, 46:15
**political** [1] - 44:6
**portion** [1] - 9:25
**portions** [1] - 55:5
**position** [4] - 12:14, 15:23, 24:3, 30:25
**positioned** [2] - 62:3, 62:14
**possess** [1] - 78:18
**possible** [2] - 27:11, 30:12
**possibly** [4] - 15:12, 15:21, 57:3, 75:2
**posted** [1] - 50:13
**posting** [2] - 42:12, 73:3
**posts** [1] - 45:17
**potentially** [2] - 29:22, 75:5
**pounds** [1] - 55:7
**Powell** [1] - 46:8
**pray** [5] - 69:17, 69:20, 69:22
**precautionary** [1] - 61:15
**precious** [1] - 70:2
**precisely** [1] - 72:19
**prefer** [1] - 24:7
**premeditated** [1] - 60:12
**premeditation** [1] - 71:8
**prepare** [2] - 59:25, 60:17
**prepared** [1] - 47:5,

71:5
**preplanning** [1] - 37:18
**prescribed** [1] - 55:19
**presence** [1] - 27:25
**present** [5] - 2:11, 26:9, 26:13, 34:5, 54:5
**presentation** [1] - 35:7
**presentence** [12] - 2:23, 3:21, 4:11, 4:16, 4:20, 5:7, 5:12, 5:15, 25:12, 81:14, 81:19
**preserve** [1] - 82:19
**president** [8] - 45:20, 47:11, 47:15, 52:3, 52:18, 62:1, 62:5, 74:11
**President** [4] - 45:22, 46:25, 51:19, 74:8
**pressed** [1] - 71:23
**pressingly** [1] - 70:3
**pretrial** [1] - 53:15
**pretty** [6] - 11:5, 26:23, 28:23, 29:3, 36:16, 36:23
**previously** [1] - 27:5
**primarily** [3] - 12:2, 30:10, 77:1
**primary** [1] - 29:13
**prison** [3] - 21:22, 77:19, 81:5
**prisoner** [1] - 44:6
**private** [2] - 28:19, 80:1
**privately** [3] - 26:11, 54:13, 68:18
**privy** [1] - 13:9
**Probation** [25] - 2:4, 4:10, 5:18, 5:21, 5:22, 6:1, 6:11, 6:13, 6:18, 6:21, 7:3, 7:5, 7:7, 7:10, 7:11, 7:16, 9:20, 13:24, 16:2, 17:12, 20:12, 21:5, 25:6, 77:9, 81:16
**PROBATION** [9] - 1:18, 13:7, 13:16, 13:18, 23:12, 23:21, 24:9, 24:13, 24:22
**probation** [20] - 2:25, 5:6, 5:15, 6:4, 13:9, 22:3, 25:1, 25:4, 25:10, 78:14, 78:16, 79:6, 79:8, 79:13, 79:16, 79:22, 80:4, 80:17, 81:14, 81:20

**Probation's** [1] - 11:10
**problem** [3] - 49:5, 65:10, 67:17
**problematic** [3] - 30:18, 38:15, 53:2
**proceed** [1] - 3:13
**proceeding** [5] - 2:22, 3:16, 6:2, 20:12, 20:19
**Proceedings** [1] - 83:10
**proceedings** [4] - 27:24, 32:9, 32:14, 84:6
**processing** [1] - 80:2
**produced** [1] - 84:6
**professional** [1] - 31:13
**program** [4] - 49:10, 79:15, 79:16, 79:18
**prohibited** [2] - 79:3, 80:9
**promote** [2] - 25:19, 25:22
**prong** [1] - 43:16
**pronounce** [1] - 29:19
**properly** [1] - 77:8
**property** [2] - 20:18, 68:23
**proposed** [1] - 76:13
**prosecutions** [1] - 35:6
**protect** [5] - 25:21, 49:16, 69:17, 69:18
**protecting** [1] - 43:7
**protection** [4] - 61:17, 61:19, 66:14, 67:23
**protest** [2] - 48:5, 49:4
**protester** [1] - 66:22
**protesters** [3] - 64:22, 65:25, 66:4
**prototypical** [1] - 18:6
**proud** [2] - 42:8, 57:16
**prove** [2] - 44:7, 60:21
**proverb** [1] - 65:6
**provide** [4] - 25:19, 70:24, 74:20, 79:6
**provider** [1] - 79:17
**proximity** [1] - 63:19
**PSR** [1] - 24:21
**psychological** [2] - 28:15, 28:23
**psychopathology**

[1] - 75:2
**psychopathy** [1] - 29:6
**psychotic** [1] - 29:5
**psychotropics** [1] - 31:7
**public** [3] - 25:21, 30:22, 69:12
**publicly** [2] - 28:19, 30:20
**pulling** [2] - 48:23, 48:24
**pulls** [1] - 41:16
**punish** [1] - 52:1
**punishment** [2] - 25:19, 52:23
**purchase** [1] - 60:16
**purchased** [2] - 60:19, 61:14
**purpose** [1] - 64:20
**purposes** [2] - 5:13, 25:16, 25:17
**pursuant** [4] - 80:16, 80:17, 81:22, 82:11
**pursuits** [1] - 70:1
**pushing** [1] - 40:25
**puts** [1] - 11:12

**Q**

**qualify** [1] - 19:18
**quality** [1] - 74:24
**quarter** [1] - 57:2
**quarters** [1] - 66:9
**questions** [2] - 50:1, 50:20
**quick** [4] - 32:4, 32:5, 32:6, 32:11
**quickly** [4] - 29:20, 40:24, 65:24, 66:10
**quite** [8] - 15:12, 15:20, 27:6, 53:10, 56:10, 71:8, 75:2, 75:25
**quote** [3] - 15:9, 16:12, 16:14
**quote-unquote** [1] - 15:9

**R**

**rain** [1] - 47:25
**raise** [1] - 5:19
**raised** [3] - 33:8, 63:22, 64:17
**rally** [4] - 38:1,

47:12, 61:8, 61:25
**rallying** [1] - 40:17
**Ramey** [3] - 40:11, 40:12, 40:22
**RAMEY** [1] - 40:12
**range** [8] - 5:16, 7:25, 8:2, 11:10, 11:22, 12:7, 21:20, 24:14
**ranges** [1] - 26:2
**rapid** [1] - 75:4
**rapidly** [1] - 29:21
**rare** [1] - 72:8
**rate** [1] - 81:3
**rather** [1] - 71:13
**rational** [1] - 63:13
**rats** [1] - 55:3
**RDR** [3] - 1:21, 84:3, 84:12
**reach** [1] - 15:9
**reached** [2] - 8:10, 63:24
**reaching** [1] - 77:6
**react** [1] - 31:1
**reacted** [1] - 52:20
**reacting** [2] - 29:20, 49:20
**reaction** [1] - 68:10
**read** [4] - 4:20, 30:1, 48:16, 57:15
**real** [2] - 16:6, 69:8
**reality** [1] - 67:16
**realize** [5] - 15:16, 60:22, 65:5, 69:25, 76:5
**realized** [4] - 54:21, 56:19, 59:17, 65:16
**really** [5] - 10:3, 31:24, 58:1, 71:12, 77:2
**reanalyze** [1] - 59:15
**reason** [6] - 16:11, 19:7, 34:4, 55:10, 56:5, 67:25
**reasonable** [4] - 21:1, 80:18, 80:21, 80:22
**reasoning** [1] - 33:6
**reasons** [2] - 20:14, 76:23
**receipts** [1] - 60:21
**receive** [2] - 66:21, 72:25
**received** [3] - 2:23, 45:9, 82:5
**receiving** [3] - 30:15, 30:16, 68:6
**recess** [2] - 32:11, 32:13
**reclaim** [1] - 40:7

**recognize** [2] - 18:10, 73:22
**recognizing** [1] - 15:25
**recommend** [1] - 82:22
**recommendation** [6] - 2:24, 4:12, 25:10, 35:1, 45:1, 82:24
**recommendations** [1] - 75:16
**recommended** [5] - 3:24, 25:1, 25:4, 25:6, 78:24
**reconcile** [1] - 29:9
**record** [5] - 2:6, 24:18, 30:22, 70:24, 82:13
**records** [1] - 26:3
**recovering** [3] - 53:23, 72:4, 73:19
**recovery** [1] - 64:16
**recurring** [1] - 56:2
**reentered** [2] - 16:21, 17:6
**reentering** [1] - 16:24
**reference** [2] - 5:25, 17:16
**referenced** [2] - 44:5, 61:10
**references** [1] - 45:9
**refill** [1] - 56:4
**reflect** [1] - 25:18
**reflected** [1] - 45:17
**reflection** [1] - 50:16
**reflects** [1] - 11:22
**refocus** [2] - 64:17, 70:1
**refrain** [1] - 78:19
**refused** [1] - 55:11
**regard** [2] - 22:9, 70:25
**regarding** [1] - 74:16
**regardless** [4] - 44:10, 71:14, 74:11, 77:14
**regards** [1] - 56:21
**regime** [1] - 49:5
**Regional** [2] - 54:16, 55:7
**regions** [1] - 60:1
**regret** [3] - 50:17, 61:16, 69:9
**regretful** [1] - 60:8
**regulations** [2] - 56:13, 79:16
**rehabilitation** [1] - 25:22
**reject** [1] - 19:6

**rejected** [1] - 19:7
**rejection** [1] - 68:11
**relate** [2] - 8:6, 26:15
**related** [4] - 6:3, 11:25, 75:7, 79:21
**relationship** [1] - 27:6
**relatively** [1] - 15:17
**release** [13] - 21:25, 22:1, 25:7, 44:19, 75:15, 78:9, 78:11, 78:13, 78:25, 79:8, 79:20, 81:4, 81:14
**released** [3] - 54:2, 77:20, 78:15
**relevant** [8] - 9:21, 10:14, 11:7, 13:8, 15:5, 25:13, 70:23, 76:14
**reliable** [1] - 31:24
**relied** [2] - 13:10, 15:5
**rely** [1] - 77:21
**relying** [1] - 11:25
**remaining** [3] - 21:21, 41:20, 83:3
**remanded** [1] - 83:6
**remarkable** [1] - 27:2
**remarks** [1] - 70:24
**remember** [5] - 46:6, 46:8, 46:10, 63:21, 67:11
**remembers** [1] - 46:5
**remorse** [6] - 76:1, 76:4, 76:9, 76:19, 77:1, 77:2
**remote** [1] - 51:23
**remotely** [1] - 31:14
**rendered** [1] - 31:12
**renderings** [1] - 31:20
**reorient** [1] - 70:1
**repeat** [1] - 52:5
**repeated** [2] - 52:10, 52:11
**repeatedly** [1] - 55:10
**report** [13] - 2:24, 3:21, 4:11, 4:17, 4:20, 5:7, 5:12, 5:15, 25:12, 78:14, 81:15, 81:20
**reported** [1] - 61:1
**REPORTED** [1] - 1:21
**Reporter** [2] - 1:22, 84:12
**represent** [1] - 50:25
**republic** [1] - 60:9
**request** [4] - 34:25, 44:25, 47:2, 82:9

**requested** [1] - 79:7
**requesting** [1] - 22:7
**required** [3] - 4:8, 15:10, 75:23
**requires** [2] - 4:4, 42:22
**resembles** [1] - 17:25
**residence** [1] - 81:17
**resistant** [1] - 55:19
**resisting** [1] - 2:20
**resolve** [1] - 3:23
**respect** [4] - 25:19, 30:13, 35:25, 83:4
**respectfully** [1] - 31:25
**respirator** [2] - 61:14, 63:25
**respond** [2] - 12:8, 31:2
**responded** [1] - 66:6
**responsibility** [8] - 7:17, 11:20, 21:17, 37:4, 37:6, 41:2, 75:22, 76:18
**responsible** [6] - 9:23, 10:7, 13:1, 19:2, 41:25, 73:21
**responsive** [1] - 15:4
**rest** [7] - 31:19, 34:21, 55:23, 57:14, 59:7, 69:15, 77:25
**restitution** [8] - 22:6, 25:8, 44:19, 76:22, 76:23, 81:1, 81:3, 81:6
**result** [4] - 8:12, 45:24, 61:20, 74:18
**resulted** [1] - 2:17
**retailers** [1] - 60:17
**retreat** [2] - 39:17, 40:9
**retreated** [1] - 64:7
**retreating** [3] - 39:13, 71:19, 71:23
**retreats** [1] - 42:1
**retroactively** [1] - 70:18
**return** [4] - 53:22, 59:21, 67:10, 81:19
**returned** [1] - 67:11
**Reuters** [1] - 63:1
**revealed** [1] - 66:1
**Revenge** [1] - 61:5
**reviewed** [7] - 2:23, 3:1, 3:3, 3:6, 3:21, 10:1, 35:24
**rhetoric** [1] - 44:15
**Richard** [1] - 36:13
**rid** [1] - 53:6

98

**rightful** [1] - 58:14
**rightfully** [1] - 66:13
**rights** [3] - 49:23, 60:2, 82:19
**riot** [7] - 36:14, 48:5, 48:6, 62:21, 63:4, 64:18, 66:2
**rioter** [3] - 14:12, 14:15, 72:16
**rioters** [9] - 10:20, 14:4, 18:25, 40:19, 64:24, 71:19, 72:1, 72:5, 72:23
**riots** [2] - 52:7, 71:3
**risk** [3] - 6:15, 20:25, 29:7
**roaches** [1] - 55:3
**road** [1] - 55:22
**robbed** [2] - 9:17, 16:4, 72:21
**robbery** [16] - 2:20, 5:22, 8:13, 9:3, 9:8, 11:4, 11:11, 13:23, 13:25, 14:18, 14:24, 16:16, 17:9, 21:5, 21:22, 36:3
**robbing** [1] - 12:9
**robust** [1] - 53:21
**Rodean** [3] - 28:22, 29:16, 30:2
**Room** [1] - 1:24
**root** [1] - 33:23
**rooting** [1] - 46:8
**roughly** [1] - 62:10
**rounding** [1] - 7:15
**route** [2] - 34:6, 39:12
**rub** [1] - 8:25
**rubber** [1] - 49:14
**rules** [1] - 79:15
**ruling** [1] - 20:14
**rulings** [1] - 13:20
**run** [4] - 25:5, 25:7, 78:10, 78:11
**running** [2] - 52:8, 62:16

## S

**sabbatical** [2] - 27:9, 34:17
**saddened** [1] - 60:8
**safe** [6] - 34:21, 41:4, 47:18, 48:18, 48:21, 62:18
**salient** [2] - 12:23, 29:3
**salutations** [1] - 33:3
**sat** [1] - 35:3

**satisfied** [1] - 5:2
**saw** [3] - 27:4, 28:16, 63:5
**scant** [1] - 15:17
**scenario** [1] - 62:18
**school** [1] - 49:4
**scope** [5] - 9:17, 9:22, 10:16, 15:13, 76:12
**scrambling** [1] - 39:10
**screaming** [1] - 49:21
**screams** [1] - 65:2
**screen** [1] - 35:13
**screenshots** [1] - 35:16
**se** [1] - 9:3
**seal** [2] - 27:20, 74:20
**search** [2] - 80:17, 80:21
**searched** [1] - 64:12
**searches** [3] - 80:5, 80:8, 80:15
**searching** [1] - 64:13
**seat** [2] - 4:9, 5:10
**second** [8] - 3:24, 6:18, 22:22, 22:23, 48:8, 54:12, 67:1, 68:14
**secondary** [1] - 15:4
**seconds** [5] - 28:6, 40:16, 49:22, 65:16, 67:9
**Section** [1] - 25:3
**sections** [1] - 46:7
**secured** [1] - 66:12
**see** [24] - 16:18, 24:2, 28:24, 37:19, 39:12, 40:16, 41:13, 43:1, 52:9, 52:11, 54:2, 55:10, 55:11, 55:16, 62:16, 64:21, 64:23, 64:25, 65:1, 65:4, 65:13, 68:13
**Seefried** [1] - 20:15
**seeking** [2] - 44:20, 52:24
**seeks** [2] - 14:2, 16:3
**seem** [1] - 3:13
**selection** [1] - 57:17
**self** [1] - 66:14
**self-defense** [1] - 66:14
**sensation** [1] - 18:23
**sense** [4] - 13:11, 31:22, 33:18, 36:4
**sent** [3] - 30:25, 49:3, 63:12

**Sent** [1] - 61:4
**sentence** [26] - 3:25, 4:5, 4:7, 24:25, 25:2, 25:4, 25:15, 25:17, 25:20, 26:1, 26:2, 29:3, 37:14, 45:14, 51:15, 51:17, 52:4, 54:5, 54:7, 76:20, 77:7, 78:4, 81:17, 81:23, 82:3, 82:13
**sentenced** [4] - 35:24, 73:11, 78:6, 78:8
**sentences** [3] - 25:3, 26:4, 44:13
**sentencing** [31] - 2:15, 2:24, 2:25, 3:12, 3:25, 4:3, 4:11, 4:13, 5:8, 5:13, 11:24, 22:4, 24:23, 25:2, 25:16, 28:16, 28:22, 30:25, 34:25, 35:5, 40:15, 45:1, 76:3, 76:7, 76:14, 76:19, 76:21, 77:13, 77:15, 82:7
**Sentencing** [3] - 39:15, 40:10, 42:7
**SENTENCING** [1] - 1:10
**sentencings** [2] - 42:20
**sentiment** [1] - 47:1
**separate** [3] - 16:18, 16:20, 48:23
**sergeant** [1] - 44:4
**Sergeant** [3] - 38:25, 39:4, 39:10
**series** [1] - 50:1
**serious** [10] - 3:16, 6:15, 7:9, 17:22, 17:24, 18:8, 20:25, 23:18, 75:11, 75:24
**seriously** [4] - 56:22, 57:12, 67:22, 73:7
**seriousness** [2] - 8:16, 25:18
**serve** [8] - 5:12, 32:1, 33:24, 34:7, 42:25, 43:4, 51:25, 78:6
**served** [2] - 55:4, 55:18
**servers** [1] - 80:1
**service** [2] - 9:11, 9:12
**set** [9] - 4:6, 4:16, 4:23, 25:14, 32:6, 34:24, 44:25, 66:1, 75:14
**sets** [1] - 65:22

**several** [7] - 13:14, 35:3, 67:18, 68:20, 69:3, 72:11, 77:18
**severe** [1] - 19:9
**shall** [7] - 78:13, 79:1, 80:8, 81:6, 81:11, 81:14, 81:19
**shameful** [1] - 69:4
**shape** [1] - 60:12
**share** [2] - 24:25, 79:9
**Sherry** [1] - 2:4
**SHERRY** [1] - 1:18
**shield** [2] - 36:14, 67:20
**shifted** [1] - 64:12
**shock** [1] - 60:15
**shocked** [2] - 59:5, 68:24
**shockwave** [1] - 63:12
**shooter** [1] - 62:17
**shooting** [1] - 48:19
**shootings** [1] - 48:16
**shoving** [1] - 66:5
**show** [4] - 9:25, 16:1, 19:5, 44:9
**showed** [6] - 37:24, 47:13, 47:14, 49:11, 52:2, 76:19
**shown** [1] - 26:23
**shows** [1] - 42:7
**shred** [1] - 51:5
**sic** [1] - 56:9
**side** [7] - 29:19, 30:6, 30:8, 30:9, 30:10, 39:2, 50:22
**sidebar** [1] - 27:25
**significant** [8] - 8:18, 14:8, 15:9, 16:24, 18:16, 19:18, 29:4, 77:16
**signs** [1] - 71:21
**SILLS** [1] - 1:6
**Sills** [27] - 2:3, 2:11, 2:13, 2:16, 3:12, 4:13, 5:2, 7:21, 13:1, 13:12, 13:15, 15:7, 18:25, 29:4, 38:23, 39:1, 42:3, 45:15, 47:3, 48:7, 50:10, 52:21, 52:25, 54:4, 70:17, 78:6, 83:4
**Sills's** [3] - 19:8, 45:5, 53:20
**similar** [5] - 19:7, 26:3, 26:4, 36:12, 77:22
**simply** [3] - 30:24, 31:6, 38:1

**simulations** [1] - 59:24
**simulators** [1] - 59:22
**single** [1] - 43:21
**situation** [9] - 3:15, 29:25, 30:2, 30:4, 30:17, 62:18, 62:21, 63:8, 77:22
**situations** [2] - 33:16, 73:17
**six** [8] - 6:13, 6:24, 16:3, 17:8, 20:4, 20:22, 55:6, 57:20
**six-level** [6] - 6:13, 6:24, 16:3, 17:8, 20:4, 20:22
**skills** [1] - 57:22
**slamming** [1] - 63:7
**Slaughter** [1] - 36:14
**small** [3] - 39:16, 53:6, 62:5
**smaller** [1] - 37:23
**smart** [1] - 79:25
**smell** [1] - 71:22
**smoke** [1] - 61:20
**social** [3] - 42:6, 45:17, 50:13
**society** [2] - 69:13, 70:13
**socioeconomic** [1] - 33:10
**software** [3] - 79:23, 80:10, 80:13
**soldier** [1] - 71:2
**soldiers** [1] - 59:25
**Soleimani** [1] - 61:5
**solely** [1] - 25:11
**solve** [1] - 68:12
**someone** [7] - 15:7, 26:19, 64:10, 67:2, 67:12, 72:9, 75:10
**sometime** [1] - 17:6
**sometimes** [2] - 50:17, 50:23
**somewhat** [1] - 16:24
**somewhere** [1] - 34:7
**son** [1] - 54:1
**sorrow** [2] - 67:13, 69:9
**sorry** [15] - 13:18, 22:21, 23:3, 24:4, 24:12, 36:2, 50:11, 51:1, 56:18, 58:18, 58:24, 65:13, 66:25, 74:17
**sort** [6] - 30:15, 30:16, 37:7, 38:3,

99

38:19, 51:2
**sought** [5] - 8:20, 14:10, 15:15, 18:18, 19:12
**soul** [1] - 69:4
**sound** [3] - 62:12, 63:11, 63:19
**sounds** [3] - 35:17, 62:15, 71:15
**source** [1] - 69:8
**Spain** [1] - 49:4
**speaker** [1] - 32:23
**speaking** [2] - 27:19, 30:25
**speaks** [1] - 38:7
**special** [4] - 25:7, 78:12, 79:1, 81:9
**specific** [9] - 6:5, 10:20, 10:25, 11:5, 21:7, 47:1, 56:24, 76:10
**specifically** [4] - 10:13, 12:25, 13:12, 55:20
**specifics** [1] - 9:7
**speech** [3] - 61:24, 62:3, 62:7
**speeches** [1] - 37:21
**speed** [3] - 57:2, 57:3, 80:1
**spend** [3] - 57:13, 75:14, 77:18
**spent** [3] - 53:15, 54:17, 58:14
**split** [1] - 67:1
**split-second** [1] - 67:1
**spoken** [1] - 65:8
**spring** [3] - 48:17, 48:18, 48:20
**staffers** [1] - 72:4
**stain** [1] - 60:7
**stampeding** [1] - 62:16
**stand** [4] - 12:5, 35:10, 44:17, 69:11
**standard** [3] - 15:9, 59:9, 78:24
**standing** [3] - 47:25, 62:20, 64:8
**staph** [1] - 55:19
**start** [1] - 33:5
**started** [2] - 11:2, 66:5
**starting** [3] - 2:6, 70:6, 70:10
**state** [3] - 29:1, 66:17, 78:18
**statement** [12] - 10:2, 12:18, 26:7,

32:24, 34:14, 40:11, 54:4, 60:18, 61:10, 70:17, 73:15, 76:2
**statements** [4] - 4:23, 25:24, 43:12, 76:1
**states** [7] - 6:13, 7:11, 8:18, 16:11, 19:24, 65:6, 74:25
**States** [13] - 1:22, 2:2, 2:8, 20:15, 27:1, 45:21, 46:25, 51:19, 58:9, 79:9, 81:16, 82:11, 84:13
**STATES** [4] - 1:1, 1:3, 1:11, 1:15
**statistics** [1] - 3:3
**status** [3] - 7:2, 16:7, 20:8
**statutory** [4] - 8:4, 22:8, 22:12, 81:24
**stayed** [1] - 43:13
**Steal** [1] - 47:15
**steals** [1] - 10:12
**steep** [1] - 59:18
**stenographic** [1] - 84:5
**step** [8] - 3:20, 3:24, 4:1, 4:4, 4:6, 4:10, 34:1, 41:6
**stepped** [1] - 52:21
**steps** [1] - 3:13
**Stevens** [2] - 19:8, 76:16
**stick** [1] - 51:12
**still** [9] - 10:10, 19:3, 30:16, 37:5, 63:8, 65:21, 73:19, 77:19
**stipulate** [1] - 75:23
**stipulated** [10] - 2:16, 11:18, 12:18, 13:4, 13:13, 13:15, 14:11, 20:2, 37:5, 82:19
**stipulation** [1] - 45:18
**stole** [1] - 41:22
**stolen** [4] - 8:23, 46:24, 52:19, 72:14
**stood** [3] - 41:24, 62:9, 65:21
**stop** [2] - 38:17, 67:21
**Stop** [1] - 47:15
**storage** [2] - 80:3, 80:6
**story** [1] - 60:10
**strange** [1] - 73:23
**Street** [2] - 1:16, 1:20
**street** [2] - 26:20,

49:12
**streets** [1] - 43:11
**strength** [1] - 27:2
**stress** [2] - 58:18, 59:1
**strike** [6] - 18:9, 66:23, 67:20, 72:14, 72:18, 72:19
**strikes** [4] - 41:24, 66:6, 67:15, 72:24
**striking** [4] - 41:21, 64:24, 68:13, 72:15
**strobe** [3] - 41:16, 71:7, 72:11
**strong** [2] - 48:14, 66:2
**struck** [4] - 17:2, 17:6, 18:19, 18:21
**struggles** [1] - 70:4
**struggling** [1] - 72:16
**studied** [1] - 57:20
**studies** [1] - 56:24
**study** [2] - 56:22, 57:20
**subject** [2] - 80:7, 80:15
**subjects** [1] - 18:12
**submission** [1] - 74:19
**submit** [3] - 52:5, 78:20, 79:2
**submits** [5] - 6:1, 6:11, 6:19, 7:16, 17:18
**submitted** [2] - 31:23, 75:18
**subsection** [1] - 14:23
**subsequent** [4] - 9:3, 11:12, 12:14, 61:25
**subsequently** [2] - 8:23, 9:19
**subset** [1] - 37:23
**substance** [4] - 78:19, 78:20, 79:2, 79:3
**substantial** [4] - 6:15, 20:25, 63:20, 64:7
**succeeded** [1] - 67:3
**suddenly** [4] - 49:20, 49:23, 63:9, 64:10
**suffer** [1] - 47:6
**suffered** [5] - 18:20, 18:22, 51:7, 53:16, 56:10
**suffering** [1] - 74:22
**sufficient** [1] - 25:15
**suggest** [1] - 31:25

**suggested** [2] - 74:9, 76:4
**suggesting** [1] - 16:22
**suggestion** [1] - 15:15
**suggests** [3] - 71:7, 74:22, 75:1
**summarize** [2] - 5:18, 13:20
**superseding** [2] - 2:19, 83:3
**supervise** [1] - 79:17
**supervised** [8] - 21:25, 22:1, 25:6, 44:18, 75:15, 78:8, 78:11, 79:19
**supervision** [2] - 78:21, 80:19
**supervisors** [1] - 47:24
**supplement** [1] - 3:3
**supplied** [2] - 13:25, 21:11
**supplies** [1] - 6:19
**support** [4] - 47:20, 62:1, 73:25, 75:20
**supported** [1] - 70:7
**supporters** [1] - 47:12
**suppose** [1] - 37:8
**supposed** [3] - 39:22, 39:23, 56:19
**Supreme** [1] - 12:21
**surged** [1] - 64:6
**surprise** [1] - 63:15
**surprised** [1] - 54:21
**surrounding** [1] - 60:10
**susceptible** [2] - 31:13, 44:14
**suspicion** [1] - 80:18
**suspicious** [1] - 29:22
**sustained** [2] - 11:1, 72:5
**sustains** [1] - 8:15
**swallow** [1] - 59:11
**sweep** [1] - 15:6
**swept** [2] - 28:25, 37:21
**sworn** [1] - 43:3, 70:17, 70:18
**swung** [2] - 10:25, 67:19
**symbol** [2] - 43:4, 65:4
**symbology** [1] - 65:9

# T

**table** [1] - 22:5
**tactical** [2] - 40:12, 71:6
**talks** [3] - 10:3, 28:22, 40:12
**tamper** [1] - 79:4
**targeting** [1] - 61:8
**teargas** [1] - 63:16
**tears** [2] - 27:1, 65:1
**temerity** [1] - 73:2
**tenth** [1] - 57:3
**term** [3] - 21:22, 21:25, 78:6
**termination** [1] - 81:21
**terms** [4] - 12:6, 78:10, 78:11, 82:18
**terrace** [10] - 8:22, 10:22, 36:11, 36:15, 36:18, 40:10, 62:14, 64:9, 65:20, 71:24
**terrified** [2] - 39:19, 72:3
**terror** [1] - 45:16
**terrorist** [5] - 38:4, 38:6, 47:6, 61:7, 71:12
**terrorized** [1] - 68:24
**test** [1] - 78:21
**testified** [2] - 39:11, 43:18
**testify** [1] - 14:14
**testimony** [1] - 74:16
**testing** [2] - 79:2, 79:5
**tests** [1] - 78:22
**text** [2] - 61:9, 61:11
**texts** [1] - 42:9
**THE** [86] - 1:1, 1:10, 1:14, 1:15, 1:19, 2:1, 2:9, 2:12, 2:14, 2:15, 3:9, 3:12, 4:19, 4:22, 5:1, 5:4, 5:5, 5:9, 5:10, 8:25, 11:4, 11:23, 12:4, 12:8, 12:13, 13:5, 13:7, 13:13, 13:16, 13:17, 13:18, 13:19, 22:19, 22:25, 23:3, 23:7, 23:9, 23:11, 23:12, 23:20, 23:21, 24:2, 24:5, 24:9, 24:12, 24:13, 24:16, 24:20, 24:22, 24:23, 27:16, 27:22, 28:1, 28:3, 28:5, 28:9, 28:12, 28:16, 29:14, 30:19,

32:2, 32:6, 32:11, 32:15, 32:19, 34:13, 34:23, 35:14, 35:17, 36:2, 36:4, 37:10, 37:13, 44:23, 45:3, 54:3, 54:10, 54:14, 70:20, 70:22, 82:16, 82:20, 82:23, 83:5, 83:8, 83:9

**theft** [5] - 36:12, 36:14, 36:18, 41:1, 47:12

**themes** [1] - 45:11

**themselves** [2] - 52:22, 64:23

**theories** [1] - 75:8

**theory** [1] - 14:6

**thereafter** [1] - 78:22

**Therefore** [1] - 6:10

**therefore** [6] - 6:16, 7:11, 12:13, 17:8, 76:20, 80:24

**therefrom** [1] - 11:6, 16:14, 16:17

**Thereupon** [1] - 32:13

**they've** [1] - 15:5

**thinking** [5] - 59:16, 63:14, 65:11, 65:15, 76:2

**third** [1] - 4:1

**thousands** [3] - 43:19, 47:13, 74:13

**Threat** [1] - 61:4

**threatening** [1] - 6:23

**Threatens** [1] - 61:3

**threats** [2] - 61:7, 61:12

**three** [14] - 6:21, 11:19, 13:21, 16:10, 17:7, 20:17, 21:16, 22:1, 23:23, 24:10, 36:7, 40:15, 41:10, 75:23

**three-level** [7] - 6:21, 16:10, 17:7, 20:17, 21:16, 23:23, 24:10

**threw** [1] - 71:18

**throughout** [1] - 55:3

**throw** [3] - 63:5, 65:12, 65:15

**throwing** [3] - 39:13, 64:6, 65:14

**thrown** [1] - 63:9

**throws** [2] - 39:16, 39:17

**timeline** [2] - 35:8, 38:22

**titles** [1] - 61:2

**today** [16] - 3:15, 26:9, 34:5, 40:18, 46:13, 53:20, 58:7, 58:8, 60:21, 67:25, 69:11, 71:9, 73:5, 75:20, 77:1, 77:23

**today's** [2] - 3:16, 3:20

**together** [2] - 6:4, 67:3

**took** [9] - 14:19, 29:23, 29:24, 30:6, 42:16, 47:6, 50:14, 55:20, 73:5

**torn** [1] - 60:1

**total** [11] - 6:20, 7:11, 7:13, 7:15, 7:19, 7:24, 13:22, 17:9, 20:9, 21:3, 21:19

**touch** [1] - 45:11

**tour** [4] - 42:16, 42:17, 50:14, 73:5

**toward** [1] - 62:13

**towards** [4] - 63:6, 67:19, 70:10, 75:10

**town** [1] - 70:14

**toxic** [1] - 61:20

**Traffic** [1] - 61:4

**tragedies** [1] - 48:23

**train** [1] - 18:11

**trained** [2] - 49:13, 72:17

**training** [1] - 59:24

**transcript** [2] - 84:5, 84:6

**TRANSCRIPT** [1] - 1:10

**transpired** [2] - 33:21, 34:2

**traumatic** [1] - 19:14

**travel** [2] - 53:21, 60:4

**traveled** [1] - 60:20

**trays** [1] - 55:4

**treated** [4] - 6:5, 15:21, 21:7, 31:8

**treatment** [7] - 30:16, 75:14, 79:14, 79:15, 79:17, 81:19, 81:21

**tremendous** [1] - 49:12

**TREVOR** [1] - 1:10

**trial** [9] - 2:17, 11:19, 13:10, 13:15, 20:2, 37:5, 38:25, 43:18, 82:19

**tried** [2] - 17:3, 43:17

**tries** [1] - 59:8

**triggers** [1] - 48:24

**Tristan** [1] - 19:8

**triumphant** [1] - 42:7

**triumphantly** [2] - 41:11, 42:2

**troops** [1] - 40:17

**trouble** [1] - 71:5

**troubling** [3] - 52:17, 71:8, 73:12

**true** [3] - 74:4, 84:4, 84:5

**truer** [1] - 65:7

**truly** [1] - 27:2

**Trump** [2] - 45:23, 61:8

**Trump's** [3] - 61:24, 62:3, 74:8

**truncheons** [1] - 49:14

**trustee** [3] - 51:5, 54:25, 58:4

**try** [5] - 27:12, 27:15, 33:9, 72:9

**trying** [4] - 27:7, 37:10, 39:10, 73:8

**tugging** [1] - 66:24

**tumult** [1] - 15:20

**tunnel** [23] - 8:22, 10:22, 14:20, 16:18, 16:22, 16:24, 17:6, 36:15, 36:18, 40:10, 40:18, 41:11, 41:12, 41:16, 65:21, 65:24, 67:10, 68:20, 71:24, 71:25, 72:12, 73:2

**turned** [2] - 47:16, 66:18

**turning** [6] - 4:10, 17:11, 20:11, 21:4, 21:21, 46:10

**tutored** [1] - 57:21

**twice** [1] - 44:15

**two** [29] - 6:9, 7:16, 8:12, 9:1, 9:9, 11:11, 11:16, 14:2, 14:16, 16:2, 18:14, 19:24, 21:13, 22:15, 22:18, 23:5, 23:22, 24:1, 26:22, 27:4, 36:10, 46:17, 48:16, 48:22, 48:23, 59:12, 64:22, 65:22, 78:22

**two-level** [6] - 7:16, 14:2, 14:16, 16:2, 18:14, 19:24

**two-plus** [1] - 59:12

**two-point** [1] - 8:12

**type** [6] - 8:19, 14:9, 18:17, 26:25, 63:18, 74:14

**types** [1] - 26:4

## U

**U.N** [1] - 46:9

**U.S** [6] - 1:18, 40:18, 40:22, 60:13, 61:3, 81:7

**ugly** [1] - 49:24

**ultimate** [1] - 64:4

**ultimately** [4] - 19:4, 60:14, 65:20, 77:8

**unable** [1] - 82:8

**unacceptable** [2] - 58:12, 68:19

**unannounced** [1] - 80:5

**unavailable** [1] - 82:4

**uncharacteristic** [1] - 50:5

**Under** [1] - 61:5

**under** [33] - 3:25, 6:3, 6:12, 6:14, 6:21, 7:5, 7:14, 8:14, 9:21, 10:15, 13:8, 14:3, 14:6, 15:6, 16:4, 17:7, 17:19, 18:15, 19:25, 20:5, 20:23, 21:9, 21:12, 22:3, 22:6, 22:9, 23:16, 23:25, 27:20, 38:13, 58:8, 74:20

**underlines** [1] - 76:11

**underresourced** [1] - 47:21

**understandably** [2] - 68:1, 73:15

**undertaken** [1] - 10:16

**unfolds** [1] - 48:1

**unfortunate** [1] - 67:6

**unfortunately** [3] - 55:21, 57:9, 57:24

**unidentified** [1] - 26:11

**unique** [4] - 36:16, 36:23, 51:12, 51:17

**unit** [11] - 7:6, 7:8, 7:10, 7:15, 11:15, 11:16, 22:24, 23:16, 23:17, 23:23, 23:25

**UNITED** [4] - 1:1, 1:3, 1:11, 1:15

**united** [1] - 1:22

**United** [12] - 2:2, 2:8, 20:15, 27:1, 45:21, 46:25, 51:19, 58:9, 79:9, 81:16, 82:11,

84:13

**units** [10] - 7:5, 7:11, 7:14, 13:21, 21:12, 21:14, 22:15, 22:18, 23:5, 23:17

**university** [1] - 49:9

**unlawful** [1] - 78:19

**unless** [1] - 18:13

**unlike** [2] - 37:3, 71:4

**unlikely** [1] - 52:14

**unlocked** [1] - 66:1

**unprecedented** [1] - 52:17

**unprepared** [1] - 47:19

**unquote** [1] - 15:9

**unreasonable** [1] - 52:4

**unreasonably** [1] - 52:1

**unsure** [1] - 63:17

**untreated** [2] - 55:9, 75:2

**unusual** [3] - 52:17, 75:25, 77:10

**unwarranted** [1] - 26:2

**up** [38] - 11:11, 11:17, 17:9, 21:19, 23:6, 27:15, 28:25, 30:5, 30:7, 32:7, 33:19, 35:12, 35:18, 36:6, 37:21, 37:24, 38:14, 45:6, 47:13, 47:14, 48:22, 49:11, 49:17, 50:2, 50:22, 51:11, 52:2, 55:1, 55:8, 56:7, 60:11, 61:22, 67:7, 69:24, 75:1, 75:7, 77:9

**up-close** [1] - 55:1

**updated** [1] - 24:21

**uploaded** [1] - 69:3

**upper** [1] - 65:20

**upset** [2] - 45:23, 49:7

**USC** [6] - 4:6, 22:7, 25:14, 79:24, 81:22, 82:2

**uses** [1] - 41:18

**USP** [1] - 82:22

**utter** [1] - 60:15

**utterly** [1] - 47:21

## V

**V.B** [12] - 6:9, 6:16, 17:20, 18:20, 18:22,

18:24, 19:13, 20:7,
20:24, 58:23, 72:15,
73:14
   **V.B.'s** [1] - 18:19
   **vague** [1] - 60:18
   **valid** [1] - 29:10
   **variance** [3] - 34:25,
45:1, 77:14
   **various** [6] - 5:18,
55:12, 57:20, 61:7,
70:4, 76:13
   **vary** [1] - 76:25
   **vehicle** [1] - 37:6
   **versus** [3] - 2:2,
20:15, 49:23
   **via** [1] - 61:9
   **victim** [9] - 6:25,
8:15, 16:4, 20:5,
20:23, 26:6, 27:7,
43:12
   **victims** [5] - 6:9,
6:25, 35:9, 42:18,
43:10
   **video** [8] - 3:2,
38:23, 42:9, 47:24,
62:6, 68:13, 68:15,
68:16
   **videos** [7] - 26:24,
29:9, 43:2, 43:19,
57:2, 69:3, 73:3
   **Vietnam** [2] - 49:7,
49:22
   **view** [3] - 37:5, 57:6,
62:5
   **viewed** [1] - 57:8
   **vigor** [1] - 53:22
   **Vincent** [2] - 41:19,
44:3
   **violation** [3] - 3:19,
80:19, 80:20
   **violence** [19] - 29:2,
29:7, 31:14, 36:16,
39:21, 45:19, 47:7,
48:9, 48:11, 48:22,
51:7, 60:17, 68:2,
68:5, 68:7, 68:12,
74:2, 74:15
   **violent** [12] - 29:12,
31:20, 33:16, 42:14,
51:10, 58:9, 67:17,
69:10, 71:19, 72:1,
73:17, 75:11
   **violently** [1] - 51:6
   **Virginia** [2] - 1:20,
45:7
   **visible** [2] - 14:13,
72:25
   **visited** [1] - 42:15
   **Visited** [1] - 73:4
   **voice** [1] - 31:24

   **voices** [1] - 63:22
   **volition** [1] - 48:13
   **volumes** [1] - 38:7
   **vote** [1] - 60:6
   **voted** [1] - 45:22
   **voting** [1] - 45:22
   **Vowing** [1] - 61:4
   **vs** [2] - 1:5, 82:11

**W**

   **wait** [3] - 35:18,
65:16
   **Waite** [1] - 36:12
   **waives** [1] - 80:24
   **walk** [1] - 68:10
   **walked** [2] - 47:16,
48:7
   **wants** [2] - 52:11,
70:19
   **war** [1] - 60:1
   **war-torn** [1] - 60:1
   **warn** [1] - 80:14
   **warrant** [1] - 43:9
   **warranted** [2] -
12:25, 16:2
   **Washington** [8] -
1:6, 1:17, 1:24, 33:8,
33:13, 47:3, 62:4,
84:14
   **watch** [1] - 57:2
   **watches** [1] - 79:25
   **water** [1] - 63:5
   **wax** [1] - 53:19
   **ways** [3] - 59:11,
74:7, 75:10
   **weapon** [11] - 2:21,
9:11, 9:12, 11:3,
17:12, 17:15, 17:19,
17:21, 18:7, 36:22,
41:15
   **weapons** [5] - 10:5,
18:11, 36:19, 42:14,
46:9
   **wearing** [1] - 47:25
   **website** [1] - 30:7
   **websites** [1] - 60:20
   **weighed** [1] - 31:5
   **well-documented** [1]
- 15:22
   **west** [12] - 8:22,
10:22, 36:11, 36:14,
36:17, 38:24, 40:9,
62:14, 64:9, 65:20,
71:17, 71:24
   **white** [1] - 12:18
   **whole** [5] - 11:15,
35:21, 46:12, 49:12,
52:18

   **wielding** [3] - 18:9,
18:22, 66:24
   **wife** [1] - 46:10
   **Wilhoit** [7] - 27:6,
32:20, 33:4, 34:13,
41:4, 41:5, 44:3
   **WILHOIT** [3] - 32:22,
33:1, 34:20
   **WILLIAM** [1] - 1:6
   **William** [2] - 2:3,
78:6
   **winged** [1] - 49:17
   **wish** [6] - 4:2, 13:5,
34:23, 44:24, 57:8,
70:5
   **wished** [1] - 26:6
   **witnessed** [2] - 63:9,
66:20
   **witnesses** [1] - 43:18
   **woefully** [1] - 47:19
   **woke** [1] - 68:21
   **woken** [1] - 50:21
   **wonder** [1] - 43:7
   **word** [2] - 45:14,
62:4
   **wording** [1] - 60:18
   **words** [3] - 60:25,
65:7, 66:4
   **wore** [1] - 71:6
   **workings** [1] - 58:5
   **works** [1] - 55:20
   **world** [3] - 34:11,
46:12, 52:18
   **worried** [1] - 76:10
   **worse** [1] - 64:19
   **wrecks** [1] - 56:9
   **wrested** [2] - 17:5,
72:7
   **wresting** [2] - 17:2,
67:3
   **wrests** [1] - 41:2
   **writers** [1] - 45:8
   **wrongfulness** [1] -
74:24
   **wrongly** [1] - 64:5
   **Wuhan** [1] - 46:18

**Y**

   **yards** [1] - 62:10
   **year** [2] - 51:4, 53:15
   **yearning** [1] - 33:9
   **years** [11] - 21:23,
22:1, 26:22, 27:4,
33:6, 46:17, 52:7,
59:12, 71:4, 77:18
   **yelling** [3] - 63:3,
65:2, 67:12
   **yesterday** [5] - 3:4,

26:16, 26:18, 27:19,
46:3
   **young** [1] - 77:19
   **yourself** [2] - 77:22,
77:25
   **yourselves** [1] - 2:6

**Z**

   **zero** [1] - 7:21
   **Zone** [1] - 22:4