IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, )<br>)<br>v. )<br>)<br>GEOFFREY SILLS, )<br>   Defendant. )<br>) | Crim. No. 21cr40<br>Hon. Trevor McFadden |

NOTICE OF APPEAL

Comes now Defendant Geoffrey Sills, by counsel, and notes his appeal of his conviction and sentence.

Further, Defendant respectfully requests he be appointed new counsel pursuant to the Criminal Justice Act for purposes of his appeal.

                Respectfully Submitted,

                GEOFFREY SILLS
                By Counsel

                _____/s/_____
                John C. Kiyonaga
                510 King Street, Ste. 400
                Alexandria, Virginia 22314
                Telephone: (703) 739-0009
                Facsimile: (703) 836-2663
                E-mail: john@johnckiyonagaa.com

                Counsel for the Defendant

Certificate of Electronic Service

I hereby certify that on March 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties.

                _____/s/_____
                John C. Kiyonaga