# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3048**　　　　　　　　　　　　　　　　　　September Term, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　1:21-cr-00040-TNM-6

　　　　　　　　　　　　　　　　　　　　　　　　Filed On: May 5, 2023 [1998100]

United States of America,

　　　　Appellee

　　v.

Geoffrey William Sills,

　　　　Appellant

## O R D E R

　　Upon consideration of the motion to appeal in forma pauperis, which was received from appellant, it is, on the court's own motion,

　　**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

　　**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

　　The Clerk is directed to transmit this order and the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　　Emily K. Campbell
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Attachment:
　　Motion for Leave to Proceed on Appeal In Forma Pauperis.