UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-40-6 (TNM) |
| | : | |
| GEOFFREY WILLIAM SILLS, | : | |
| | : | |
| Defendants. | : | |

## RESPONSE TO COURT ORDER

The United States of America, through undersigned counsel, responds to the Court's November 21, 2024 Minute Order, directing the parties to file redacted versions of all filings related to the [806] sealed motion, so that the Court can publish a redacted memorandum order. The government responded to the defendant's sealed motion on August 1, 2024, *see* ECF No. 808,a and to the Court's order to file a supplement on September 27, 2024, *see* ECF No. 823. In those filings, the government did not reference any information that should be sealed. As such, the government will not file any redacted versions of filings with regard to ECF No. 806.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/
ASHLEY AKERS
Missouri Bar No. 69601
Senior Trial Counsel, detailee
601 D Street NW
Washington, DC 20530
Ashley.Akers@usdoj.gov
(202) 353-0521