# EXHIBIT A



**Individualized Needs Plan - Program Review    (Inmate Copy)**  SEQUENCE: 02312136
Dept. of Justice / Federal Bureau of Prisons    Team Date: 11-16-2023
Plan is for inmate: SILLS, GEOFFREY WILLIAM   51315-509

| | | | |
|---|---|---|---|
| Facility: | LOR  LORETTO FCI | Proj. Rel. Date: | 02-25-2025 |
| Name: | SILLS, GEOFFREY WILLIAM | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | 51315-509 | DNA Status: | LEW04907 / 01-09-2023 |
| Age: | 32 | | |
| Date of Birth: | 04-17-1991 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LOR | ORDCEN 2DW | ORDERLY/CENTRAL TWO DAY WATCH | 06-05-2023 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| LOR | ESL HAS | ENGLISH PROFICIENT | 05-09-2023 |
| LOR | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-09-2023 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| LOR | | CYCLING | 09-10-2023 | CURRENT |
| LOR | | V-SPORTS NUTRITION | 10-01-2023 | CURRENT |
| LOR | C | CPR CERTIFICATION CLASS | 09-28-2023 | 10-03-2023 |
| LOR | C | V-PERSONAL TRAINER | 07-01-2023 | 09-28-2023 |
| LOR | C | WORLD HISTORY - ACE CLASS | 07-25-2023 | 09-20-2023 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 05-05-2023 |
| CARE1-MH | CARE1-MENTAL HEALTH | 05-12-2023 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 05-05-2023 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 12-29-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 12-29-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED WAIT HX | DRUG EDUCATION WAIT-RQ HIST | 05-05-2023 |

### FRP Payment Plan

Most Recent Payment Plan

FRP Assignment: **COMPLT**    FINANC RESP-COMPLETED        Start: 09-06-2023
Inmate Decision: **AGREED**    $130.00         Frequency: **QUARTERLY**
Payments past 6 months:   **$2,300.00**       Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | COST DC | $300.00 | $0.00 | IMMEDIATE | COMPLETEDZ | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 09-06-2023 | LOR | PAYMENT | OUTSIDE | $275.00 |
| | | 06-08-2023 | LOR | PAYMENT | INSIDE PMT | $25.00 |
| 2 | COST DC | $2,000.00 | $0.00 | IMMEDIATE | COMPLETEDZ | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |

Sentry Data as of 11-15-2023    Individualized Needs Plan - Program Review   (Inmate Copy)    Page 1 of 3

# U.S. District Court

## District of Columbia

GEOFFREY WILLIAM SILLS

Receipt Date: Jul 26, 2023 1:57PM

Rcpt. No: 205181

Trans. Date: Jul 26, 2023 1:57PM

Cashier ID: #CA

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DDCX121CR000040 /006 GEOFFREY WILLIAM SILLS | 1 | 2300.00 | 2300.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CC | Credit Card | | | | $2,300.00 |

Total Due Prior to Payment: $2,300.00

Total Tendered: $2,300.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

